Steven R. Weinmann (SBN 190956)
Steven.Weinmann@capstonelawyers.com
Tarek H. Zohdy (SBN 247775)
Tarek.Zohdy@capstonelawyers.com
Cody R. Padgett (SBN 275553)
Cody.Padgett@capstonelawyers.com
Trisha K. Monesi (SBN 303512)
Trisha.Monesi@capstonelawyers.com
Capstone Law APC
1840 Century Park East, Suite 450
Los Angeles, California 90067
Telephone:   (310) 556-4811
Facsimile:    (310) 943-0396

Attorneys for Plaintiffs
George and Lora Gordon

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AND LORA GORDON, individually, and on behalf of a class of similarly situated individuals, <br><br> Plaintiffs, <br><br> vs. <br><br> FCA US LLC, a Delaware limited liability corporation, <br><br> Defendant. | Case No.: <br><br> **CLASS ACTION COMPLAINT FOR:** <br><br> 1) Violations of California's Consumers Legal Remedies Act; <br> 2) Violations of Unfair Competition Law; <br> 3) Breach of Implied Warranty pursuant to Song-Beverly Consumer Warranty Act; <br> 4) Breach of Implied Warranty pursuant to the Magnuson-Moss Warranty Act; and <br> 5) Unjust Enrichment. <br><br> **DEMAND FOR JURY TRIAL** |

1.     Plaintiffs George and Lora Gordon ("Plaintiffs") bring this action for themselves and on behalf of all persons in the United States who purchased or leased any Jeep vehicles equipped with a 2.4L Tigershark Inline 4-Cylinder engine ("Engine") (collectively, "Class Vehicles[1]") designed, manufactured, marketed, distributed, sold, warranted and/or serviced by FCA US LLC, formerly known as Chrysler Group LLC ("FCA US" or "Defendant").  Plaintiffs allege as follows:

## INTRODUCTION

2.     This is a consumer class action arising out of Defendant's failure to disclose a uniform and widespread defect in the engine of an entire class of automobiles causing excessive engine oil consumption that poses an unreasonable safety risk to the driver and passengers of the vehicle.

3.     On information and belief, the Engine contains one or more design and/or manufacturing defects that prevents the engine from properly using and maintaining an adequate amount of engine oil. Instead, the defect causes the oil—which serves essential lubrication and heat management functions within the engine—to leak, to burn off, and to be consumed at an abnormally high rate (the "Oil Consumption Defect"). The Oil Consumption Defect causes the Class Vehicles to go into "limp mode" and to stall, and, ultimately, will cause, and has caused in numerous instances documented herein, catastrophic damage to the engine to the point that the entire engine needs to be replaced.

4.     Engine oil serves as an essential lubricant for the moving parts in internal combustion engines.  By ensuring that the surfaces of moving parts in an engine are adequately lubricated, the oil minimizes direct contact between parts, thereby decreasing the heat caused by friction and reducing wear.  Further,

---

[1] On information and belief, these vehicles include the 2015 to present model year Jeep Cherokee, the 2015 to present model year Jeep Renegade, and the 2017 to present model year Jeep Compass.

CLASS ACTION COMPLAINT

engine oil plays a significant role in sealing, cleaning, and cooling the engine. As such, the Class Vehicles need an adequate amount of engine oil in order for the engine and its related parts to operate correctly and safely. If an engine does not maintain an appropriate level of oil (typically, as a result of the oil improperly burning in the combustion chamber or leaking out of the engine itself), the engine will suffer from increased, premature wear and damage to moving parts and ultimately, catastrophic damage that necessitates an engine replacement.

5.     Thus, the Oil Consumption Defect is a safety concern because it prevents the engine from maintaining the correct level of engine oil and causes excessive oil consumption at a rate that cannot be reasonably anticipated or predicted. Further, the Oil Consumption Defect is unreasonably dangerous because it can cause the engine and/or its related components to fail, to enter "limp mode," or to stall while the Class Vehicles are in operation, at any time and under any driving conditions or speeds, thereby exposing the Class Vehicle drivers, their passengers, and other drivers to serious risk of collision and injuries.

6.     Plaintiffs and Class Members reasonably expected that their Class Vehicles would not experience the Oil Consumption Defect during foreseeable and normal usage, including, but not limited to, the expectation that the Class Vehicles would not require the addition of supplemental oil between scheduled oil changes; and that the Class Vehicles would not suffer from a dangerous defect that could cause the Class Vehicles' engine and/or its related components to stall, to cause the vehicle to enter "limp mode," to prematurely wear, become damaged, and unexpectedly fail during operation, thereby creating the potential for accidents and injuries.

7.     On information and belief, when class members and dealerships inform Defendant of the Oil Consumption Defect, Defendant acknowledges that

this is a "known issue" and may perform temporary repairs which do not address the issue, including, but not limited to, adding oil, changing oil frequently, performing an "Oil Consumption Test," and replacing various engine components.

8.      Plaintiffs are informed and believe, and based thereon allege, that even where Defendant agreed to address consumer complaints regarding the Oil Consumption Defect, Defendant merely replaces the defective engine components with the same defective components, which never repairs the Oil Consumption Defect as warranted.

9.      On information and belief, FCA US knew about the Oil Consumption Defect through its exclusive knowledge of non-public, internal data about the Oil Consumption Defect, including, without limitation, pre-and post-release internal durability testing and analysis; early consumer complaints about the Oil Consumption Defect, including complaints to to Defendant's dealers who are its agents for vehicle repairs; records from the National Highway Traffic Safety Administration ("NHTSA"), including early customer complaints made to NHTSA and elsewhere; dealership repair orders; testing conducted in response to those complaints; warranty and post-warranty claims, and other various sources.  Nevertheless, Defendant has actively concealed and failed to disclose this defect to Plaintiffs and Class Members at the time of their purchase or lease of the Class Vehicles and thereafter.

10.     Moreover, despite notice of the Oil Consumption Defect from various internal sources, Defendant has not recalled the Class Vehicles to repair the Oil Consumption Defect, has not offered all of its customers a suitable repair or replacement free of charge, and has not offered to reimburse all Class Vehicles owners and leaseholders who incurred costs relating to the Oil Consumption Defect, including costs related to inspections/diagnosis, repairs, and unreasonably frequent additions of oil between scheduled oil changes.

11.     The alleged Oil Consumption Defect was inherent in each Class Vehicle and was present in each Class Vehicle at the time of sale.

12.     If Plaintiffs and Class Members had known about these defects at the time of sale or lease, Plaintiffs and Class Members would not have purchased or leased the class vehicles or would have paid less for them.

13.     As a result of their reliance on Defendant's omissions, owners and/or lessees of the Class Vehicles suffered an ascertainable loss of money, property, and/or value of their Class Vehicles, including, but not limited to, out-of-pocket costs related to engine repairs and buying and adding unreasonably high amounts of oil to their engines between scheduled oil changes.

**THE PARTIES**

**Plaintiffs George and Lora Gordon**

14.     Plaintiffs George and Lora Gordon are California citizens who reside in Bermuda Dunes, California.

15.     On or around January 13, 2017, Plaintiffs purchased a new 2017 Jeep Cherokee Sport from Crystal Chrysler, an authorized FCA dealer in Cathedral City, California, located in Riverside County.

16.     Plaintiffs purchased their vehicle primarily for personal, family, or household use.  FCA manufactured, designed, sold, distributed, advertised, marketed, and warranted the vehicle.

17.     Passenger safety and reliability were factors in Plaintiffs' decision to purchase their vehicle.  Prior to purchasing their vehicle, Plaintiffs reviewed specific features and options for the Jeep Cherokee Sport on FCA's official Jeep website, reviewed the window sticker and brochures during multiple visits to FCA dealerships, and discussed features and options with a sales representative at an authorized Jeep/FCA dealership prior to their purchase.

18.     Plaintiffs have followed the FCA-issued Owner's Manual for their Class Vehicle and taken their Jeep in for regular oil changes when the oil

indicator light has come on.  However, since purchasing their Class Vehicle, Plaintiffs have experienced the Oil Consumption Defect, despite adhering to FCA's suggested maintenance schedule for oil changes. For example, commencing at or around 15,000 miles, the vehicle began intermittently stalling. Finally, on or around March 17, 2020, the vehicle lost power and the engine died in the middle of the road while Ms. Gordon was driving home. AAA inspected the vehicle and found no electrical issues with the vehicle, so Plaintiffs delivered their vehicle to an authorized FCA dealership for diagnosis and repair. The FCA dealership technician diagnosed the vehicle with low oil. When Plaintiffs asked the dealership personnel about the cause of the oil consumption problem, the FCA dealership personnel admitted to Plaintiffs that abnormally high oil consumption is a known issue with their vehicle and that the dealership itself has had to replace multiple engines as a result of abnormally high oil consumption. The FCA technician added oil to the vehicle and directed Plaintiffs to return after 1,000 miles of driving so that the dealership could conduct an oil consumption test. After only roughly 100 miles, Plaintiffs' vehicle had already consumed 1/4 quart of oil, and it continues to consume oil at an abnormally high pace.

19.    At all times, Plaintiffs, like all Class Members, have driven their vehicle in a foreseeable manner and in the manner in which it was intended to be used.

**Defendant**

20.    Defendant FCA US LLC is a limited liability corporation organized and in existence under the laws of the State of Delaware and registered with the California Secretary of State to do business in the State of California.  FCA US's Corporate Headquarters are located at 1000 Chrysler Drive, Auburn Hills, Michigan 48326.  FCA US LLC designs, manufactures, markets, and sells motor vehicles, parts, and other products for sale in California and the United States. FCA US LLC is the warrantor and distributor of the Class Vehicles in California.

21.     At all relevant times, Defendant was and is engaged in the business of designing, manufacturing, constructing, assembling, marketing, distributing, and selling automobiles and motor vehicle components in California and throughout the United States.

## JURISDICTION

22.     This is a class action.

23.     Plaintiffs and other Class Members are citizens of states different from the home state of Defendant.

24.     On information and belief, aggregate claims of individual Class Members exceed $5,000,000.00 in value, exclusive of interest and costs.

25.     Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1332(d).

## VENUE

26.     FCA US, through its business of distributing, selling, and leasing the Class Vehicles, has established sufficient contacts in this district such that personal jurisdiction is appropriate.  Defendant is deemed to reside in this district pursuant to 28 U.S.C. § 1391(a).

27.     In addition, a substantial part of the events, omissions, or misrepresentations giving rise to these claims and a substantial part of the property that is the subject of this action are in this district.  Plaintiffs' Declaration, as required under California Civil Code § 1780(d) but not pursuant to *Erie* and federal procedural rules, reflects that a substantial part of the events or omissions giving rise to the claims alleged herein occurred, or a substantial part of property that is the subject of this action, is situated in Riverside County, California. It is attached as Exhibit 1.

28.     Venue is proper in this Court pursuant to 28 U.S.C. § 1391(a).

## FACTUAL ALLEGATIONS

29.     Since 2014, FCA US has designed, manufactured, distributed, marketed, and sold, the Class Vehicles.  FCA US has sold, directly or indirectly,

through dealers and other retail outlets, tens of thousands of Class Vehicles in California, and throughout the United States.

30.    The Class Vehicles contain one or more design and/or manufacturing defects in the engine that prevents the engine from maintaining the proper and adequate level of engine oil and causes excessive oil consumption at an abnormally high rate.

31.    Dating back to at least 2015, Plaintiffs are informed and believe, and based thereon allege, that FCA US was aware of the defects contained in the 2.4L Tigershark Inline 4-Cylinder Engine causing excessive oil consumption in the Class Vehicles.  FCA US, however, failed and refused to disclose these known defects to consumers.  As a result of this failure, Plaintiffs and Class Members have been damaged.

32.    FCA US has a duty to disclose the Oil Consumption Defect and the associated out-of-pocket repair costs to Class Vehicle owners, among other reasons: (1) because the defect poses an unreasonable safety hazard; (2) because FCA US had and has superior and exclusive knowledge or access to material facts about the Class Vehicles and engines that were and are not known or reasonably discoverable by Plaintiffs and Class Members; and (3) because FCA US has actively concealed the Oil Consumption Defect from its customers.

33.    This defect poses an obvious safety concern because low oil causes the engine to shut off unexpectedly.  In fact, on information and belief, FCA specifically designed the Class Vehicles such that the vehicles' engines shut off whenever the oil falls below a specified amount; however, no warning lights or other indicators illuminate to inform owners that the oil is low.  The following 2017 Jeep Cherokee owner's complaint to the National Highway Traffic Safety Administration is just one example of the severity of the Oil Consumption Defect and the risk of "engine shut-down" that it poses:

**NHTSA Posting Date:** December 24, 2019

1
2

**NHTSA ID Number:** 11291083
**Incident Date** January 12, 2019
**Consumer Location** HAMPSTEAD, MD

3
4
5
6
7
8
9
10
11
12
13

MY ENGINE CONSUMES OIL. I CANNOT EVEN REACH 2000
MILES BETWEEN OIL CHANGES. MY CAR WILL JUST CUT
OFF WHILE I AM DRIVING (AT ANY SPEED INCLUDING
HIGHWAY SPEEDS AND TURNS). WHEN THIS FIRST
HAPPENED I CHECKED THE OIL AND THE ENGINE WAS
COMPLETELY EMPTY OF OIL. IT DIDN'T EVEN REGISTER
ON THE DIPSTICK. I HAVE HAD OVER 6 OIL CHANGES
SINCE I BOUGHT MY CAR IN 01/2019 (LESS THAN A YEAR). I
HAVE HAD OIL CONSUMPTION TESTING COMPLETED AND
EVERYTHING "COMES BACK IN RANGE". THE ENGINE HAS
BEEN INSPECTED AND NOTHING IS LEAKING OR FAULTY.
MY CAR TAKES FULL SYNTHETIC OIL WHICH SHOULD
LAST WAY LONGER THAN THAT. I AM AWARE THIS IS AN
OVERALL ISSUE WITH 2017 JEEPS OF ALL MODELS. THE
SERVICE MANAGER AT THE DEALERSHIP DIDN'T SEEM
LIKE HE KNOW MUCH OF ANYTHING AND TRIED TO TELL
ME THAT THIS WAS NORMAL. I HAVE NEVER HAD A
VEHICLE THAT COMPLETELY DEPLETES ITS OIL SUPPLY
WITHIN 2000 MILES. HE THEN REFERRED ME TO MOPAR'S
CORPORATE LINE WHO THEN REFERRED ME TO NHTSA TO
FILE A REPORT.

14

(Safercar.gov, *Search Car Safety Ratings* (Apr. 22, 2020),
https://www.nhtsa.gov/ratings).

15
16
17
18
19
20

34.     Federal law requires automakers like FCA to be in close contact
with NHTSA regarding potential auto defects, including imposing a legal
requirement (backed by criminal penalties) compelling the confidential
disclosure of defects and related data by automakers to NHTSA, including field
reports, customer complaints, and warranty data.  See TREAD Act, Pub. L. No.
106-414, 114 Stat. 1800 (2000).

21
22
23
24
25
26
27
28

35.     Automakers have a legal obligation to promptly identify and report
emerging safety-related defects to NHTSA under the Early Warning Report
requirements. *Id.* Similarly, automakers monitor NHTSA databases for consumer
complaints regarding their automobiles as part of their ongoing obligation to
identify potential defects in their vehicles, including safety-related defects. *Id.*
Thus, FCA knew of the many complaints about the Defect logged by NHTSA
ODI, and the content, consistency, and large number of those complaints alerted

1   FCA to the Defect.

2      36.    Complaints that owners and lessees filed with the NHTSA

3   demonstrate that the Defect is widespread, poses a clear safety risk due to the

4   sudden stalling and "limp mode" episodes that it causes, and that it manifests

5   without warning. The complaints also indicate FCA's awareness of the defect

6   and its safety risks. The following is just a small sampling of the numerous

7   complaints, often expressly safety-related, describing the Defect (spelling and

8   grammar mistakes remain as found in the original):

9      **NHTSA Complaints** (Safercar.gov, *Search Car Safety Ratings* (Apr. 22,

10   2020), https://www.nhtsa.gov/ratings):

11   **2015 Jeep Cherokee**

12      a)  **NHTSA Posting Date:** July 16, 2015
          **NHTSA ID Number:** 10734584
13          **Incident Date** March 1, 2015
          **Consumer Location** RALEIGH, NC
14          THE CONTACT OWNS A 2015 JEEP CHEROKEE. WHILE DRIVING AT
          VARIOUS SPEEDS, THE LOW OIL PRESSURE AND BATTERY WARNING
15          LIGHTS ILLUMINATED. THE VEHICLE WAS ABLE TO RESTART. THE
          FAILURE RECURRED SEVERAL TIMES. THE VEHICLE WAS TAKEN TO A
16          DEALER WHO WAS UNABLE TO DIAGNOSE THE CAUSE OF THE FAILURE.
          THE CONTACT MENTIONED THAT THE VEHICLE WAS LOSING EXCESSIVE
17          OIL AND CONSTANTLY NEEDED OIL TO BE ADDED. THE VEHICLE WAS THE
          TAKEN TO A DEALER WHERE IT WAS DIAGNOSED THAT THE ENGINE
18          NEEDED TO BE REPLACED. THE VEHICLE WAS REPAIRED. THE
          MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE FAILURE MILEAGE
19          WAS 4,800.

20      b)  **NHTSA Posting Date:** January 5, 2017
          **NHTSA ID Number:** 10939926
21          **Incident Date** December 20, 2016
          **Consumer Location** PORTSMOUTH, NH
22          CAR JUST RANDOMLY SHUT OFF IN MIDDLE OF A 50 MPH HIGHWAY,
          ALMOST CAUSED ACCIDENT. IT DID IT A COUPLE MORE TIMES BEFORE I
23          GOT IT LOOKED AT. DEALER SAID IT WAS SO LOW ON OIL IT SHUT OFF.
          BUT DEALER ALSO CONFIRMED OIL WAS NOT LOW ENOUGH TO TRIGGER
24          THE WARNING LIGHT AND ALSO EXPLAINED IT HAS BEEN HAPPENING
          FREQUENTLY WITH MY MODEL.

25      c)  **NHTSA Posting Date:** February 28, 2017
26          **NHTSA ID Number:** 10957545
          **Incident Date** April 28, 2016
27          **Consumer Location** FOREST HILL, MD
          THE CONTACT OWNS A 2015 JEEP CHEROKEE. THE CONTACT STATED
28          THAT THE VEHICLE USED UP A QUART OF OIL EVERY THREE THOUSAND
          MILES WITHOUT WARNING. THE DEALER DIAGNOSED AND PERFORMED

AN OIL CHANGE. THE TECHNICIAN NOTED ON THE INVOICE THAT THE OIL FILTER WAS LOOSE. THE FAILURE RECURRED. THE MANUFACTURER WAS NOT MADE AWARE OF THE FAILURE. THE FAILURE WAS NOT REMEDIED. THE FAILURE MILEAGE WAS APPROXIMATELY 41,633.

d) **NHTSA Posting Date:** July 28, 2017
**NHTSA ID Number:** 11011381
**Incident Date** September 20, 2016
**Consumer Location** SOUTH ELGIN, IL
AT 17,000 MILES, I STARTED HAVING ISSUES WITH MY CHEROKEE. THE FIRST TIME THE ENGINE OF THE VEHICLE STALLED ON ME, I WAS ON MY WAY TO WORK. I POWERED OFF THE ENGINE AND IT SUCCESSFULLY RESTARTED AFTER ONE ATTEMPT. I BROUGHT IT TO MY DEALERSHIP LATER THAT DAY TO FIND OUT I WAS "OUT OF OIL", THIS WAS ROUGHLY 2500 MILES INTO MY MOST RECENT OIL CHANGE (WHICH IS PROJECTED FOR 5000 MILES). I WAS DISAPPOINTED, DUE TO THE VEHICLE BEING A YEAR OLD. THE DEALERSHIP ADDED SOME OIL AND I WAS ON MY WAY. SHORTLY AFTER, I STARTED NOTICING THE ENGINE WOULD REV TO HIGH RPM'S WHEN THE VEHICLE WAS STATIONARY, THE RPM'S WOULD INCREASE DRASTICALLY WHEN BREAKING, THE VEHICLE WOULD JUMP BETWEEN GEARS 1-3, MAKING INCREASING YOUR SPEED EXTREMELY DIFFICULT AS YOU NEVER KNEW WHEN THE VEHICLE WOULD ACTUALLY TAKE OFF. MY DEALERSHIP WAS "UNABLE TO DUPLICATE " THIS ISSUE, AND I WAS SENT ON MY WAY. FAST FORWARD 9 MONTHS, AND MY VEHICLE DIES ON ME AS I AM LEAVING WORK. HOWEVER, THIS TIME, IT TOOK MULTIPLE ATTEMPTS TO RESTART THE VEHICLE. I WAS FINALLY ABLE TO START IT BY PUTTING MY FOOT ON THE GAS, AND ANY TIME I TOOK MY FOOT OFF OF THE GAS, THE ENGINE WOULD STALL. I DROVE WITH TWO FEET TO THE DEALERSHIP THAT DAY, AND FOUND OUT ONCE AGAIN I WAS "OUT OF OIL". THE DEALERSHIP RECOMMENDED AN "OIL CONSUMPTION TEST", WHICH MEANS BRINGING YOUR VEHICLE TO THE DEALERSHIP AT VARIOUS MILE MARKERS (500,1000, 2000, 2000). AT THIS TIME, THEY WOULD CHECK THE OIL LEVELS AND REFILL ANY LOST OIL. THROUGH THIS, I FOUND OUT MY VEHICLE WAS "BURNING THROUGH" 1 QUART OF OIL EVERY 666.67 MILES. CHRYSLER GUIDELINES SAY A VEHICLE OF MY SPECIFICATIONS SHOULD USE 1 QUART IN 2000 MILES. THIS VEHICLE IS A BEAUTIFUL DEATH TRAP ON WHEELS, AND SUCH A DISAPPOINTMENT TO JEEP LOVERS EVERYWHERE. STAY AWAY.

e) **NHTSA Posting Date:** October 8, 2017
**NHTSA ID Number:** 11032255
**Incident Date** October 7, 2017
**Consumer Location** CLEVELAND, OH
[…] PULLED OUT OF THE BODY SHOP'S PARKING LOT, ONTO A CITY STREET, DROVE NOT EVEN A QUARTER OF A MILE AND MAYBE A MINUTE OR SO INTO THE DRIVE AND THE DASHBOARD ICON OF THE BATTERY ILLUMINATED, THE NOTIFICATION SOUND PLAYED, AND THE CAR SLOWED TO A STOP AGAIN. ALSO, THE NOTIFICATION CENTER DISPLAYED "SHIFT TO PARK". LUCKILY THIS TIME I STOPPED AT A RED LIGHT. I SHIFTED INTO PARK, PLACED MY HAZARD LIGHTS ON, AND WAVED THE CARS THAT WERE BEHIND ME TO DRIVE AROUND. MADE THE ATTEMPT TO RESTART TWICE WITH NO SUCH LUCK. THE THIRD ATTEMPT SAW THE CAR TURN BACK ON SUCCESSFULLY.
[…] FINALLY, AFTER A FEW HOURS IN THE CUSTOMER WAITING AREA, I WAS TOLD THAT THE JEEP WAS LOW ON OIL. AND THAT THE CHEROKEE ALONG WITH THE CHRYSLER 200, AND ANOTHER CAR THAT I CANNOT

REMEMBER AT THE MOMENT ARE DESIGNED TO STALL WHEN THE AMOUNT OF OIL BECOMES LOW. THE SERVICE DEPARTMENT EMPLOYEE SAID THAT THIS WAS A "EUROPEAN DESIGN SAFETY FEATURE" FOR THE CAR. I KEPT THE CHEROKEE AT THE DEALERSHIP FOR THEM TO CONTINUE TO INVESTIGATE THIS PROBLEM ON THIS UPCOMING MONDAY THE 10TH OF OCTOBER.

f) **NHTSA Posting Date:** October 16, 2017
**NHTSA ID Number:** 11033896
**Incident Date** October 15, 2017
**Consumer Location** MCHENRY, IL
MY CAR HAS BEEN STALLING ON THE FIRST DRIVE OF THE MORNING FOR 4 DAYS. STARTS UP AND IT'S FINE AFTER THAT. YESTERDAY WHILE VIDEOING IT TO SHOW A DEALER, I HEARD A DING. SAW NOTHING ON THE PANEL. REVIEWED THE VIDEO, AND I CAN ONLY SPECULATE IT SAID OIL PRESSURE LOW. IT LASTED LESS THAN HALF A SECOND AND DISAPPEARED. I CHECKED MY OIL AND FOUND IT TO BE BARELY REGISTERING ON THE STICK. IT TOOK 2 1/2 QUARTS TO FILL IT. MY OIL CHANGE STICKER STATES I'M 1200 MILES AWAY FROM THE 4000 MARK THE DEALER PUTS ON IT. I WAS TOLD TODAY BY A JEEP DEALER, THAT THE 2.4 ENGINE IN THE CHEROKEE WILL USE A QUART OF OIL EVERY 750-1000 MILES IF OVER 50,000 MILES. I HAVE 56,580 MILES. THE PROBLEM IS WHEN OIL IS LOW, THE CAR WILL STALL TO PREVENT DAMAGE AS A SAFETY FEATURE. UNFORTUNATELY THIS HAS CAUSED ME TO HAVE TO COAST ACROSS A BUSY TWO LANE ROAD WHILE MAKING A TURN, SO I COULD HAVE BEEN HIT. IT THEN TAKES 2-3 TIME TO CRANK IT OVER TO RESTART IT. THIS WAS NOT DISCLOSED TO ME WHEN I PURCHASED THE CAR WITH 40,009 MILES ON IT. THE DEALERS SAY THIS IS PERFECTLY NORMAL FOR THIS ENGINE TO BURN OIL. I DON'T BELIEVE ANY MANURACTURER SHOULD SELL VEHICLES THAT "BURN" OIL AT A QUART PER 1000 MILES. I BOUGHT A NEWER CAR FOR LESS MAINTENANCE. NOW I HAVE TO ADD OIL ONCE A MONTH TO MY CAR.

g) **NHTSA Posting Date:** November 14, 2017
**NHTSA ID Number:** 11046153
**Incident Date** November 13, 2017
**Consumer Location** FRESNO, CA
CAR STALLS LOSING ALL POWER WHILE DRIVING WHEN OIL CHANGE IS NEEDED. OIL CHANGE LIGHT CAME ON RECENTLY. CAR HAS BEEN STALLING IN THE MIDDLE OF DRIVING ON THE ROAD. ALSO HAPPENED LAST TIME OIL CHANGE LIGHT CAME ON. WAS TOLD BY JEEP DEALER THAT IT IS COMMON. VERY DANGEROUS.

h) **NHTSA Posting Date:** November 15, 2017
**NHTSA ID Number:** 11046423
**Incident Date** November 12, 2017
**Consumer Location** HAVERHILL, MA
WHILE DRIVING ON SUNDAY MY JEEP SUDDENLY WITHOUT NOTICE OR WARNING SHUT OFF AND WOULD NOT RESTART, I WAS STRANDED IN MIDDLE OF THE ROAD SINCE THERE WAS NO WARNING I HAD NO TIME TO PULL TO SIDE. AAA TOWED TO CLARK CHRYSLER/JEEP WHERE IT WAS BOUGHT AND UNDER EXTENDED WARRANTY. ALL PM'S HAVE BEEN DONE THERE AND DONE TIMELY. WHAT THEY FOUND WAS JEEP WAS DOWN 3 QTS OF OIL, I ASKED HOW THAT COULD BE AND WHY WOULD ENGINE SHUT OFF SO ABRUPTLY THEY CLAIM THE 2.4 ENGINES USE 1QT PER 1,000 MILES, THAT NO INDICATOR OR WARNING COMES ON AND

1
2
3
4
5
6
7

ENGINE WILL SHUT OFF TO PROTECT IT. NO WHERE IS IT LISTED IN OWNERS MANUAL, I HAVE BEEN IN AUTOMOTIVE FOR OVER 30 YEARS AND IF AN ENGINE BURNS A QT PER 1,000 YOU REBUILD OR BUY A NEW ENGINE, I AM NOW TOLD I MUST CHECK AND ADD OIL EVERY 1,000 MILES ON A 2015 WITH ONLY 42,000 MILES! SAFETY CONCERN IS IF ANYONE IS ON HIGHWAY IT COULD CAUSE DEATH WITH A SUDDEN STOPPAGE OF VEHICLE, I WAS LEFT IN THE MIDDLE OF OF A COUNTRY ROAD AND AAA HAD POLICE COME TO HELP BLOCK ME FROM TRAFFIC PASSING AROUND ME, I NEVER HEARD OF ANYTHING LIKE THIS SO I CALLED JEEP AND MELISA ON THEIR CONSUMER LINE CONFIRMED WITH SERVICE TECH IAN HOGAN AND TOLD ME THAT SHE IS TOLD IT HAPPENS AND THERE IS NO WARNING , HOW CAN JEEP THINK THIS IS SAFE WITHOUT AT LEAST NOTIFYING OWNERS TO BE AWARE?

8
9
10
11
12

i) **NHTSA Posting Date:** January 22, 2018
   **NHTSA ID Number:** 10851584
   **Incident Date** January 1, 2015
   **Consumer Location** JOHNSTOWN, NY
   2015 JEEP CHEROKEE. CONSUMER WRITES IN REGARDS TO VEHICLE EXCESSIVE OIL CONSUMPTION ISSUES. THE CONSUMER STATED THE VEHICLE HAD IT'S FIRST OIL CHANGE IN JANUARY OF 2015. AFTER 146 MILES, THE OIL WAS ONE QUART LOW. THE CONSUMER ADDS 1-2 QUARTS BETWEEN REGULAR OIL CHANGES.

13
14
15
16
17

j) **NHTSA Posting Date:** February 23, 2018
   **NHTSA ID Number:** 11074574
   **Incident Date** August 28, 2017
   **Consumer Location** LONDON, KY
   CAR IS BURNING OIL AND SHUTTING OFF ON THE ROAD, WHICH I OR MY CHILDREN, CAN EASILY GET HURT OR KILLED. HAVE TRIED TO HAVE RESOLVED NUMEROUS TIMES WITH UNSATISFACTORY RESULTS FROM THE CAR LOT. AS ADVISED FROM THE SERVICE MANAGER THIS IS NORMAL UNDER CHRYSLER STANDARDS.

18
19
20
21
22
23
24
25

k) **NHTSA Posting Date:** July 18, 2018
   **NHTSA ID Number:** 11112181
   **Incident Date** July 18, 2018
   **Consumer Location** HOUSTON, TX
   WHILE IN MOTION, THE VEHICLE SHUTS OFF WITHOUT WARNING. A MESSAGE ON THE DASH SAYS PUT THE CAR IN PARK TO START. THE CAR CONSUMES LARGE AMOUNTS OF SYNTHETIC OIL, WHICH SHOULD LAST UP TO 6 MONTHS BUT ONLY LASTS BETWEEN 700-1000 MILES PER QUART. THE OIL LIGHT DOES NOT COME ON INDICATING THAT THE OIL IS LOW. IT FLASHES ACROSS THE SCREEN TOO FAST FOR THE DRIVER TO SEE THE WARNING. WHEN THE OIL IS LOW, THE CAR BEGINS TO SHUT ITSELF OFF WHILE IN MOTION. THIS HAS HAPPENED WHILE DRIVING AT BOTH HIGH AND LOW RATES OF SPEED ON CITY STREETS AND A HIGHWAY DURING RUSH OUR TRAFFIC, NEARLY CAUSING A COLLISION WITH VEHICLES BEHIND ME.

26
27
28

l) **NHTSA Posting Date:** August 2, 2018
   **NHTSA ID Number:** 11115417
   **Incident Date** July 25, 2018
   **Consumer Location** SAN JOSE, CA
   ENGINE DIES WHILE DRIVING DOWN THE ROAD & AFTER 10-15 MINUTES VEHICLE WILL START. THIS HAS HAPPENED NUMEROUS TIMES & EACH

TIME I HAVE BROUGHT IT BACK TO NORMANDIN JEEP IN SAN JOSE, CA. OF COURSE IT IS RUNNING EACH TIME WHEN I GET TO THE DEALERSHIP & I ALWAYS GET THE SAME STORY. LOW OIL OR OIL PRESSURE. I CURRENTLY HAVE LESS THAN 40,000 MILES ON THE JEEP & MY FIRST INCIDENT BEGAN WITH 15,000 MILES ......... THEN AGAIN & AGAIN & AGAIN. I LIVE IN SILICON VALLEY & HAVE A ONE YEAR OLD SON. THE FREEWAYS ARE BUSY AND THIS HAS BECOME A DANGEROUS SITUATION. ACCORDING TO MY ONLINE RESEARCH ........ THIS IS AN INHERENT PROBLEM WITH THE JEEP CHEROKEE ..........BUT ........ THE DEALERSHIP DOES NOT WANT TO ADMIT THIS. ON MY LAST VISIT ABOUT A MONTH AGO (LESS THAN 40,000 ON ODOMETER) THEY (NORMANDIN) TOLD ME THE PROBLEM WAS WITH THE OIL PRESSURE SENDING UNIT & THIS WOULD NOT BE COVERED UNDER WARRANTY ..........EVEN THOUGH THIS ISSUE BEGAN A COUPLE YEARS AGO. SERVICE MANAGER SAID THAT BECAUSE THIS HAS BEEN AN ONGOING PROBLEM .......... HE WOULD REPLACE THE UNIT AND CHARGE ME ONLY $100. WITH A JOB & A ONE YEAR OLD CHILD ..... I CERTAINLY DID NOT HAVE THE TIME TO ARGUE. THEY REPLACED THE UNIT & FILLED MY JEEP WITH OIL AND I LEFT THE DEALERSHIP. WELL ............ MY JEEP JUST STRANDED ME AGAIN . SAME PROBLEM & I KEEP CALLING THE DEALERSHIP (FOR THE PAST 5 DAYS) AND THE SERVICE MANAGER HAS NOT RETURNED MY CALL. I SIMPLY DO NOT HAVE THE TIME FOR THIS. PLUS I AM SCARED TO BE ON THE ROAD TO MY WORK WITH MY YOUNG SON IN THE BACK SEAT (I DROP HIM OFF AT DAY CARE). I WRITE THE NHTSA BECAUSE I'M AWARE THAT THERE ARE SO MANY PEOPLE WHO HAVE EXPERIENCED THIS ISSUE.

m) **NHTSA Posting Date:** January 3, 2019
   **NHTSA ID Number:** 11164716
   **Incident Date** March 9, 2018
   **Consumer Location** HOUSTON, TX
   THE VEHICLE'S LOW OIL LIGHT INDICATOR ONLY FLASHES ACROSS THE SCREEN AND DOES NOT REMAIN ON. THIS ONLY TAKES PLACE WHEN THE CAR IS COMPLETELY OUT OF OIL AND THE CAR LOSES POWER AND SHUTS OFF WHILE IN MOTION. THE VEHICLE HAS NO LEAKS BUT REQUIRES OIL EVERY 700 MILES OR SO. THE ENGINE RUNS OFF SYNTHETIC OIL WHICH SHOULD HAVE TO BE REPLACED LESS FREQUENTLY, BUT THIS VEHICLE NEEDS OIL REPLACEMENT EVERY 2-3 MONTHS.

n) **NHTSA Posting Date:** February 19, 2019
   **NHTSA ID Number:** 11181050
   **Incident Date** February 19, 2019
   **Consumer Location** GORDONSVILLE, VA
   BURN OF OIL AT ROUGHLY A QT PER 1000 MILES, LESS THAN RECOMMENDED OIL CHANGE MILEAGE. EFFECTS ENGINE. SHUTS ENGINE OFF WHILE DRIVING AND TAKES 3-5 MINUTES BEFORE CAR CAN START AGAIN. VERY DANGEROUS AS IT HAPPENS AT ANY SPEEDS AND CAR COMPLETELY LOCKS UP.

o) **NHTSA Posting Date:** March 29, 2019
   **NHTSA ID Number:** 11192370
   **Incident Date** March 14, 2019
   **Consumer Location** CLINTON, CT
   DRIVING ALONG WITH VEHICLE IN MOTION, THE ENGINE STALLS OUT AND CONTINUES TO ROLL, BUT DOES NOT OPERATE. CAR MUST COME TO A COMPLETE STOP, REST AND THEN TRY TO RESTART – VERY DANGEROUS ON THE HIGHWAY. A MESSAGE COMES ON STATING

"VEHICLE MUST BE IN GEAR TO SHIFT" OR SOMETHING CLOSE TO THAT – BUT THERE HAS BEEN NO SHIFTING ON MY PART AT ALL. THIS STALLING HAS PUT ME IN VERY DANGEROUS CONDITIONS BECAUSE CARS COMING FROM BEHIND AND AROUND ME HAVE NO WARNING OF THE STALLED OUT ENGINE EITHER. IT TAKES ABOUT 3 OR 4 MINUTES TO RESTART THE ENGINE. DEALERSHIP SAYS THIS IS AN OIL CONSUMPTION ISSUE AND ITS SOMETHING TO DO WITH THE PISTONS. ANOTHER JEEP SERVICE MANAGER SAID THE ENGINE NEEDS TO BE REPLACED. ITS STILL UNDER WARRANTY. I FEAR THAT WE'RE GOING TO GET HIT (MY DAUGHTER AND I) AND MEANWHILE, WE DO NOT HAVE OTHER TRANSPORTATION AND I'M GOING TO BE PAYING ON THIS FOR 4 MORE YEARS. THERE IS A LOT OF INFORMATION ON OTHER PEOPLE HAVING THE SAME COMPLAINTS ON THE INTERNET.
FOR NOW, THE DEALERSHIP IS DOING AN OIL CONSUMPTION TEST WHICH IS RELATED TO THE ENGINE PROBLEMS KNOWN ON OTHER VEHICLES. WITH THIS MANY PEOPLE HAVING THE SAME PROBLEM, THIS SHOULD BE A RECALLED ENGINE.

p)   **NHTSA Posting Date:** May 7, 2019
**NHTSA ID Number:** 11205958
**Incident Date** May 1, 2019
**Consumer Location** TEMPLE HILLS, MD
THE ENGINE LOSES LARGE AMOUNT OF OIL CAUSING THE CAR AIR FLOW SYSTEM TO MALFUNCTION. THE CAR COMPLETELY SHUTDOWN WHILE DRIVING BECAUSE THE CAR NEEDS OIL AND ECS WARNING BLINKS. HOWEVER, THE CAR OIL INDICATOR DOESN'T RECOGNIZE THE CAR NEEDS OIL. THIS SAME IDENTICAL SITUATION HAS HAPPEN MULTIPLE TIME, STARTING ABOUT 1 YEAR AFTER I PURCHASED THE SUV IN SEPTEMBER 2015. EVERY TIME I HAVE TAKEN THE CAR TO THE DEALERSHIP, IT HAS BEEN NOTED IN THE RECORD. HOWEVER, THIS TIME, THE AUTOMOBILE TECH INFORM ME OF THE PROBLEM WITH CAR AND NOTED THAT JEEP IS AWARE OF THIS ISSUE WITH THE 2.4L 4 CYLINDER ENGINES. THOSE PARTICULAR ENGINES ARE ALSO IN THE CHRYSLER 200.

q)   **NHTSA Posting Date:** June 19, 2019
**NHTSA ID Number:** 11221247
**Incident Date** April 13, 2019
**Consumer Location** TRAVERSE CITY, MI
CAR STALLING AT LOW SPEED AND ALSO AT STOP. TAKES SEVERAL ATTEMPTS TO GET MOVING AGAIN. WENT IN FOR SERVICE AND CAR VIRTUALLY OUT OF OIL. WAS NOT EVEN CLOSE TO NEEDING AN OIL CHANGE. LESS THAN EVERY 1000 MILES THERE IS AN OIL LOSS OF ATLEAST A QUART NEEDING TO BE ADDED AT OIL CONSUMPTION TEST. EXTREMELY DANGEROUS TO DRIVE AND ANY TYPE OF RESOLUTION FEELS WORLDS AWAY WHEN OUR SAFETY IS JEOPARDIZED.

r)   **NHTSA Posting Date:** September 1, 2019
**NHTSA ID Number:** 11252673
**Incident Date** August 30, 2019
**Consumer Location** ESSEX, MD
AS I AM DRIVING MY CAR STAHL'S AND EVERYTHING SHUTS OFF. THIS TYPICALLY HAPPENS AS I AM MAKING A TURN. THIS TYPICALLY HAPPENS AS I GET CLOSER TO THE DATE OF MY NEXT OIL CHANGE. THE CAR SHUTS OFF COMPLETELY AND I MUST COAST TO A STOP. AFTER WAITING ABOUT A MINUTE I CAN RESTART THE ENGINE. THIS IS A VERY

1    DANGEROUS SITUATION AS I AM TYPICALLY TURNING TO CROSS
     TRAFFIC.

2    s) **NHTSA Posting Date:** September 25, 2019
        **NHTSA ID Number:** 11257903
3       **Incident Date** September 24, 2019
        **Consumer Location** PEKIN, IN
4       2015 JEEP CHEROKEE LATITUDE 4 WHEEL DRIVE. IT IS UNDER WARRANTY
        FOR TRANSMISSION, ETC. USING OIL, ( EVAPORATES?) AND IS A KNOWN
5       ISSUE WITH THIS MAKE MODEL AND YEAR. CALLED JEEP AND WAS
        ADVISED TO GET IT INTO SERVICE IMMEDIATELY DUE TO KNOWN ISSUES,
6       BUT THEY WOULD NOT ALLOW ME TO MAKE A COMPLAINT. JEEP HAS
        BEEN TRYING TO STALL OUT WHILE DRIVING, AT STOPS, HARD SHIFTS,
7       BRAKE COMES ON AUTOMATICALLY, COMPLETELY STOPPED IN THE
        MIDDLE OF THE ROAD WHILE DRIVING, AND OIL HAS SOMEHOW
8       DISAPPEARED FROM IT, BUT NO LEAKS.

9    t) **NHTSA Posting Date:** November 7, 2019
        **NHTSA ID Number:** 11278667
10      **Incident Date** November 4, 2019
        **Consumer Location** LOUISVILLE, KY
11      MY 2015 JEEP CHEROKEE LATITUDE HAS STALL OUT 3 TIMES ON ME
        WHILE DRIVING ON BUSY HIGHWAYS. I TOOK THE VEHICLE IN FOR
12      REPAIR AND WAS TOLD THIS PARTICULAR ENGINE CONSUMES OIL AT A
        FAST RATE AND WITHOUT ANY WARNING, WHEN LOW, WILL STALL
13      UNEXPECTEDLY. NO WARNING, NO OIL PRESSURE GAUGE ALERTS, CAR
        SIMPLE STALLS. I AM AFRAID THE VEHICLE WILL STALL AND ME AND
14      ANY OCCUPANT WILL BE KILLED OR SERIOUSLY INJURED. I HAVE NOTICE
        THE SAME COMPLAINT NUMEROUS TIMES ON LINE.
15
16   u) **NHTSA Posting Date:** December 31, 2019
        **NHTSA ID Number:** 11292287
17      **Incident Date** December 31, 2019
        **Consumer Location** INDIANAPOLIS, IN
18      WHILE DRIVING, THE JEEP WILL TURN OFF AUTOMATICALLY DUE TO THE
        ENGINE BURING TOO MUCH OIL. IT CAUSES A SAFETY CONCERN WHEN
19      THE CAR AUTOMATICALLY STOPS AND CAUSES OTHER CARS TO SWIRVE
        OR TO HIT THE CAR. I HAVE ALMOST BEEN HIT MULTIPLE TIMES BECAUSE
20      OF THIS. THERE IS NO WARNING TO IT AND NO OIL LIGHT TO TELL ME THE
        ENGINE IS LOW OF OIL. IT ALSO HAS SEVERAL OTHER WARNINGS THAT
21      COME ON FOR NO REASON. THE SERVICE SHIFTER LIGHT WILL COME ON
        AND STOP THE CAR FROM GOING INTO PARK, AGAIN CAUSING THE CAR
22      AND PASSENGERS TO BE IN DANGER. THIS HAS HAPPENED SEVERAL
        TIMES WHILE THE CAR WAS IN MOTION, EITHER GOING FAST OR SLOW. IT
23      COMES WITHOUT WARNING AND WHEN I CALL ABOUT IT, THEY SAY
        NOTHING IS WRONG. THIS IS A SAFETY HAZARD TO ALL WHO DRIVE THIS
24      CAR AND CARS LIKE IT

     **2016 Jeep Cherokee**
25   v) **NHTSA Posting Date:** 8/27/2016
        **NHTSA ID Number:** 10901992
26      **Incident Date** August 5, 2016
        **Consumer Location** ROCKFORD, IL
27      WE BOUGHT A BRAND NEW JEEP AND BY 5168 MILES IT USED 3 QUARTS
        OF SYNTHETIC OIL. WE HAD THE OIL CHANGED AT 3000 MILES AT THE
28      DEALER(AS THEY SUGGESTED). WE INFORMED THE DEALER THAT THE

JEEP WAS BURNING OIL NOT LEAKING OIL. WE WERE TOLD THAT CHRYSLER WOULD NOT DO ANYTHING ABOUT IT UNTIL 7500 MILES AND THEN THEY WOULD DO A OIL CONSUMPTION TEST ON THE JEEP AND AFTER THAT WE WOULD HAVE TO BRING IT BACK EVERY 500 MILES TO TOP THE OIL OFF IF NECESSARY. SYNTHETIC OIL IS ABOUT $8.00 A QUART. THIS JEEP IS UNDER WARRANTY BUT THEY WOULDN'T FIX IT. AND WE WOULD OF HAD TO PAY FOR THE OIL TO TOP IT OFF WITH TOO. THE DEALER WAS AWARE OF THIS PROBLEM WITH THESE JEEPS. OUR DAUGHTER BOUGHT A JEEP WITH THE SAME ENGINE BUT SHE HASN'T HAD A PROBLEM WITH HERS. WHEN WE TOLD THE DEALER THIS THEY SAID THIS PROBLEM EXISTS ONLY WITH SOME OF THE ENGINES. WHY ISN'T THERE A RECALL ON THESE! WHY ARE THEY EVEN SELLING THESE WHEN THEY KNOW THERE'S A PROBLEM. SINCE THE MANUFACTURE WOULDN'T FIX THE PROBLEM WE GOT RID OF THE JEEP.

w) **NHTSA Posting Date:** 1/5/2017
**NHTSA ID Number:** 10939823
**Incident Date** December 5, 2016
**Consumer Location** WAYNESBORO, TN
THE CONTACT OWNS A 2016 JEEP CHEROKEE. WHILE DRIVING APPROXIMATELY 10 MPH, THE VEHICLE STALLED WITHOUT WARNING. THE CONTACT CAME TO A COMPLETE STOP. THE VEHICLE RESTARTED NORMALLY. THE DEALER DIAGNOSED THAT THE OIL LEVEL WAS TOO LOW AND THE ENGINE STALLED. THE CONTACT ALSO STATED THAT THE ENGINE WAS REPLACED BECAUSE THE FAILURE RECURRED SIX OTHER TIMES. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 29,000.

x) **NHTSA Posting Date:** 1/17/2017

THE CONTACT OWNS A 2016 JEEP CHEROKEE. THE CONTACT WAS EXPERIENCING AN EXCESSIVE OIL CONSUMPTION ISSUE WITH THE VEHICLE. THE CONTACT HAD TO ADD OIL TO THE VEHICLE EVERY 1,200 MILES. THE CONTACT RESEARCHED THE ISSUE ONLINE AND DISCOVERED THAT THIS WAS AN ONGOING ISSUE WITH THE MANUFACTURER. THE VEHICLE WAS NOT DIAGNOSED OR REPAIRED. THE MANUFACTURER WAS MADE AWARE OF THE ISSUE. THE FAILURE MILEAGE WAS APPROXIMATELY 1,200.

y) **NHTSA Posting Date:** 4/12/2017

RETURNING HOME FROM 1ST OIL CHANGE SINCE PURCHASE OF VEHICLE (2016 JEEP CHEROKEE SPORT) 3 MONTHS PRIOR, OWNER NOTICED SMOKE COMING FROM HOOD IMMEDIATELY UPON PARKING VEHICLE AT RESIDENCE. AS SOON AS OWNER EXITED VEHICLE, OWNER NOTICED FLAMES COMING FROM BOTTOM OF ENGINE. OWNER CALLED 911. THREE MINUTES LATER WHEN EMERGENCY VEHICLES ARRIVED, CAR WAS ENGULFED IN FLAMES AND WAS DEEMED A TOTAL LOSS BY FIRE INVESTIGATOR AND INSURANCE COMPANY.

z) **NHTSA Posting Date:** 5/30/2017
**NHTSA ID Number:** 10992363
**Incident Date** May 27, 2017
**Consumer Location** SEVERNA PARK, MD

1
2
3
4
5
6
7
8
9
10
11
12
13
14

ON MARCH 3/9/2017 I PURCHASED A 2016, JEEP CHEROKEE LIMITED 4X4, 2.4L WITH 20,111. AT THE TIME OF THE PURCHASE, I RECEIVED A 109-POINT VEHICLE INSPECTION REPORT, AND I PERSONALLY CHECKED THE FLUID LEVELS. ON MAY 27, 2017, THE OIL LIGHT FLASHED WHEN TURNING INTO THE HOME DEPOT. I IMMEDIATELY, PARKED AND TURNED OFF THE CAR. AFTER INSPECTION, I CHECKED THE OIL, AND THERE WAS NO EVIDENCE OF OIL ON THE DIP STICK. THE JEEP'S MILEAGE WAS 24,211 MILES, WHICH IS ONLY 4,100 MILES SINCE PURCHASING THE VEHICLE. HAVING LEARNED THAT NO OIL WAS REGISTERING ON THE DIP STICK, I OPENED UP THE HOOD AND LOOKED FOR SIGNS OF AN OIL LEAK? NO OIL LEAK WAS VISIBLE FROM THE ENGINE COMPARTMENT AND NO OIL LEAKAGE WAS FOUND UNDER THE JEEP. I THEN DROVE TO THE NEAREST RETAILER AND PURCHASED 5 QT CONTAINER OF 0W-20, FULL SYNTHETIC MOTOR OIL. AFTER RETURNING TO THE JEEP, I STARTED ADDING OIL, ONE QUART AT A TIME, AND CHECKING THE LEVEL OF THE OIL BETWEEN ADDING INTERVALS. AFTER ADDING ONE QUART, I COULD JUST SEE EVIDENCE OF OIL ON THE DIP STICK. IT TOOK 3.5 QUARTS BEFORE THE DIP STICK REGISTERED FULL. AT THAT POINT I TURNED ON THE VEHICLE. ALL OF THE NORMAL DASH BOARD DIAGNOSTIC LIGHTS FLASHED ON/OFF AND THE CAR EXHIBITED NO SUSTAINED WARNING LIGHTS. NO SUSTAINED ENGINE LIGHT OR OIL LIGHT WERE VISIBLE AND THE JEEP APPEARED TO BE RUNNING NORMALLY. NO BLUE OR BLACK EXHAUST WAS VISIBLE FROM THE JEEP'S TAIL PIPE. AFTER ARRIVING HOME, I PROMPTLY CHANGED THE OIL AND OIL FILTER WITH THE 0W-20, FULL SYNTHETIC CASTROL MOTOR OIL AND A FRAM TOUGH GUARD FILTER. THE DISCARDED OIL WAS BLACK. FROM UNDER THE JEEP, THERE WAS NO SIGN OF AN OIL LEAK AROUND THE OIL FILTER, THE OIL PAN OR ANYWHERE INSIDE OF THE SKID SHIELD UNDER THE JEEP?

15
16
17
18
19
20
21
22
23

aa) **NHTSA Posting Date:** 9/28/2017
**NHTSA ID Number:** 11030388
**Incident Date** September 27, 2017
**Consumer Location** Unknown
EXCESSIVE OIL CONSUMPTION. TO PROTECT ITSELF, THE ENGINE WILL SHUT DOWN WITHOUT WARNING, NO OIL OR ENGINE LIGHTS. THIS HAS HAPPENED SEVERAL TIMES IN ONE YEAR. THE MOST RECENT SEPT. 27, 2017 WAS WHEN I WAS IN TRAFFIC ON A SIDE STREET IN WORCESTER MA.. IT TOOK 5 MEN TO PHYSICALLY PUSH MY CAR TO THE SIDE OF THE ROAD TO PREVENT AN ACCIDENT FROM HAPPENING. UNACCEPTABLE. AFTER HAVING A TUNE UP IN MID-JULY 2017, THE CAR DIP STICK IN LATE SEPTEMBER WAS DRY. AFTER TOWING THE VEHICLE TO THE NEAREST DEALER I FOUND OUT IT TOOK 4 QUARTS OF OIL. I BELIEVE THIS IS AN EXCESSIVE AMOUNT. I AM NOW GOING TO HAVE TO CHECK EVERY 500 TO 1,000 MILES NOT TO MENTION THE HIGHER COST TO PURCHASE SYNTHETIC OIL.

24
25
26
27

bb) **NHTSA Posting Date:** 10/19/2017
IT HAS AN OIL CONSUMPTION ISSUE. IT BURNS A QUART OF OIL EVERY 1000 MILES. IT TAKES 5 QUARTS OF OIL AND THE OIL CHANGE IS EVERY 5000 MILES SO BY THE TIME IT NEEDS AN OIL CHANGE THERE IS NO OIL LEFT. IT STALLED DEAD ON ME WHILE I WAS DRIVING BECAUSE IT HAD NO OIL. I HAD NO ADVANCED WARNING IT JUST STOPPED IN THE MIDDLE OF THE STREET. I HAVE DONE 7 OIL CONSUMPTION TESTS AND JEEP IS TELLING ME IT IS "JEEP STANDARD" AND THEY WILL NOT FIX IT.

28

cc) **NHTSA Posting Date:** 3/2/2018

CLASS ACTION COMPLAINT

**NHTSA ID Number:** 11075812
**Incident Date** June 1, 2016
**Consumer Location** BALDWINSVILLE, NY
THE ENGINE SHUTS OFF WITHOUT ANY WARNING. IT HAS HAPPENED ON RAMPS, A PARKING GARAGE, ON THE HIGHWAY AND THE MIDDLE OF AN INTERSECTION. NO WARNING LIGHTS COME ON UNTIL AFTER THE ENGINE STOPS. THE STEERING FAILS, THE BRAKES FAIL AND THE VEHICLE ROLLS TO A STOP. OFTEN, IT WILL TAKE SEVERAL MINUTES AND ATTEMPTS TO RESTART THE ENGINE. I WAS ADVISED BY THE DEALERSHIP THAT THE OIL WAS LOW. THE ENGINE CONTINUES TO SHUT OFF AND WITH NO CORRELATION TO TIME FRAME AFTER HAVING THE OIL REPLACED, TIME IT HAS BEEN DRIVEN, OR DURATION OF THE TRIP. THIS IS COMPLETELY UNSAFE TO THE PERSON OPERATING THE VEHICLE AND TO OTHERS ON THE ROAD. JEEP AND THE DEALERSHIP HAVE IGNORED THE PROBLEM AND I HAVE EVEN BEEN TOLD BY JEEP CUSTOMER SERVICE THAT "THE ENGINE IS OPERATING AS DESIGNED" WHICH MEANS THAT IT WILL SHUT OFF WITHOUT WARNING TO PROTECT THE ENGINE, NOT THOSE INSIDE THE VEHICLE. THEY HAVE REFUSED TO FIX OR ACKNOWLEDGE THE ISSUE, REFUSED TO VOID THE LEASE AND REFUSED TO REPLACE THE VEHICLE.

dd) **NHTSA Posting Date:** 3/26/2018
I WAS DRIVING TO TOWN AND THE LOW OIL PRESSER LIGHT CAME ON I GET OFF THE ROAD THEN MY CAR DIED I WAS NOT ABLE TO RESTART IT. I CHECKED THE OIL AND IT WAS EMPTY? I PUT 2 QUARTS OF OIL IN IT AND THEM IT STATED RIGHT UP. I TOOK IT TO THE CAR LOT THE NEXT DAY AND THERE WAS ONLY 1 QUART OF OIL IN IT. AT THIS TIME I HAD ONLY DROVE IT 23 MILES SINCE I HAD PUT THE OIL IN THERE, THEY TOLD ME THERE WAS NOT ANY LEAKS AND THAT THEY WOULD FILL IT UP AND FOR ME TO COME BACK IN A WEEK. I REALLY HOPE THAT I CAN MAKE IT A WEEK WITH THE OIL THEY PUT IN THERE I HAVE SET THE MILLAGE THING IN THE CAR TO 0 AND I WILL SEE HOW MANY MILES I DRIVE AND IF IT IS OUT OF OIL WHEN I GO BACK.

ee) **NHTSA Posting Date:** 4/28/2018
WHILE DRIVING THE ENGINE CUT OUT. I DRIFTED TO THE SIDE OF THE ROAD, PUT IT IN PARK AND RESTARTED IT. THERE WASN'T ANY MESSAGE THERE WAS A PROBLEM. IT WAS FINE FOR A COUPLE OF DAYS AND THEN WHILE DRIVING TO WORK THE SAME THING HAPPEN AGAIN. I WAS ABLE TO GET TO THE SIDE WITHOUT BEING HIT. ON CHECKING THE INTERNET IT SHOWED OTHERS HAD THE SAME PROBLEM AND WAS RELATED TO OIL. . CHECKED OIL AND IT WAS LOW. I TOOK IT TO THE DEALERSHIP AND THEY CONFIRMED THE 2.4 CUTS OFF EVEN IF THE VEHICLE IS IN MOTION WITH NO WARNING WHEN OIL IS LOW. NO ONE EVER TOLD ME THIS. HAD I BEEN ON A BUSIER MULTI LANE ROAD I MAY HAVE BEEN INVOLVED IN AN ACCIDENT. I HAVE NEVER NEEDED TO CHECK MY OIL BETWEEN SERVICE ON A NEWER CAR BEFORE THIS IS AN UNSAFE DEFAULT TO LOW OIL. IT PUTS THE DRIVER AND PUBLIC IN DANGER. HAD I BEEN TOLD THE VEHICLE MAY SHUT OFF WHILE I WAS DRIVING I WOULD NEVER HAVE BOUGHT THE CAR. I CANT BELIEVE THAT THEY ARE ALLOWED TO HAVE THIS AS A FEATURE WITH NO WARNING.

ff) **NHTSA Posting Date:** 5/2/2018
**NHTSA ID Number:** 11091468
**Incident Date** October 18, 2017
**Consumer Location** BRANFORD, CT

1
2
3
4
5
6
7

2016 JEEP CHEROKEE HAS TWICE STALLED WHILE DRIVING ABOUT 30 MPH. LOSE ALL POWER. FIRST TIME , 21,218 MILES, DEALER SAID PROBABLY LOW ON OIL, BUT OIL CHANGE WAS NOT OVERDUE AND NO INDICATOR LIGHTS EVER SHOWED. THEY DID OIL CHANGE AND THEN CHECKED CAR AT NEXT OIL CHANGE, THEY DIDN'T FIND ANYTHING. AT 30,930 MILES, CAR STALLED AGAIN DRIVING 30 MPH OUT OF NOWHERE. BARELY ABLE TO GET TO SIDE OF ROAD. EXTREMELY DANGEROUS SITUATION. DEALER AGAIN SAID OIL ISSUE AND WE ARE ADVISED TO RETURN TO DEALER IN 1000 MILES TO DO AN OIL CONSUMPTION TEST. IN RESEARCHING THIS ISSUE IT SEEMS THAT THIS IS AN ONGOING ISSUE THAT NO ONE SEEMS TO GET RESOLVED. DEALER SAYS THEY HAVE NOT HEARD OF ISSUE, BUT A SIMPLE GOOGLE SEARCH SHOWS THIS IS NOT AN ISOLATED ISSUE.

8
9
10
11
12
13

gg) **NHTSA Posting Date:** 5/8/2018
**NHTSA ID Number:** 11092531
**Incident Date** November 1, 2015
**Consumer Location** Unknown
THE CONTACT OWNS A 2016 JEEP CHEROKEE. WHILE DRIVING VARIOUS SPEEDS, THE "SWITCH TO NEUTRAL" WARNING MESSAGE APPEARED AND THE CHECK ENGINE INDICATOR ILLUMINATED. AFTERWARDS, THE VEHICLE STALLED. NEW HOLLAND JEEP IN NEW HOLLAND, PA WAS CONTACTED AND DIAGNOSED THAT THE FAILURE WAS DUE TO EXCESSIVE ENGINE OIL CONSUMPTION. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE FAILURE MILEAGE WAS 250.

14
15
16
17
18

hh) **NHTSA Posting Date:** 5/15/2018
THE CAR WOULD STALL IN THE MIDDLE OF THE ROAD. THIS HAPPENED BEFORE, I TOOK IT TO THE DEALERSHIP, THEY TOLD ME IT WAS DUE TO LOW/DIRTY OIL LEVEL, THEY DID THE OIL CHANGE AND IT WAS FINE FOR A WHILE. THIS MORNING THE CAR STALLED IN THE MIDDLE OF THE ROAD, I HAVE ABOUT 5,000 MILES ON THE CAR SINCE LAST MAINTENANCE, BUT WHEN I CHECKED THE OIL CHANGE INDICATOR, IT SHOWED THAT I STILL HAVE ABOUT 36%.

19
20
21
22
23
24
25
26

ii) **NHTSA Posting Date:** 5/16/2018
**NHTSA ID Number:** 11096411
**Incident Date** May 16, 2018
**Consumer Location** YORK, SC
THE VEHICLE SHUT OFF ON MY WIFE AND CHILD WHILE SHE WAS DRIVING IT ON THE HIGHWAY, AND WE TOOK IT TO THE DEALERSHIP AND THEY SAID IT WAS LOW ON OIL AND THEY DID AN OIL CONSUMPTION TEST AND CLEARED THE VEHICLE AND SAID IT WAS A COMMON PROBLEM AND THEY HAVE TO DO OIL CONSUMPTION TEST BEFORE CHRYSLER WILL ISSUE A REPLACEMENT MOTOR, AFTER 2 MONTHS OF THE TEST THEY CONCLUDED THAT IT WAS OK AND SAFE TO DRIVE. THE ISSUE HAPPEND AGAIN WITH MY WIFE AND CHILD IN THE CAR AND DRIVING DOWN THE ROAD, SHE MADE IT BACK HOME AND THE MOTOR WAS OUT OF OIL 3,000 MILES BEFORE HER NEXT OIL CHANGE. I GOT IT TO THE DEALER AND THEY SAID THEY HAVE TO DO THE OIL CONSUMPTION TEST PROCESS AGAIN.

27
28

jj) **NHTSA Posting Date:** 5/24/2018
**NHTSA ID Number:** 11097779
**Incident Date** November 10, 2016

1  **Consumer Location** NEW YORK, NY
THE CONTACT OWNS A 2016 JEEP CHEROKEE. WHILE CHECKING THE
2  ENGINE OIL, THE CONTACT NOTICED THAT THE OIL WAS A QUART LOW.
THE CONTACT STATED THAT THERE WERE NO LEAKS AND THE VEHICLE
ONLY HAD 4,000 MILES AT THE TIME. THE CONTACT NOTICED THE
3  FAILURE ON THREE DIFFERENT OCCASIONS. THE VEHICLE WAS TAKEN TO
A DEALER (LARCHMONT CHRYSLER JEEP DODGE, 2533 BOSTON POST RD,
4  LARCHMONT, NY 10538, (914) 636-3030) WHERE IT WAS DETERMINED THAT
THERE WAS NO FAILURE WITH THE VEHICLE. THE VEHICLE WAS NOT
5  REPAIRED. THE MANUFACTURER WAS NOT MADE AWARE OF THE
FAILURE. THE FAILURE MILEAGE WAS 12,344.
6

7  kk) **NHTSA Posting Date:** 5/26/2018
**NHTSA ID Number:** 11098061
8  **Incident Date** February 8, 2018
**Consumer Location** NORTH EAST, MD
9  I WAS DRIVING DOWN A CITY STREET ON MY WAY HOME FROM WORK
AND MY CAR JUST SHUT OFF! IT HAD 14500 MILES ON IT WHEN THIS
10  HAPPENED. THE SYSTEM HAD JUST STARTED TELLING ME THE OIL WAS
DUE TO BE CHANGED, IT WAS GOING TO BE THE 4TH OIL CHANGE. AFTER
11  15 MINUTES THE CAR JUST RESTARTED LIKE NOTHING HAD HAPPENED.
AFTER A LITTLE GOOGLE SEARCHING I DECIDED TO CHECK THE OIL AND
12  THE DIPSTICK HAD JUST A SLIGHT TRACE OF OIL..I CALLED THE DEALER
QUESTIONED THEM AND WAS TOLD THEY HAVE NEVER HEARD OF THIS
13  PROBLEM. I HAVE NOT TAKEN IT IN FOR SERVICE SINCE THEY JUST SAY
THEY CAN'T DUPLICATE THE PROBLEM. I NOW CHECK MY OIL EVERY 2000
14  MILES SO IT DOESN'T RUN LOW CAUSING AN ENGINE PROBLEM THAT
WILL BE MY FAULT.
15

16  ll) **NHTSA Posting Date:** 6/10/2018
**NHTSA ID Number:** 11100787
17  **Incident Date** June 5, 2018
**Consumer Location** BOSTON, MA
18  I HAVE A 2016 JEEP CHEROKEE LATITUDE WITH 33,000 MILES ON IT. THE
VEHICLE STALLED WHILE DRIVING ABOUT 20 MPH ON A CITY STREET.
THE ENGINE SHUT OFF WITHOUT ANY WARNING, CAUSING ME TO
19  BECOME STUCK IN THE MIDDLE OF A BUSY ROAD, NEARLY CAUSING A
COLLISION. THE DASHBOARD MADE A DINGING NOISE, AND STATED THE
20  MESSAGE "PLEASE RETURN TO PARK, THEN CHOOSE DESIRED GEAR".
AFTER PUTTING THE VEHICLE IN PARK, I WAS ABLE TO RESTART THE
21  ENGINE. AFTER RESEARCHING THIS PROBLEM, IT IS CLEAR THAT THIS IS A
COMMON ISSUE RELATED TO OIL LEVELS IN THE JEEP CHEROKEE. THE
22  NHTSA SHOULD LAUNCH AN INVESTIGATION INTO THIS DANGEROUS
ENGINE ISSUE THAT AFFECTS THE SAFETY OF THE VEHICLE.
23

24  mm)      **NHTSA Posting Date:** 6/12/2018
**NHTSA ID Number:** 11101522
25  **Incident Date** April 11, 2018
**Consumer Location** TINLEY PARK, IL
CAR STALLED WHILE DRIVING ON BUSY ROADS IN CHICAGO ON TWO
26  SEPARATE OCCASIONS. FIRST TIME I WAS LESS THAN A MILE FROM HOME
ON MY WAY TO WORK, CAR STALLED OUT AT A STOP LIGHT AND TOOK 3-
27  4 FAILED ATTEMPTS TO RESTART. CAR WAS MAKING UNUSUAL NOISE
WHILE FAILING TO RESTART. SECOND TIME WAS LATER IN THE DAY ON
28  THE WAY HOME FROM WORK DURING RUSH HOUR. ON A 45MPH ROAD
CROSSING THROUGH AN INTERSECTION THE JEEP STALLED OUT. NO

CLASS ACTION COMPLAINT

CODES, NOTHING. JUST STOPPED WORKING IN THE MIDDLE OF A BUSY INTERSECTION. THIS IS A TERRIBLY DESIGNED "SAFETY FEATURE". BROUGHT VEHICLE TO DEALER AND WAS TOLD I WAS LOW ON OIL. THEY TRIED TO PLAY IT OFF LIKE IT WAS MY FAULT BUT I INSISTED ON A OIL CONSUMPTION TEST, CAME BACK AFTER 1000 MILES AND MY CAR HAS NOW BEEN IN THE SHOP FOR 9 WEEKS AFTER THEY CLAIMED THERE WAS NOTHING WRONG. JEEP NEEDS TO BUY THIS VEHICLE BACK I'M SICK OF DEALING WITH A BRAND NEW PIECE OF TRASH

nn) **NHTSA Posting Date:** 6/29/2018
**NHTSA ID Number:** 11104677
**Incident Date** June 28, 2018
**Consumer Location** SHOEMAKERSVILLE, PA
WHILE DRIVING THE ENGINE SHUTOFF AND LOST ALL POWER. HAD TO COAST TO THE SIDE OF THE ROAD IN TRAFFIC. AFTER TAKING IT TO THE DEALER, FOUND OUT THE ENGINE CONSUMED 2.5 QUARTS OF OIL [OVER HALF IT'S VOLUME] IN 6 MONTHS. THERE WERE NO WARNINGS OF LOW OIL LEVEL; ENGINE JUST DIED. WAS TOLD THAT THIS OIL CONSUMPTION WAS ACCEPTABLE AND IF I WANTED TO PREVENT THE ENGINE FROM SHUTTING OFF WITHOUT ANY WARNING TO CHECK OIL LEVEL EVERY 1000-1500 MILES TO ASSURE IT'S ADEQUATE. THE COMPUTER APPARENTLY GIVES THE DRIVER NO INDICATION OF LOW OIL VOLUME EVEN AFTER THE ENGINE SHUTS DOWN FOR THAT EXACT REASON. I WAS TOLD CHRYSLER ONLY BECOMES CONCERNED IF THE ENGINE USE A QUART OF OIL WITHIN 1000 MILES. JEEP CHEROKEE LATITUDE/2016/4CLY ENGINE WITH 35K MILES.

oo) **NHTSA Posting Date:** 8/13/2018
**NHTSA ID Number:** 11119750
**Incident Date** August 13, 2018
**Consumer Location** SALISBURY, MD
ENGINE STALLS WHILE DRIVING BECAUSE OF LOW OIL. JEEP IS 2 1/2 YRS. OLD WITH 50,000 MILES AND SHOULD NOT BE BURNING OIL. MANY PEOPLE COMPLAINING OF THE SAME THING.

pp) **NHTSA Posting Date:** 8/17/2018
**NHTSA ID Number:** 11120745
**Incident Date** March 7, 2017
**Consumer Location** CANTON, GA
ENGINE IS USING EXCESSIVE AMOUNTS OF OIL. USING 1.25-1.5 QUARTS OF OIL PER 1,000 MILES. ENGINE HAS SHUT OFF WHILE DRIVING ON HIGHWAY ON 2 OCCASIONS. WHEN ENGINE OIL IS LOW IT DOES NOT SHIFT PROPERLY. FIRST ENGINE WAS REPLACED WITH A NEW ONE AND THE REPLACEMENT ENGINE IS ALSO USING EXCESSIVE AMOUNTS OF OIL. ADVISED BY DEALERSHIP TO LET NEW MOTOR BREAK IN AND COME BACK AFTER BREAK IN PERIOD OF 7,500 MILES. OWNERS MANUAL STATES THAT THIS VEHICLE DOES NOT REQUIRE A LONG BREAK IN PERIOD AS DEALERSHIP STATED.

qq) **NHTSA Posting Date:** 10/5/2018
**NHTSA ID Number:** 11133602
**Incident Date** March 31, 2018
**Consumer Location** Unknown
THE CONTACT OWNS A 2016 JEEP CHEROKEE. WHILE DRIVING, THE OIL LEVEL BECAME LOW AND THE VEHICLE STALLED WITHOUT WARNING. THE FAILURE OCCURRED MULTIPLE TIMES. THE VEHICLE WAS TAKEN TO

1   SIEMANS CHRYSLER DODGE RAM JEEP (8691 RED ARROW HWY,
    BRIDGMAN, MI 49106) AND THE CONTACT WAS ADVISED TO ADD OIL TO
2   THE VEHICLE EVERY 1,000 MILES TO KEEP IT FROM RUNNING LOW. THE
    MANUFACTURER WAS ALSO CONTACTED AND DID NOT ASSIST. THE
3   VEHICLE WAS NOT REPAIRED. THE FAILURE MILEAGE WAS 15,000.

rr) **NHTSA Posting Date:** 11/3/2018
    **NHTSA ID Number:** 11145094
    **Incident Date** October 31, 2018
    **Consumer Location** BOYLSTON, MA
    SHORTLY AFTER A RIGHT TURN INTO A SHORT STEEP UPHILL SECTION OF
    ROAD, THE CAR JUST DIED. THERE WERE NO WARNING LIGHTS. THE
    DISPLAY MESSAGE SAID TO SHIFT INTO P THEN SELECT A GEAR. THE CAR
    HAD NO FUNCTIONALITY, IT WAS DEAD AND STARTED ROLLING
    BACKWARDS TOWARDS THE INTERSECTION. PUT IN PARK AND TRIED TO
    RESTART - CHECK ENGINE LIGHT CAME ON, AND WAS ABLE TO OPERATE
    FOOT BRAKE WHICH WAS ALSO UNRESPONSIVE TO THAT POINT -
    PANICKING THAT THE CAR WOULD ROLL ACROSS THE INTERSECTION
    INTO THE DITCH. CAR WOULD NOT HOWEVER START. AFTER A FEW
    MINUTES AND TRIES, THE CAR STARTED AND DROVE AS THOUGH
    NOTHING HAD HAPPENED AND NO WARNING LIGHTS ON THE DISPLAY.
    DROVE HOME FROM WORK AND TO THE DEALER, LIKE NOTHING HAD
    HAPPENED. BUT SCARED THAT THE PROBLEM MIGHT REPEAT AND
    DELIBERATELY TOOK BACKROADS JUST IN CASE. CAN'T IMAGINE WHAT
    WOULD HAPPEN IF I'D TAKEN THE INTERSTATE AND THE PROBLEM
    REPEATED.
    AFTER GETTING HOME, FOUND THEY HAD CALLED AND LEFT A MESSAGE
    ABOUT THERE BEING NO OIL. CALLED BACK - LONG CONVERSATION:
    - THEY SAID THERE WAS NO OIL ON THE DIPSTICK (SO WHY DID THE OIL
    LIGHT NOT COME ON?)
    - THEY HAD CHANGED THE OIL AND FILTER AND THE CAR WAS GOOD TO
    GO (REALLY?)
    - THEY RECOMMENDED BRINGING THE CAR BACK AFTER 1000 MILES TO
    CHECK OIL CONSUMPTION (SO IF THE CAR FOR WHATEVER REASON
    LOSES ITS OIL WILL IT REALLY BE SAFE TO DRIVE? COULD IT NOT
    HAPPEN THE NEXT MILE, THE 100TH MILE?)
    - THEY SAID THERE WAS NO EVIDENCE OF OIL LEAKS (YES, WE WOULD
    HAVE NOTICED OIL SPOTS ON THE FLOOR OF OUR GARAGE)
    - THEY SAID THERE MUST BE "INTERNAL CONSUMPTION" OF THE OIL (SO
    THERE SHOULD BE SMOKE COMING FROM THE EXHAUST, RIGHT? THERE
    WAS NOT) . GOING AROUND IN CIRCLES.
    WHY DOES THE CAR STOP DEAD WHEN THE PROBLEM OCCURS. THE
    DEALER SAID THIS IS TO PROTECT THE CAR. WELL, THANK YOU
    CHRYSLER FOR CARING SO LITTLE ABOUT YOUR CUSTOMERS THAT YOU
    PROTECT YOUR CAR FROM DAMAGE AT THE EXPENSE OF PEOPLE.

ss) **NHTSA Posting Date:** 11/4/2018
    **NHTSA ID Number:** 11145250
    **Incident Date** November 3, 2018
    **Consumer Location** BOSTON, MA
    JEEP REPLACED THE ORIGINAL ENGINE UNDER WARRANTY DUE TO
    EXCESSIVE OIL CONSUMPTION THAT CAUSED THE ENGINE TO STALL
    WHILE DRIVING. NOW THE SECOND ENGINE, AFTER ONLY A FEW
    THOUSAND MILES OF DRIVING, IS ALSO CONSUMING EXCESS OIL. PER
    CHRYSLER'S SERVICE BULLETIN 09-007-15 PUBLISHED ON 7/31/15, A 2016
    MODEL YEAR VEHICLE IS ONLY ALLOWED TO CONSUME UP TO ONE

QUART OF OIL PER 2,000 MILES DURING THE FIRST 50,000 MILES. JEEP SHOULD OBVIOUSLY BE PREPARING FOR A MASSIVE RECALL ISSUE HERE, AS THIS IS THE MOST COMMON ISSUE HERE FOR ALL JEEP CHEROKEE'S THAT HAVE THIS MODEL ENGINE.

tt) **NHTSA Posting Date:** 11/14/2018
**NHTSA ID Number:** 11151421
**Incident Date** November 13, 2018
**Consumer Location** PORTLAND, ME
VEHICLE SHUT OFF COMPLETELY WHILE DRIVING ON THE INTERSTATE. NO WARNING LIGHTS OR ANY OTHER INDICATION OF ISSUES. WAS ABLE TO RESTART AFTER SEVERAL MINUTES AND NO INDICATION LIGHTS ON AGAIN BUT DRIVING FINE. CHECKED OIL LEVEL THIS MORNING AND IT IS AT 83% AFTER ONLY 1375 MILES. EXTREMELY UNSAFE!!! CONDITIONS WERE DARK/NIGHTTIME AND ALL ELECTRICAL SHUT OFF AS WELL LEAVING US TO BE UNSEEN AND ALMOST HIT BY 18 WHEELER.

uu) **NHTSA Posting Date:** 12/10/2018
**NHTSA ID Number:** 11157274
**Incident Date** December 5, 2018
**Consumer Location** LAURELVILLE, OH
THIS JEEP STALLS OUT AT LOW SPEEDS AND ONCE STALLED OUT AT 55 MPH. DEALER SAYS THIS ENGINE THE 2.4L 4 CYLINDER HAS OIL CONSUMPTION ISSUES AND IT IS QUITE NORMAL FOR THE ENGINE TO USE 1 QT OF OIL EVERY 1,000 MILES

vv) **NHTSA Posting Date:** 12/18/2018
**NHTSA ID Number:** 11162212
**Incident Date** December 14, 2018
**Consumer Location** KANSAS CITY, KS
THE CONTACT OWNS A 2016 JEEP CHEROKEE. WHILE DRIVING 35 MPH, THE ACCELERATOR PEDAL WAS DEPRESSED AND THE VEHICLE STALLED WITHOUT WARNING. SEVERAL MINUTES LATER, THE VEHICLE RESTARTED. THE VEHICLE WAS TOWED TO GLADSTONE DODGE CHRYSLER JEEP & RAM (5610 N OAK TRAFFICWAY, GLADSTONE, MO 64118, (816) 455-350) WHERE IT WAS DIAGNOSED THAT THERE WAS INSUFFICIENT OIL IN THE ENGINE. THE VEHICLE WAS REPAIRED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 46,000.

ww) **NHTSA Posting Date:** 12/27/2018
**NHTSA ID Number:** 11163625
**Incident Date** December 27, 2018
**Consumer Location** NAPERVILLE, IL
THIS IS IN REGARDS TO MY 2016 JEEP CHEROKEE LATITUDE. IN THE LAST 4 DAYS MY CAR HOW JUST COMPLETELY SHUT OFF 3 TIMES ON 12/23/18, 12/26/18 AND 12/27/18, WHILE I WAS DRIVING, PROBABLY WOULD HAVE BEEN 4 TIMES BUT I DIDN'T DRIVE ON CHRISTMAS DAY. THE FIRST 2 TIMES IT HAPPENED I WAS LEAVING MY WORK PARKING LOT DRIVING NO MORE THAN 10-15 MPH. TODAY 12/27 MY CAR SHUT OFF WHILE I WAS STOPPED AT A STOP LIGHT . THIS HAPPENS WITH NO WARNING AT ALL! LUCKILY NO ONE WAS BEHIND ME WHEN I STALLED. I HAVE SEEN MANY PEOPLE ON SOCIAL MEDIA WITH THIS SAME PROBLEM! THE DEALERSHIP SAYS IT COULD BE AN OIL ISSUE, SO THEY ARE JUST DOING AN OIL CHANGE AND THEY SAID THEY RECOMMEND BRING THE CAR BACK EVERY 1000 MILES TO CHECK LEVELS!! WHAT KIND OF SOLUTION IS THAT

? I HAVE YOUNG CHILDREN THAT I DRIVE TO SCHOOL! I CAN'T HAVE THIS HAPPEN WHILE DRIVING THEM!

xx) **NHTSA Posting Date:** 12/31/2018
**NHTSA ID Number:** 11164275
**Incident Date** January 25, 2017
**Consumer Location** SAN DIMAS, CA
PURCHASED VEHICLE ON 12/14/2015. ON 1/25/17, AT 17,000 MILES THE VEHICLE STALLED WHILE DRIVING THROUGH AN INTERSECTION. IT WAS RAINING HEAVILY AND CAUSING A TRAFFIC ISSUE. LAW ENFORCEMENT HAD TO BE CALLED TO RE-DIRECT TRAFFIC. SINCE THE FIRST STALL, THE VEHICLE HAS BEEN TO THE LOCAL DODGE/JEEP DEALERSHIP FOUR TIMES FOR THE SAME ISSUES (4/20/17, 8/18/17, 3/25/18 AND 12/4/18). THEY HAVE REPLACED COILS, FILTERS AND EXPLAINED THE ENGINE WILL SHUT DOWN IF IT SENSES LOW OIL. THEY CONTINUE TO STATE THE OIL CONSUMPTION AS THE REASON FOR THE STALLS. THEY HAVE NO SOLUTION BUT TO BRING THE VEHICLE IN EVERY 1000K MILES TO CHECK THE OIL. THE VEHICLE STALLED AGAIN ON 12/25/18. LUCKILY, I WAS IN A PARKING LOT AND THE VEHICLE BEHIND ME WAS GOING SLOW ENOUGH TO STOP. IF NOT, I WOULD HAVE BEEN HIT WITH MY TODDLER IN THE VEHICLE. USUALLY IT TAKES SEVERAL HOURS FOR THE VEHICLE TO START AGAIN BUT ON THIS INCIDENT THE VEHICLE STARTED WITHIN 5 MINUTES. THE VEHICLE IS NOW SHOWING A "SERVICE SHIFTER" AND THE DEALER STATED IT NEEDED A NEW BATTERY. I REPLACED THE BATTERY AND THE "SERVICE SHIFTER" WAS BACK ON WITHIN 15 DAYS OF REPLACING THE BATTERY. THIS VEHICLE IS A SAFETY HAZARD.

yy) **NHTSA Posting Date:**1/8/2019
**NHTSA ID Number:** 11165095
**Incident Date** December 21, 2018
**Consumer Location** HOLYOKE, MA
BOUGHT THE CAR 10/3/2018 WITH A FRESH OIL CHANGE, 12/18/2018 CAR SHUT OFF ON HUSBAND WHILE DRIVING WITH KIDS IN THE CAR (THE ENGINE DIED, STEERING LOCKED UP, THE BATTERY LIGHT FLASHED AND AN ERROR POPPED UP THAT SAID TO PUT THE TRANSMISSION IN PARK AND SELECT THE DESIRED GEAR) NO OIL LIGHT EVER CAME ON TO WARN LOW OIL 12/20/2018 CAR SHUT OFF TWICE WHILE DRIVING, CHECK ENGINE LIGHT CAME ON WENT TO DEALER AND OIL CHANGE WAS COMPLETED, LESS THAN 4K MILES DRIVEN AND THERE WAS ONLY ½ QUART OF OIL LEFT IN ENGINE (5 QT BURNED) 12/21/2018 CALLED DEALER BECAUSE CAR SKIPPED, WAS TOLD NORMAL DUE TO AIR GETTING INTO ENGINE CAUSING A MISFIRE SHOULD BE FINE NOW 1/7/2019 CAR SPUTTERED TWICE WHILE DRIVING, FELT LIKE IT SHUT OFF BROUGHT CAR TO DEALER AND THE CAR WAS LOW BY 1 ½ QUARTS OF OIL STARTED OIL CONSUMPTION TESTING. WHEN CAR STALLS OUT IT IS WHILE YOU ARE DRIVING AND HAPPENS WITHOUT WARNING, I WAS IN THE MIDDLE OF AN INTERSECTION THE FIRST TIME IT HAPPENED TO ME. I COULD HAVE BEEN KILLED TO "SAVE THEIR ENGINE"

zz) **NHTSA Posting Date:** 1/14/2019
**NHTSA ID Number:** 11169992
**Incident Date** October 18, 2018
**Consumer Location** LOYALL, KY
VEHICLE SHUT OFF WHILE MY HUSBAND WAS DRIVING.TOOK VEHICLE TO DEALERSHIP. WAS 3 QUARTS LOW. WE HAVE BEEN TOLD BY THE DEALERSHIP THAT THEIR HANDS ARE TIED, THAT THIS ENGINE USES

ABOUT A QUART OF OIL EVERY 1000 MILES BUT THE ENGINE IS DESIGNED TO SHUT OFF BEFORE IT WOULD BLOW ENGINE. MY HUSBAND TOLD THE DEALERSHIP THAT IF THEY PUT AN ENGINE IN A VEHICLE THAT USES OILS THIS WAY THEY SHOULD LET PEOPLE KNOW. WE HAVE TALKED TO CHRYSLER WITH NOTHING OTHER THAN HAVE AN OIL CONSUMPTION TEST DONE WHICH WE DID. WE NOW KEEP OIL AND CHECK ON A REGULAR BASIS

aaa)    **NHTSA Posting Date:** 1/15/2019
**NHTSA ID Number:** 11170151
**Incident Date** January 14, 2019
**Consumer Location** ALLENDALE, MI
OUR 2016 JEEP CHEROKEE (LATITUDE 4WD) HAS BEEN STALLING AFTER A COLD START. THE BATTERY INDICATOR FLASHES AND THEN REGISTERS A MESSAGE TO PLACE THE CAR IN P TO SHIFT INTO GEAR. I HAVE BEEN ABLE TO RESTART THE CAR AFTER WAITING 30-60 SEC, SOMETIMES WHILE IN TRAFFIC. THE VEHICLE WAS AT THE DEALERSHIP ON 1/14/19 AND I WAS TOLD THAT THERE WASN'T ANY OIL ON THE DIPSTICK. THE ENGINE IS POSSIBLY BURNING OIL BUT THERE ARE NO INDICATORS OR STATUS UPDATES WHEN THE SYSTEM IS CHECKED. I WAS TOLD BY THE DEALERSHIP THAT THEY ARE AWARE OF AN ENGINE ISSUE WITH THE 2016 JEEP CHEROKEE. AN OIL CONSUMPTION TEST IS NEEDED BEFORE THE ENGINE CAN BE REPLACED (IF NEEDED). OIL CONSUMPTION TEST INITIATED 1/14/19. CHRYSLER/JEEP IS AWARE OF THIS ISSUE AND HAS NOT ISSUED A SAFETY RECALL. NEGLIGENCE BY CHRYSLER FOR NOT RESPONDING TO THIS SIGNIFICANT DEFECT AND SAFETY ISSUE.

bbb)    **NHTSA Posting Date:** 3/31/2019
**NHTSA ID Number:** 11192767
**Incident Date** March 14, 2019
**Consumer Location** OLATHE, KS
WHILE MAKING A TURN, THE VEHICLE LOST POWER IN THE BRAKES, ACCELERATOR AND STEERING WHEEL. EVERYTHING LOCKED UP WHILE I WAS GOING UPWARDS OF 25MPH. I WAS ABLE TO COAST TO THE SIDE OF THE ROAD, BUT COMPLETELY LOST THE ABILITY TO CONTROL MY VEHICLE. THE CAR WOULD NOT FUNCTION UNTIL I TURNED IT OFF AND TRIED TO RESTART IT A FEW TIMES TAKING A COUPLE OF MINUTES. THIS HAPPENED ONCE ON THE 14TH OF MARCH AND ONCE ON THE 15TH OF MARCH. I WAS TOLD BY THE JEEP DEALERSHIP THAT THEY ARE AWARE OF THE ISSUE AND HAVE TOLD PEOPLE TO MAKE SURE TO CHECK THEIR OIL. I WAS TOLD THE DIPSTICK DOES NOT REACH THE BOTTOM OF THE OIL PAN AND ONLY GOES DOWN ABOUT HALFWAY (3 OF THE 6 TOTAL QUARTS THE PAN HOLDS). WHEN THE DIPSTICK DOES NOT "FEEL" OIL THE ENTIRE CAR ESSENTIALLY SHUTS DOWN AND LOCKS UP IN ORDER TO "PROTECT THE ENGINE" CAUSING THE DRIVER TO LOSE ALL ABILITY TO CONTROL IT. THEY MIGHT BE PROTECTING THE ENGINE FROM BURNING OIL, BUT TO LOSE FUNCTIONALITY PUTS MY LIFE IN DANGER. JEEP/CHRYSLER HAVE HAD THIS REPORTED BEFORE AS I FOUND NUMEROUS CASES OF THE SAME STORY. HOWEVER, THEY REFUSE TO DO ANYTHING ABOUT IT. I COULD HAVE BEEN IN A VERY SERIOUS ACCIDENT IF I WAS GOING FASTER THAN 27MPH OR IF I WAS NOT IN AN AREA THAT I WAS ABLE TO COAST TO THE SIDE OF THE ROAD. I WAS NOT TOLD ANY OF THIS INFORMATION WHEN I PURCHASED THE CAR

ccc)    **NHTSA Posting Date:** 4/17/2019
**NHTSA ID Number:** 11196844

**Incident Date** April 11, 2019
**Consumer Location** ORLANDO, FL
WHILE DRIVING THE VEHICLE AFTER JUST A COUPLE MINUTES IN MY
SUBDIVISION THE VEHICLE STALLED & WOULD MOVE. I MADE 2 TURNS,
ONE RIGHT & ONE LEFT THEN IT STALLED. THE "CHARGING SYSTEM
LIGHT" WENT ON & SAID "SHIFT TO P THEN DESIRED GEAR". AFTER A FEW
MINUTES IT RESTARTED. THE JEEP MANUAL INDICATED NOT TO DRIVE IT
WITH THIS CODE SO I HAD IT TOWED TO DEALER & THEY DID A PCM
FLASH UPDATE. THEY TESTED THE OIL LEVEL & SAID IT WAS FINE. NEXT
MORNING THE VEHICLE WOULD NOT START. AGAIN TOWED IT TO
DEALER. THEY KEPT IT OVERNIGHT & CHANGED THE BATTERY. THEY
DROVE THE VEHICLE, BUT COULDN'T GET IT TO REPLICATE WHAT
HAPPENED & INDICATED THERE WERE NO STORED CODES. THE
FOLLOWING MORNING THE VEHICLE STARTED, I BEGAN DRIVING
AROUND THE CORNER IN THE SUBDIVISION AFTER TURNING RIGHT AND
AGAIN THE VEHICLE JUST STALLED WITH SAME INDICATOR LIGHT &
MESSAGE AS THE FIRST TIME. BROUGHT IT BACK TO THE DEALER & THEY
SAID THE OIL WAS LOW, THOUGH THE VEHICLE INDICATED 47% OIL LIFE
WITH ABOUT 3,800 MILES SINCE LAST OIL CHANGE, WHICH WAS LESS
THAN 2 MONTHS AGO. DEALER TOLD ME TO DRIVE IT FOR 1,000 MILES &
THEN BRING IT BACK SO THEY CAN DO AN OIL CONSUMPTION TEST. VERY
UNSAFE TO DRIVE WHEN IT STALLS, AS THE VEHICLE DOES NOT MOVE, IT
JUST SHUTS OFF & DIDN'T COAST SO I COULD MOVE OVER. THIS IS A
SAFETY RISK & DO NOT FEEL SAFE DRIVING IT, IF THIS HAD HAPPENED IN
TRAFFIC OR ON THE HIGHWAY IT COULD HAVE CAUSED A CRASH. I WAS
TOLD BY THE DEALER THIS IS A KNOWN ISSUE BY CHRYSLER & THAT THE
VEHICLE SHUTS DOWN TO PROTECT THE ENGINE. THERE WAS NO
PREVIOUS WARNING LIGHTS OR CHECK ENGINE NOTIFICATION PRIOR TO
IT HAPPENING.

ddd)     **NHTSA Posting Date:** 5/12/2019
         **NHTSA ID Number:** 11207086
         **Incident Date** May 11, 2019
         **Consumer Location** NEW BRITAIN, CT
THIS IS THE SECOND TIME MY CAR HAS SHUT OFF WHILE DRIVING IN THE
MIDDLE OF THE ROAD, I HAD MY CHILDREN IN THE CAR CHECKED OIL
THERE WAS NONE I AM NOT DUE FOR ANOTHER OIL CHANGE FOR 500
MILES I BOUGHT THIS VEHICLE BRAND NEW ONLY HAS A LITTLE OVER
19,000 MILES I HOPE THIS IS FIXED IF NOT I WILL BE GETTING RID OF THIS
VEHICLE AND WILL NEVER PURCHASE AN JEEP PRODUCT EVERY AGAIN.
THIS IS VERY DANGEROUS I WILL BE CALLING THE DEALERSHIP ON
MONDAY

eee)     **NHTSA Posting Date:** 5/21/2019
         **NHTSA ID Number:** 11208997
         **Incident Date** May 6, 2019
         **Consumer Location** STRATFORD, CT
MY VEHICLE LOST POWER IN THE BRAKES, ACCELERATOR AND STEERING
WHEEL. EVERYTHING LOCKED UP WHILE I WAS DRIVING IN TRAFFIC. I
WAS ABLE TO COAST TO THE SIDE OF THE ROAD AND COMPLETELY LOST
THE ABILITY TO CONTROL MY VEHICLE. THE CAR WOULD NOT FUNCTION
UNTIL I TURNED IT OFF AND TRIED TO RESTART IT A FEW TIMES TAKING
A COUPLE OF MINUTES. THIS HAPPENED TWICE ON MAY 6TH ON A BUSY
STREET, ONCE ON MAY 9TH ON THE HIGHWAY, AND TWICE ON MAY 11TH
ON ANOTHER BUSY STREET. THERE WAS NO OIL IN MY CAR. I WAS NOT
DUE FOR AN OIL CHANGE FOR ANOTHER 3 MONTHS OR 2000 MILES. NO

OIL LIGHT INDICATOR CAME ON TO WARN ME ALL MY CAR KEPT DOING WAS STALLING TELLING ME TO SHIFT TO PARK. I WAS TOLD BY THE JEEP DEALERSHIP THAT I HAD TO HAVE MY CAR TOWED IN OR ADD OIL BEFORE DRIVING IT TO THEM. THE DEALER EXPLAINED WHEN THE DIPSTICK DOES NOT "FEEL" OIL THE ENTIRE CAR ESSENTIALLY SHUTS DOWN AND LOCKS UP IN ORDER TO "PROTECT THE ENGINE" CAUSING THE DRIVER TO LOSE ALL ABILITY TO CONTROL IT. THEY MIGHT BE PROTECTING THE ENGINE FROM BURNING OIL, BUT TO LOSE FUNCTIONALITY PUTS MY LIFE AND FAMILY IN DANGER. JEEP/CHRYSLER HAVE HAD THIS REPORTED BEFORE AS I FOUND NUMEROUS CASES OF THE SAME STORY. HOWEVER NO RECALL HAVE BEEN ISSUED. I COULD HAVE BEEN IN A VERY SERIOUS ACCIDENT. I WAS NOT TOLD ANY OF THIS INFORMATION WHEN I PURCHASED THE CAR. I DO NOT UNDERSTAND HOW MANY ISSUES HAVE TO BE REPORTED BEFORE SOMETHING CAN BE DONE. DOES SOMEONE HAVE TO DIE BEFORE THIS BECOME A CONCERN.

fff) **NHTSA Posting Date:** 5/31/2019
**NHTSA ID Number:** 11217050
**Incident Date** May 9, 2018
**Consumer Location** SPRINGFIELD, TN
OIL DOES NOT LAST DURING OIL CHANGES, I HAVE TO ADD OIL. THERE IS NOT A LEAK OR ANY ISSUE, IT IS JUST BURNING WAY TOO FAST. MY JEEP WAS CUTTING OFF RIGHT AFTER I WOULD START DRIVING (USUALLY RIGHT AFTER A TURN) AND I HAD NO IDEA WHY UNTIL I NOTICED OIL WAS EXTRA LOW. SO NOW I JUST MAKE SURE TO KEEP IT FULL BETWEEN CHANGES. DEFINITELY FEEL LIKE THIS IS A NUISANCE.

ggg)     **NHTSA Posting Date:** 6/3/2019
**NHTSA ID Number:** 11217588
**Incident Date** June 2, 2019
**Consumer Location** GREAT NECK, NY
I TURNED ON THE CAR, LET IT WARM UP FOR ABOUT 3 MINUTES. PUT IT IN DRIVE, I WAS ON THE ROAD FOR ABOUT 5 MINUTES AND ALL THE LIGHTS ON THE DASHBOARD TURNED ON, THE CAR STALLED AND THE MOTOR TURNED OFF. THE TRANSMISSION WAS STUCK IN DRIVE AND I HAD TO FORCEFULLY FIND A WAY TO MOVE IT TO NEUTRAL OR PARK TO RESTART THE CAR. WHEN I CHECKED THE FLUIDS ON THE VEHICLE EVERYTHING WAS OK WITH THE EXCEPTION OF THE OIL DIP STICK. ALL THE OIL HAD BURNED AWAY AND I WAS  WALLS. NEW ENGINE 11-2017. NEW ENGINE IS STARTING TO DO THE SAME THING AND IS BURNING OIL. CAR WILL SHUT OFF.

hhh)     **NHTSA Posting Date:** 8/6/2019
**NHTSA ID Number:** 11242149
**Incident Date** August 6, 2019
**Consumer Location** CAPE CORAL, FL
VEHICLE, WHILE IN MOTION, STALLS AND ENGINE SHUTS OFF AT ANY SPEED. BEING TOLD OIL BURNS TOO QUICKLY IN THESE VEHICLES AND THIS IS A SAFETY FEATURE THE CAR HAS ALTHOUGH IT HAS ALMOST COST ME MULTIPLE SERIOUS/POTENTILLY FATAL COLLISIONS WITH MY INFANT CHILDREN IN THE VEHICLE. NO OIL INDICATOR HAS EVER TURNED ON INDICATING OIL LEVEL IS LOW. HAD SAME ISSUE WITH THIS CAR AT 15,000 MILES IN WHICH ENGINE WAS COMPLETELY REPLACED BUT NOW IS DOING THE SAME THING AS BEFORE. THIS IS A WELL DOCUMENTED ISSUE AMONGST JEEPS - WHY HAS THERE NOT BEEN A RECALL? THIS IS A MAJOR SAFETY CONCERN AND OUR LIVES AND THE

LIVES OF OUR CHILDREN ARE AT RISK AS I ALMOST WAS T-BONED TODAY AS MY ENGINE STALLED IN A BUSY INTERSECTION. I WAS ATTEMPTING TO TURN BUT HAD NOT YET MANEUVERED AND WAS LEFT STALLED IN THE MIDDLE BLOCKING ONCOMING TRAFFIC ON A BUSY CITY STREET BUT HAD HAD THIS SAME PROBLEM HAPPEN ON A HIGHWAY.

iii) **NHTSA Posting Date:** 8/7/2019
**NHTSA ID Number:** 11242327
**Incident Date** August 6, 2019
**Consumer Location** CEDAR PARK, TX
MY WIFE'S JEEP CHEROKEE 2016 WHILE DRIVING 3 TIMES IN THE LAST MONTH HAS STALLED WHILE MAKING A SLIGHT RIGHT TURN. THE DISPLAY SIGNALS ENGINE, AND BATTERY FLASH AND THEN THE CAR DIES WITH NO POWER INSTANTLY. MY PREGNANT WIFE WAS COMMUTING DURING RUSH HOUR THE LAST TIME THIS HAPPENED AND THIS NEARLY CAUSED HER TO BE REAR ENDED. LUCKILY THE DRIVER BEHIND HER WAS PAYING ATTENTION AND AVOIDED THE COLLISION. NOW MY WIFE WAS STUCK IN TRAFFIC WITH NO POWER FOR 5 MINUTES UNTIL THE CAR TURNED BACK ON. AFTER A LOT OF ONLINE RESEARCH, I FOUND 90 PLUS COMPLAINTS ABOUT THIS EXACT ISSUE. APPARENTLY THE 2.4 L MOTOR IN THE 2016 JEEP CHEROKEE HAS A SAFETY FEATURE THAT CAUSES THIS STALLING BASED ON LOW OIL LEVELS. SO THIS POORLY ENGINEERED ENGINE BURNS 1 QT OF OIL PER 1000 MILES, THIS CAUSES YOUR OIL TO RUN SIGNIFICANTLY LOW BEFORE THE MANUFACTURERS RECOMMENDED OIL SERVICE PERIODS. MY MECHANIC INSPECTED THE VEHICLE AND HAS COME TO THE SAME CONCLUSION, WE WILL HAVE TO ADD 1 QT OF OIL EVERY THOUSAND MILES. THIS CAR HAS LESS THAN 36K MILES AND WILL NOW REQUIRE EXTRA OIL FOR ITS LIFE, WHICH IS RIDICULOUSLY TEDIOUS FOR A 30K$ CAR. HOWEVER THE STALLING WITH NO WARNING AND CAUSING LOSS OF POWER IN TRAFFIC WILL EVENTUALLY LEAD TO ACCIDENTS AND SHOULD BE A SIGNIFICANT SAFETY CONCERN.

jjj) **NHTSA Posting Date:** 8/28/2019
**NHTSA ID Number:** 11252059
**Incident Date** August 27, 2019
**Consumer Location** ELMHURST, IL
PURCHASED 2106 JEEP CHEROKEE IN APRIL 2019. HAD CAR LOOKED OVER AND OIL CHANGED APRIL 19, 2019 @30,141 MILES. ON 8/14/19 THE VEHICLE STALLED WHILE LEAVING A STOP SIGN. TOTAL LOSS OF CONTROL OF THE CAR. DASHBOARD LIGHTS FLASH AND DISPLAY INSTRUCTS YOU TO PUT THE CAR IN PARK. AFTER 3 ATTEMPTS THE CAR STARTS. THOUGHT IT WAS A FLUKE. 8/24/19 THE SAME EVENT HAPPENS AGAIN, EXCEPT ON A BUSIER ROAD. VERY SCARY AND CONCERNED ABOUT BEING HIT FROM BEHIND. 4 ATTEMPTS TO RESTART CAR, FINALLY STARTS AND I DRIVE DIRECTLY TO MECHANIC. 8/27/19 HAPPENS MULTIPLE TIMES TO MECHANIC, WHO AGREES THIS IS A VERY DANGEROUS SITUATION IN MOVING TRAFFIC. THE COMPUTER DOES NOT INDICATE ANY PROBLEM. BASED ON INFORMATION I HAD FOUND ON LINE, HE CHECKS THE OIL TO FIND NO OIL ON THE DIPSTICK. CAR IS @ 35,242 MILES & CONSUMED 4 QTS OF OIL DURING 5100 MILES. I AM TOLD THAT THIS IS WAY TOO MUCH OIL TO BE USED FOR THIS NUMBER OF MILES. THE MORE I POKE AROUND ON LINE, I SEE THAT MANY JEEP CHEROKEE OWNERS ARE REPORTING THE SAME PROBLEMS. COUNTLESS THAT HAVE HAPPENED ON THE HIGHWAY, WHICH I CAN'T BEGIN TO THINK HOW DEADLY THAT CAN BE. IT APPEARS

THAT JEEP/CHRYSLER IS DOING NOTHING ABOUT THIS PROBLEM. THEY HAVE RECALLED THE 2019 JEEP CHEROKEE FOR THIS PROBLEM. I WOULD ALSO BELIEVE THIS IS AN ENVIRONMENTAL PROBLEM WITH EXCESSIVE AMOUNT OF OIL BEING BURNED. I DO HAVE RECEIPTS FROM THE SERVICE GARAGE. PLEASE HELP

kkk)      **NHTSA Posting Date:** 11/4/2019
**NHTSA ID Number:** 11278049
**Incident Date** January 1, 2019
**Consumer Location** Unknown
THE CONTACT OWNS A 2016 JEEP CHEROKEE. WHILE DRIVING VARIOUS SPEEDS, THE VEHICLE STALLED. THE CONTACT CHANGED THE BATTERY AND NOTICED THAT THE OIL WAS LOW. THERE WERE NO WARNING INDICATORS ILLUMINATED. THE CONTACT CALLED VATLAND CHRYSLER DODGE JEEP RAM (855 SOUTH, US-1, VERO BEACH, FL 32962, (772) 567-6633) AND AN OIL CONSUMPTION TEST WAS COMPLETED. THE DEALER DIAGNOSED THAT THE ENGINE NEEDED TO BE REPLACED. THE VEHICLE WAS REPAIRED, BUT THE FAILURE RECURRED. THE MANUFACTURER WAS NOT CONTACTED. THE FAILURE MILEAGE WAS 36,000.

lll)  **NHTSA Posting Date:** 11/22/2019
**NHTSA ID Number:** 11281724
**Incident Date** June 11, 2018
**Consumer Location** DEL VALLE, TX
FAULTY ENGINE WITH EXCESSIVE OIL CONSUMPTION. ENGINE PISTON BLOWN AT 54K, ON BRAND NEW 2016 JEEP CHEROKEE, AND CONSEQUENTLY REPAIRED UNDER MANUFACTURER WARRANTY. FCA AND DEALERSHIP DIFFICULT TO WORK WITH AND ATTEMPTED EVERYTHING TO AVOID THE REPAIR UNTIL I OBTAINED LEGAL COUNSEL. THE VEHICLE STILL RANDOMLY SHUTS OFF WHILE BEING OPERATED WHICH MAKES IT A DANGER TO ALL.

mmm)      **NHTSA Posting Date:** 12/16/2019
I HAVE THE 2.4L IN MY CHEROKEE. THE SAME AS OTHER JEEP MODELS AND I HAVE HAD THE SAME OIL CONSUMPTION ISSUE THAT THIS ENGINE LINE HAS. JEEP JUST SHUT OFF AND HAD TO RESTART. NO WARNING OR LIGHTS ON DASH TO INDICATE LOW OIL. I HAD JUST A DROP OF OIL ON THE DIPSTICK. ONLY DROVE JUST OVER 5000 MILES. DEALER SAID ITS NORMAL TO BURN OIL AND FCA KNOWS ABOUT THE ISSUE BUT WILL NOT REPAIR. THEY SAY ABOUT 70% OF THE 2.4 ARE AFFECTED ACROSS ALL MODELS. WITH ALL THE ISSUES I SEE ON FORUMS AND SOCIAL MEDIA IT SEEMS SOMETHING SHOULD BE DONE BEFORE WE GET TO THE THRESHOLD OF UNACCEPTABLE ACCIDENTS AND DEATH. ALL MAINTENANCE HAS BEEN DONE AT A FCA DEALER. HARD TO BELIEVE IT JUST STARTED TO BURN OIL.

nnn)      **NHTSA Posting Date:** 1/7/2020
**NHTSA ID Number:** 11297676
**Incident Date** November 15, 2019
**Consumer Location** BYFIELD, MA
I WAS DRIVING DOWN THE STREET THEN WENT TO TAKE A LEFT AND MY CAR SHUT OFF. I GOT IT TO THE SIDE OF THE ROAD AND TRIED TO START IT, WOULD NOT START. I THEN WAITED A FEW MINUTES AND TRIED AGAIN AND IT STARTED LUCKILY I WAS CLOSE TO HOME AND CALLED TOW TRUCK AND THEY BROUGHT IT TO DEALERSHIP FOUND OUT IS BURNING OIL ONLY HAD 35;698 MILES AND WHEN THE CAR GETS DOWN TWO

1

QUARTS OF OIL THESE CARS WILL SHUT DOWN WITH NO NOTICE. SOMEONE IS GOING TO GET KILLED. NO DASH LIGHT COMES ON.

2

ooo)     **NHTSA Posting Date:** January 17, 2020
**NHTSA ID Number:** 11300163

3

**Incident Date** January 2, 2020
**Consumer Location** GILBERT, AZ

4

FOLLOWING DAY VEHICLE COMPLETELY SHUT DOWN WHILE DRIVING ON THE INTERSTATE AT 55 MPH . DEALERSHIP CONTACTED AND VEHICLE

5

BROUGHT IN FOR INSPECTION. DEALER CONCLUDED THAT ENGINE HAD NO OIL, ALTHOUGH INTERNAL INDICATORS FAILED TO ADVISE AND

6

SHOWED VEHICLE HAD 60% OIL LIFE REMAINING AND 3000 MILES UNTIL SCHEDULED OIL CHANGE. DEALER ADVISED THAT VEHICLE IS KNOWN TO

7

BURN OIL, THIS HAS HAPPENED TO ME 3X ALREADY. THE JEEP CHEREOKEE MANUAL STATES OIL CHANGES SHOULD BE DONE EVERY

8

8,000 MILES. I HAVE BEEN GETTING MY OIL CHANGES WAY BEFORE THE STATED REQUIREMENT OF 8000. THERE IS CLEARLY SOMETHING WRONG

9

WITH MY ENGINE. I HAVE A 10 MONTH BABY AND I AM TERRIFIED OF DRIVING THIS VEHICLE. IT RANDOMLY SHUTS DOWN AND STALLS. IAM

10

SO SCARED FOR MY LIFE EVERYTIME I DRIVE THIS VEHICLE AND IT IS ALL I HAVE . I BOUGHT THIS CAR BRAND NEW!! MY ENGINE IS CLEARLY

11

DEFECTIVE AND SHOULD BE REPLACED.

12

ppp)     **NHTSA Posting Date:** March 9, 2020
**NHTSA ID Number:** 11317019

13

**Incident Date** December 19, 2019
**Consumer Location** SUMMERTOWN, TN

14

MOTOR BLEW UP AT 72000 MILES, SMOKE FILLED INTERIOR OF VEHICLE MAKING NAVIGATION IMPOSSIBLE AND REAR TIRE WAS PUNCTURED BY

15

MOTOR PARTS CAUSING VEHICLE TO LEAVE ROADWAY, INFORMED FIAT/CHRYSLER OF THE ISSUE OF MOTOR FAILING TO CYCLE OIL

16

CAUSING MAJOR FAILURE OF COMPONENTS, THEY ARE AWARE OF ENGINE ISSUES YET REFUSE RESPONSIBILITY. MOTOR REPLACED AT COST

17

OF 6,300. NO WARRANTY ON VEHICLE.

18

qqq)     **NHTSA Posting Date:** March 9, 2020
**NHTSA ID Number:** 11317167

19

**Incident Date** January 1, 2020
**Consumer Location** SEMMES, AL

20

ENORMOUS AMOUNTS OF OIL BURNING UP AND SCOLDING THE CYLINDER WALLS. OIL CHANGE AND GUARANTEED 3000 MILES. LESS

21

THAN 1000 MILES LATER ALL OIL GONE AND CYLINDER WALLS SCORCHED. NO LEAKS AT ALL THE CAUSE THE MISSING OIL. EVERY 1000

22

MILES DEALER HAVING TO TOP OFF OIL UNTIL NEXT OIL CHANGE.

23

rrr)     **NHTSA Posting Date:** March 29, 2020
**NHTSA ID Number:** 11319663

24

**Incident Date** March 3, 2020
**Consumer Location** WAXHAW, NC

25

CAR SHUTS OFF RANDOMLY WHILE DRIVING! LOOSE POWER STEERING AND POWER BREAKS. AFTER LOOKING ONLINE, THIS SEEMS TO BE A

26

COMMON OCCURRENCE. CAR STOPPED IN THE MIDDLE OF AN INTERSECTION! DEALERSHIP EXPLANATION IS THAT THE OIL IS LOW AND

27

CAR IS DESIGNED TO SHUT OFF WHILE DRIVING IF THE OIL IS LOW. I JUST HAD AN OIL CHANGE AND NO OIL LIGHT EVER CAME ON. MANY PEOPLE

28

CLASS ACTION COMPLAINT

REPORTING THE SAME AND THAT THIS ENGINE BURNS A WHOLE QUART OF OIL PER 750 MILES!!!

**2017 Jeep Cherokee**

    sss)      **NHTSA Posting Date:** October 9, 2017
**NHTSA ID Number:** 11032314
**Incident Date** September 27, 2017
**Consumer Location** AVONDALE, AZ
THE VEHICLE WILL SOMETIMES ILLUMINATE A LOW OIL PRESSURE LIGHT, OTHER TIMES I HEAR DINGING, LIKE IF A SEAT BELT WAS NOT FASTENED, BUT SEAT BELTS ARE ON. THE CAR WILL STALL WHILE DRIVING, AND SAYS "SHIFT TO PARK OR NEUTRAL. PRESS BRAKE + SELECT GEAR". THIS HAPPENS WHILE THE VEHICLE IS IN MOTION, AND CAN OCCUR WHEN SLOWING DOWN TO TURN, WHEN ACCELERATING, OR WHEN BRAKING. I HAVE HAD IT HAPPEN IN MY NEIGHBORHOOD, ON SURFACE STREETS, AND WHILE ATTEMPTING TO ACCELERATE TO HIGHWAY SPEEDS.

    ttt) **NHTSA Posting Date:** March 23, 2017
**NHTSA ID Number:** 11080998
**Incident Date** March 15, 2018
**Consumer Location** HUNTINGTON BEACH, CA
THE CAR KEEP SHUTTING OFF WHILE DRIVING EVERY 2 OR 3 MILES , THIS HAPPENED 2 TIMES ON A HIGHWAY AND 2 TIMES WHILE TURNING, THIS IS PUT MY LIFE AND MY FAMILY LIFE AT RISK , AS IT IS UNSAFE THAT THE CAR STOPED AND SHUTOFF IN THE MIDDLE OF THE ROADS , MANUFACTURE REFUSED TO ADMIT THE PROBLEM AND THEY WANTED TO USE US AS A TEST MICE, BY ASKING ME TO DRIVE THE CAR FOR 500 MILES TO TEST THE OIL BURN LEVEL IN THE CARWITHOUT CARING ABOUT MY LIFE AND MY FAMILY. PUTTING US IN A DIRECT RISK . OFCOURSE I REFUSED TO DO THIS AS IT IS COMPLETELY UNSAFE , THE CAR NEEDS TRANSMISSION AND ENGINE CHANGE , BUT THE JEEP COMPANY DOESN'T WANT TO APPROVE IT , AS THE COST OF REPAIRS IS MORE IMPORTANT THAN CUSTOMER LIFE, THE CAR USED ONLY FOR 4 MONTH 5000 MILES AND UNDER WARRANTY.

    uuu)      **NHTSA Posting Date:** April 26, 2018
**NHTSA ID Number:** 11090313
**Incident Date** March 9, 2018
**Consumer Location** GAINESVILLE, GA
PER JEEP SERVICE THE VEHICLE CONSUMES OIL. WITHOUT ANY WARNING LIGHT, IT WILL JUST CUTOFF. BOTH TIMES WE EXPERIENCE THE ISSUE LEAVING A STOP SIGN. THANKFULLY WE WERE NOT IN THE MIDDLE OF THE INTERSECTION WHEN IT DIED. THIS IS THE SECOND PROBLEM IN LESS THAN A YEAR OF OWNERSHIP. THE FIRST PROBLEM WAS A BRAKING ISSUE THAT THE VEHICLE JUMPS WHEN IT YOU LET OFF THE BREAKS AND PUSH THEM AGAIN. THE DEALER DID A FIRMWARE UPGRADE ON THE TRANSMISSION BUT IT STILL HAS THE ISSUE JUST TO A LESSER EXTENT. I HAVE A CASE WITH FCA CASE #: 33883097 THEY ARE NOT RESPONDING. THEY HAVE HAD THE CAR FOR A MONTH.

    vvv)      **NHTSA Posting Date:** September 26, 2018
**NHTSA ID Number:** 11131705
**Incident Date** September 25, 2018
**Consumer Location** BETHEL, CT

I HEADED HOME. I WAS POURING RAIN. AS I TOOK A RIGHT, HEARD THE CAR GO "DING" SAW THE BATTERY LIGHT COME ON AND THEN THE JEEP TURNED OFF. I WAS DRIVING AND MY CAR JUST TURNED OFF. THIS IS THE SECOND TIME IT HAS HAPPENED TO ME. THE LAST TIME WAS JANUARY 2018 AS I WAS ENTERING I95. I TURNED LEFT AND HEARD THE "DING" AND OFF THE JEEP WENT. I HAD TO COAST TO THE SIDE OF THE ROAD. DANGEROUS! I GOT TOWED TO THE LOCAL JEEP DEALER BY AAA AND LEFT THE CAR FOR DIAGNOSTIC TESTING. THE RESULTS, ACCORDING TO THE DEALER, WAS THAT MY OIL WAS LOW. THE CHEROKEE TURNS OFF THE CAR TO PRESERVE THE ENGINE. EVEN IF YOU ARE DRIVING THE CAR ON THE HIGHWAY. JUST. TURNS. OFF. FIRST OF ALL, THAT SHOULD NOT HAPPEN NO MATTER WHAT. THE HUMAN IN THE CAR IS WHAT SHOULD BE PRESERVED, NOT THE CAR ITSELF. NO CAR SHOULD EVER JUST TURN OFF. SECOND OF ALL, THERE WAS NO INDICATION ON THE DASH OR ON THE UCONNECT APP THAT I WAS LOW ON OIL. AND SECONDLY, I WAS ONLY A 300 MILES OVER THE MILEAGE ON THE OIL STICKER ON MY WINDSHIELD. I HAVE HAD A LOT OF CARS IN MY LIFE AND EVEN THE REALLY OLD CARS WOULD INDICATE IF THE OIL WAS LOW. THIS IS A BRAND NEW CAR. WHY WOULD I THINK THE DEALERSHIP WOULD PUT MILEAGE ON THE OIL CHANGE STICKER THAT WAS WRONG? WHY WOULD I EVEN THINK THAT I WOULD NEED TO CHECK MY OIL LEVELS ON A NEW CAR? AND ONE MORE THING – JEEPS ARE BUILT TOUGH. SO WHY WOULD THE ENGINE BE THAT SENSITIVE? SO ANGRY.

www)    **NHTSA Posting Date:** September 27, 2018
**NHTSA ID Number:** 11132005
**Incident Date** September 25, 2018
**Consumer Location** FREEPORT, PA
THE CONTACT OWNS A 2017 JEEP CHEROKEE. WHEN THE CONTACT ATTEMPTED TO START THE VEHICLE, IT SUDDENLY SHUT OFF AND ALL OF THE LIGHTING FLASHED. THE CONTACT WAS ALSO UNABLE TO PLACE THE VEHICLE IN PARK AND THE EMERGENCY BRAKE HAD TO BE USED TO PREVENT THE VEHICLE FROM ROLLING. THE IGNITION WAS RESTARTED AND THE GEAR WAS FINALLY PLACED INTO PARK, BUT THE VEHICLE SHUT OFF AGAIN AND WOULD NOT RESTART. THE VEHICLE WAS TOWED TO THE DEALER (MONROEVILLE CHRYSLER JEEP, 3651 WILLIAM PENN HWY, MONROEVILLE, PA 15146, (412) 856-1422) WHO STATED THAT THEY WOULD RUN A DIAGNOSTIC TEST. THE DEALER CALLED BACK AND STATED THAT THE VEHICLE NEEDED AN OIL CHANGE AND WAS REPAIRED. THE VEHICLE WAS RETRIEVED FROM THE DEALER AND THE CONTACT WAS CHARGED FOR THE OIL CHANGE. THE FAILURE MILEAGE WAS 58,000. THE VIN WAS UNKNOWN.

xxx)    **NHTSA Posting Date: October 10, 2018**
**NHTSA ID Number:** 11139412
**Incident Date** October 8, 2018
**Consumer Location** PUYALLUP, WA
I WAS DRIVING ON A SIDE ROAD (35MPH) AND THE CAR JUST "STOPPED" IN TRAFFIC! WITH NO WARNING OR INDICATION. IT STARTED AFTER 10 MINUTES OF SITTING IN HEAVY TRAFFIC – I TOOK IT TO THE DEALER AND THEY SAID THAT THERE WAS NO OIL IN IT? ACCORDING TO THE COMPUTER I HAD 4% LIFE AND PLENTY OF OIL AND I CHECKED IT WHEN I WAS STALLED ON THE ROAD.ACCORDING TO THE DEALER IT'S NORMAL FOR THE 2.4L ENGINE TO BURN THROUGH A QUART OF OIL EVERY 1000 MILES? IS THAT ACCURATE FOR A BRAND NEW CAR? I DON'T THINK SO– THIS IS A DANGEROUS ISSUE. I COULD BE DRIVING DOWN THE FREEWAY

AT 70 AND IT COULD JUST STOP AND IT'S HAPPENED TO OTHERS. THIS NEEDS TO BE REVIEWED.

yyy)　　**NHTSA Posting Date: October 16, 2018**
**NHTSA ID Number:** 11140566
**Incident Date** October 15, 2018
**Consumer Location** NISKAYUNA, NY
THE CONTACT OWNS A 2017 JEEP CHEROKEE. WHILE DRIVING APPROXIMATELY 20 MPH, THE VEHICLE STALLED AND ALL THE WARNING INDICATORS ILLUMINATED ON THE INSTRUMENT PANEL. THE CONTACT COASTED THE VEHICLE TO THE SIDE OF THE ROAD, WAITED A FEW MINUTES, AND THE VEHICLE RESTARTED NORMALLY. THE CONTACT ALSO STATED THAT THE FAILURE OCCURRED APPROXIMATELY SIX TIMES WITHIN TWO MONTHS. THE VEHICLE WAS TAKEN TO THE DEALER (LIA CHRYSLER JEEP DODGE RAM, 2116 CENTRAL AVENUE, SCHENECTADY, NY 12304) WHERE IT WAS DETERMINED THAT THE ENGINE SHUT OFF BECAUSE IT WAS BURNING TOO MUCH OIL. THE DEALER STATED THAT THE ENGINE WAS PROGRAMMED TO SHUT OFF AS A PREVENTIVE MEASURE AND THAT THE MANUFACTURER WAS AWARE; HOWEVER, THERE WAS NO REMEDY. THE CONTACT WAS ASKED TO MONITOR THE OIL CONSUMPTION FAILURE. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 23,500.

zzz)　　**NHTSA Posting Date: December 12, 2018**
**NHTSA ID Number:** 11160883
**Incident Date** December 5, 2018
**Consumer Location** CONGERS, NY
CAR STALLS GOING DOWN ROAD COME TO FIND OUT WAS DOWN ALMOST 2 QUARTS OF OIL. TOOK VEHICLE TO DEALER AND SERVICE ADVISER INFORMED ME THAT IT WILL BURN A QUART EVERY 2000 MILES OR SO AND I WILL JUST HAVE TO KEEP ADDING OIL. JEEP KNOWS ABOUT THIS AND ITS COMMON FOR THIS TYPE OF ENGINE, NOTHING THEY CAN DO CAR BARELY HAS 14000 MILES

aaaa)　　**NHTSA Posting Date: December 12, 2018**
**NHTSA ID Number:** 11161025
**Incident Date** December 11, 2018
**Consumer Location** CARLISLE, PA
SLOWED FROM 45 MPH TO 15 MPH TO ENTER DRIVEWAY AND CAR STALLED OUT AND TOTALLY LOCKED UP, COULD NOT MOVE GEAR SHIFT TO GET INTO NEUTRAL TO MOVE CAR OFF PART OF STATE HIGHWAY ROAD! CAR MILEAGE AT 14477, OIL CHANGE NOT DUE PER DEALERSHIP STICKER FOR ANOTHER 1500 MILES. THIS IS 2ND INSTANCE OF DANGEROUS STALL OUT, HAD DEALERSHIP DOCUMENT LAST ONE, THEY SAID IT WAS DUE TO OIL BEING LOW, BUT CAR WASN'T DUE FOR CHANGE FOR ANOTHER 1000 MILES AT THAT TIME! HAD THERE BEEN ANY ONCOMING TRAFFIC, MY NINE YEAR OLD WOULD HAVE TAKEN BRUNT OF HIT THE WAY CAR STALLED THIS TIME. GOD FORBID I HAVE TO SWERVE TO AVOID HITTING AN ANIMAL AND GET KILLED!

bbbb)　　**NHTSA Posting Date: January 9, 2019**
**NHTSA ID Number:** 11165978
**Incident Date** January 7, 2019
**Consumer Location** MANCHESTER, MD

MY JEEP HAS LESS THAN 30,000 MILES ON IT AND I KEEP UP TO DATE ON OIL CHANGES (EVERY 500 MILES); HOWEVER, WHEN THE 5,000 MILE MARKER STARTS APPROACHING I WILL BE IN DRIVING IN A FORWARD MOTION AND THE DASHBOARD WILL LIGHT UP SAYING "SHIFT TO NEUTRAL OR PARK", THE GAS PEDAL TIGHTENS UP TO THE POINT I AM NO LONGER ABLE TO STEP ON IT ANYMORE, AND THE STEERING WHEEL TIGHTENS UP AND I CAN NO LONGER MOVE THAT. AT THIS POINT MY VEHICLE JUST COMPLETELY STOPS IN THE MIDDLE OF DRIVING. THE MOST RECENT TIME (4,100 MILES AFTER MY LAST OIL CHANGE) I WAS ATTEMPTING TO MERGE ONTO THE HIGHWAY THE OTHER DAY AND THIS SAME THING HAPPENED. IT TAKES ABOUT 4 MINUTES FOR THE CAR TO START WORKING AGAIN, BUT THIS IS AN EXTREMELY UNSAFE ISSUE THAT SHOULD NOT BE HAPPENING. I HAVE HAD THIS ISSUE HAPPEN MULTIPLE TIMES IN THE PAST, AND THE DEALERSHIP SHRUGGED IT OFF. I HAVE HAD ENOUGH OF THIS, A VEHICLE (EVEN WITHOUT A RECENT OIL CHANGE, LET ALONE A VEHICLE THAT IS UP TO DATE ON OIL CHANGES AND HASN'T HIT THE 5,000 MILE MARKER) SHOULD NOT COME TO A COMPLETE STOP IN THE MIDDLE OF DRIVING. THIS IS A HUGE SAFETY HAZARD. OBVIOUSLY OTHER PEOPLE ARE EXPERIENCING THE SAME ISSUE. AT ANY POINT, I FEEL AS THOUGH MY VEHICLE MIGHT STOP WORKING ON ME AT A RANDOM TIME (AGAIN WITHOUT ANY WARNING WHATSOEVER) AND CAUSE ME TO BE IN A SEVER ACCIDENT. THIS IS NOT A MATTER TO TAKE LIGHTLY, I HAVE BEEN CONTACTING MY DEALERSHIP AND HAVE YET TO HAVE ANY HELP/ ISSUES RESOLVED.

cccc)     **NHTSA Posting Date: January 23, 2019**
**NHTSA ID Number:** 11171693
**Incident Date** January 2, 2019
**Consumer Location** RIVERDALE, GA
TL* THE CONTACT OWNS A 2017 JEEP CHEROKEE. WHILE DRIVING 40 MPH, THE VEHICLE STALLED WITHOUT WARNING AND THE SERVICE SHIFTER WARNING INDICATOR ILLUMINATED. THE CONTACT POWERED OFF THE ENGINE WHILE IN TRAFFIC. THE VEHICLE WAS RESTARTED AND WAS ABLE TO DRIVE NORMALLY, BUT THE FAILURE RECURRED NUMEROUS TIMES. THE VEHICLE WAS TAKEN TO DON JACKSON CHRYSLER DODGE JEEP RAM (LOCATED AT 3950 JONESBORO RD, UNION CITY, GA 30291, (770) 969-7229) WHERE IT WAS DIAGNOSED THAT THE GEAR SHIFTER NEEDED TO BE REPLACED AND AN OIL CHANGE WAS NEEDED. THE VEHICLE WAS NOT REPAIRED BECAUSE THE WARRANTY DID NOT COVER THE REPAIR. THE MANUFACTURER WAS NOTIFIED AND PROVIDED A CASE NUMBER. THE APPROXIMATE FAILURE MILEAGE WAS 50,000.

dddd)     **NHTSA Posting Date: January 28, 2019**
**NHTSA ID Number:** 11172530
**Incident Date** January 26, 2019
**Consumer Location** AUBURN, MA
2017 JEEP CHEROKEE STALLS ON RIGHT HAND TURNS USUALLY WITH AN INCLINE, BUT TWO DAYS AGO ON THE LEVEL SECONDARY ROAD IT STALLED . THERE IS AN OIL CONSUMPTION, OIL SENSOR, OR OIL PUMP PROBLEM WITH THESE CARS. THIS IS A VERY UNSAFE AND DANGEROUS FAIL SAFE. WHEN THE CAR SHUTS OFF DRIVER AND OCCUPANTS ARE AT RISK OF REAR END COLLISION. PROBLEM HAS HAPPENED 6 TIMES TO US.

eeee)     **NHTSA Posting Date: February 1, 2019**
**NHTSA ID Number:** 11173618
**Incident Date** February 1, 2019

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Consumer Location** COLUMBIAVILLE, MI
MY CAR WAS IN MOTION GOING TO STOP AND STALLED GOING 15 MILES PER HOUR. LOST POWER BRAKES POWER STEERING AND ALMOST WAS UNABLE TO STOP HAD TO VEER OFF ROAD TO AVOID GOING INTO INTERSECTION. CAR STARTED UP AGAIN AFTER 2ND ATTEMPT. TOOK IT TO THE DEALER. THEY CHECKED THE OIL AND SAID THE OIL WASN'T READING ON THE DIPSTICK. IT HAD BEEN LESS THAN 4,000 MILES SINCE MY LAST OIL CHANGE. AFTER DOING AN OIL CHANGE THEN DOING AN OIL CONSUMPTION TEST AFTER ONLY 1000 MILES MY VECHICLE SHOWED THAT IT USED 1/2 QUART OF OIL. THIS HAS BEEN AN ONGOING ISSUE THEY HAVE HAD WITH 2.4 ENGINE WHICH HAS BEEN KNOWN BY CHRYSLER, HOWEVER THEIR NEGLIGENCE OF NOT NOTIFYING THE PUBLIC OR CORRECTING THE ISSUE IS GOING TO CAUSE INJURY AND HARM NOT ONLY TO THE PEOPLE THAT ARE DRIVING THESE VEHICLES BUT ALSO ANYONE THAT IS IN THE WAY OF THE VEHICLE WHEN IT DOES NOT STOP. I WAS INFORMED THAT IT IS ACCEPTABLE TO LOOSE 1/2 QUART EVERY 1000 MILES. BUT WHEN BUYING THE VEHICLE I WAS TOLD THAT THE OIL LIFE GAUGE WOULD INSTRUCT ME WHEN IT WAS TIME FOR AN OIL CHANGE APPROX EVERY 5000-6000MILES. GOING BY THAT I STILL HAD OVER 50% OIL LIFE WHEN MY CAR STALLED AND I HAD NO OIL READING ON THE DIPSTICK. AS I HAVE BEEN READING UP ON THIS ISSUE THAT HAS BEEN REPORTED SEVERAL TIMES I LEARNED THAT THE CAR STALLS AS A SAFETY MECHANISM TO AVOID HARMING THE ENGINE. IT HAS BEEN HAPPENING FOR YEARS. WHAT ARE THEY GOING TO DO TO PROTECT THE PEOPLE THAT ARE IN THE VEHICLES.

ffff)      **NHTSA Posting Date: February 2, 2019**
**NHTSA ID Number:** 11173669
**Incident Date** February 2, 2019
**Consumer Location** SOUTH RIDING, VA
THREE TIMES WHILE ACTIVELY MOVING IN TRAFFIC, THE VEHICLE HAS SHUT OFF WITHOUT WARNING. THE VEHICLE HAS BEEN ABLE TO BE STOPPED SAFELY AND PLACED INTO PARK. THE ELECTRICAL WORKS SO HAZARD LIGHTS HAVE BEEN ABLE TO BE ENGAGED. HOWEVER, THE VEHICLE FAILS TO RESTART ON THE FIRST FEW ATTEMPTS. ULTIMATELY IT WILL RESTART. THE SERVICE REP INDICATED THIS IS A KNOWN ISSUE WITH THESE VEHICLES AND HE HAS SEEN A LOT OF THIS ON THIS MODEL. HE NOTED THE ENGINE HAS LOOSE TOLERANCES TO ACHIEVE THE MILEAGE RATING. AS A RESULT IT LOOSES OIL RAPIDLY. AND JEEP IMPLEMENTED ENGINE SENSORS TO STOP THE ENGINE WHEN THE OIL IS LOW. THE SENSORS DO NOT TAKE INTO ACCOUNT IF THE VEHICLE IS MOVING OR AT WHAT SPEEDS. I CALLED THE DEALER ABOUT THIS EXTREMELY DANGEROUS SITUATION IMMEDIATELY, TO WHICH WE GOT AN ANSWER TO DROP IT OFF, THEY WILL HAVE TO LOOK AT IT WHEN THEY GET TO IT. THIS VENDOR AND VEHICLE HAVE HAD OVER A DOZEN SIGNIFICANT RECALLS AND NEED TO BE TAKEN OFF THE ROAD.

gggg)      **NHTSA Posting Date:** March 8, 2019
**NHTSA ID Number:** 11185003
**Incident Date** March 6, 2019
**Consumer Location** MORGANTOWN, WV
OIL LEAKS AND THERE IS NO LOW OIL LIGHT IT SHUTS OFF ANYWHERE. SAFETY ISSUE IT SHUT OFF ON ME IN A BUSY INTERSECTION. THE LAST 2 OIL CHANGES I'VE HAD I'VE HAD THIS ISSUE, THEY WERE DONE AT DIFFERENT PLACES. THERE IS NO VISIBLE LEAKS.

hhhh)     **NHTSA Posting Date: March 11, 2019**
**NHTSA ID Number:** 11185926
**Incident Date** March 10, 2019
**Consumer Location** DAYTON, OH
WAS DRIVING AND ALL OF A SUDDEN THE CAR SHUT OFF AND THE
BATTERY LIGHT CAME ON. LUCKILY I WAS ABLE TO PULL OVER SAFELY.
CAR WOULD NOT RESTART FOR THE NEXT 6 HOURS. TOOK IT TO THE
DEALER AND THEY TOLD ME IT WAS DUE TO LOW OIL LEVEL. I HAD THEM
DO AN OIL CHANGE. WAS TOLD THIS WAS PRETTY COMMON FOR THE
VEHICLE.
THIS IS A VERY DANGEROUS SITUATION, I WAS LUCKY TO ONLY BE
GOING ABOUT 25 MPH IN A RESIDENTIAL AREA. A RECALL AND REPAIR
NEEDS TO HAPPEN BEFORE SOMEONE IS KILLED.

iiii) **NHTSA Posting Date: March 12, 2019**
**NHTSA ID Number:** 11186251
**Incident Date** December 1, 2018
**Consumer Location** CHICAGO, IL
THE CONTACT OWNS A 2017 JEEP CHEROKEE. WHILE DRIVING 40 MPH, THE
ENGINE STALLED AND THE CHECK ENGINE WARNING INDICATOR
ILLUMINATED. THE CONTACT PULLED THE VEHICLE OFF THE ROAD AND
HAD IT TOWED TO MARINO CHRYSLER JEEP DODGE (5133 W IRVING PARK
RD, CHICAGO, IL 60641, (773) 777-2000). THE DEALER DIAGNOSED THAT
THERE WAS AN OIL LEAK AND THE ENGINE NEEDED TO BE REPAIRED.
THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS MADE
AWARE OF THE FAILURE. THE FAILURE MILEAGE WAS 38,000. THE VIN
WAS UNKNOWN.

jjjj) **NHTSA Posting Date: March 16, 2019**
**NHTSA ID Number:** 11187249
**Incident Date** November 10, 2018
**Consumer Location** YAUCO, PR
ENGINE IS CONSUMING OIL AT AN ALARMING RATE. WE HAVE PUT OVER
4QTS SINCE THE LAST OIL CHANGE IN NOV 2018. THERE IS NO LEAK, NO
BURNING OF OIL, NO WARNING LIGHTS THAT TURN ON, NOR ANY AREA
IN THE MOTOR WHERE YOU CAN SEE ANY OIL ACCUMULATING. WE EVEN
CHANGED TO SYNTHETIC OIL AND IT'S STILL CONSUMING OIL.

kkkk)     **NHTSA Posting Date:** March 19, 2019
**NHTSA ID Number:** 11189983
**Incident Date** March 1, 2018
**Consumer Location** RINDGE, NH
THE CONTACT OWNS A 2017 JEEP CHEROKEE. THE CONTACT STATED
THAT THE VEHICLE STALLED MORE THAN ONCE. THE FAILURE
OCCURRED INTERMITTENTLY AND VARIOUS WARNING INDICATORS
ILLUMINATED ON THE INSTRUMENT PANEL. KEENE CHRYSLER DODGE
JEEP RAM (410 WINCHESTER ST, KEENE, NH 03431, (603) 357-0808) WAS
MADE AWARE OF THE FAILURE AND INDICATED THAT AN OIL
CONSUMPTION TEST MAY BE NEEDED. THE DEALER DID NOT TEST DRIVE
THE VEHICLE. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER
WAS NOTIFIED. THE APPROXIMATE FAILURE MILEAGE WAS 23,000.

llll) **NHTSA Posting Date: March 20, 2019**
**NHTSA ID Number:** 11190249
**Incident Date** March 20, 2019
**Consumer Location** TACOMA, WA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

THE VEHICLE WILL STALL/DIE WHILE DRIVING. THERE IS NO POWER STEERING OR BRAKING. THIS HAS HAPPENED MULTIPLE TIMES INCLUDING WHILE DRIVING ON THE FREEWAY AT 60 MPH. I WAS TOLD BE THE DEALERSHIP THAT THIS IS A FAIL SAFE THAT IS IN PLACE TO PROTECT THE CAR FROM LOW OIL. AFTER THE FIRST INCIDENT, I KEPT CAREFUL WATCH ON MY MILEAGE AND OIL STATUS BUT DID NOT PHYSICALLY CHECK MY OIL. NOW WITH 600 MILES TO GO BEFORE THE NEXT SUGGESTED OIL CHANGE, THE CAR HAD STALLED THREE TIMES IN A WEEK. IT IS INCREDIBLY DANGEROUS BECAUSE IT CAN HAPPEN AT ANY TIME. THE CAR WILL NOT START AGAIN RIGHT AWAY. I'VE JUST DROPPED IT AT THE DEALER AND THEY SAID THIS IS COMMON WITH THIS ENGINE AND THAT I MAY NEED TO PHYSICALLY CHECK MY OIL EVERY 1000 MILES TO ENSURE IT IS NOT LOW. THIS IS UNACCEPTABLE. THIS FAIL SAFE PUT ME AT RISK ON A HIGHWAY AND ON A HIGHWAY ENTRANCE RAMP. I ALSO SHOULD NOT HAVE TO PHYSICALLY CHECK MY OIL ON A NEW CAR AND PAY TO GET OIL CHANGES MORE FREQUENTLY THAN SUGGESTED. THE CAR HAS STALLED ON A NEIGHBORHOOD SURFACE STREET TWICE, ON A HIGHWAY ENTRANCE RAMP ONCE AND ON THE HIGHWAY AT FULL SPEED. I HAVE ALWAYS BEEN DRIVING STRAIGHT. A MESSAGE COMES ON THAT SAYS, "SHIFT TO PARK OR NEUTRAL, PRESS BRAKE TO SELECT GEAR". I HAVE SEEN MANY SIMILAR COMPLAINTS ON THE INTERNET.

mmmm)    **NHTSA Posting Date: March 27, 2019**
**NHTSA ID Number:** 11192037
**Incident Date** March 13, 2019
**Consumer Location** ORLANDO, FL
JEEP STALLS COMPLETELY WITHIN A FEW BLOCKS OF START UP DURING A TURN. I HAVE TO PUT THE CAR IN PARK AND RESTART IT. RESTART IS LABORED, AND ON AT LEAST 2 OCCASIONS, I HAD TO TRY MORE THAN ONCE TO RESTART THE CAR. MILEAGE IS UNDER 37,000. THE SERVICE DEPARTMENT AT THE DEALERSHIP RECOGNIZED THE PROBLEM WHEN I CALLED THEM, AND HAS PERFORMED AN EARLY OIL CHANGE. THAT SEEMS TO HAVE FIXED THE PROBLEM,AT LEAST TEMPORARILY. THEY INSTRUCTED ME TO RETURN THE CAR TO THEM IN 2000 MILES FOR THEM TO CHECK THE OIL.

nnnn)    **NHTSA Posting Date: April 10, 2019**
**NHTSA ID Number:** 11195382
**Incident Date** January 25, 2019
**Consumer Location** WINDER, GA
WHEN MAKING A LEFT HAND TURN, VEHICLE STALLED OUT COMPLETELY, JUST SHUT OFF, UPON TAKING TO THE DEALERSHIP, THEY BEGAN AN OIL CONSUMPTION TEST AND FOUND IT TO BE USING OIL, HAVING TO ADD 1 QUART EVERY 1,000 MILES, AFTER READING FORUMS, CHRYSLER HAS HAD A PROBLEM WITH THIS FOR A FEW YEARS ON THEIR 2.4 ENGINES, AND IT IS NOT DOING ANYTHING ABOUT IT. THEY TOLD ME THE ENGINE SHUTTING OFF WAS A FEATURE WHEN THE OIL GETS LOW, SO IT DOESN'T CAUSE FURTHER ENGINE DAMAGE. IF I WOULD HAVE BEEN ON A BUSY ROAD WITH TRAFFIC, THIS COULD HAVE BEEN SERIOUS. THE LINK SHOWS YOU ONE OF THE MANY FORUMS I HAVE FOUND REGARDING THIS ISSUE. I AM VERY FAITHFUL ON OIL CHANGES, SO THIS WAS NOT DUE TO ANY TYPE OF NEGLIGENCE ON MY PART REGARDING THE OIL.
HTTP://WWW.CARPROBLEMZOO.COM/JEEP/CHEROKEE/2016/POWER-TRAIN-PROBLEMS.PHP

CLASS ACTION COMPLAINT

oooo)     **NHTSA Posting Date: April 26, 2019**
**NHTSA ID Number:** 11207068
**Incident Date** May 10, 2019
**Consumer Location** KILLEEN, TX
MY ENGINE GUZZLES OIL AND SHUTS OFF WHILE DRIVING! THIS IS THE
2ND TIME THIS HAS HAPPENED!

pppp)     **NHTSA Posting Date:** May 15, 2019
**NHTSA ID Number:** 11207795
**Incident Date** February 9, 2019
**Consumer Location** AUBURN, MA
CPSC: HAS ANYONE REPORTED THAT JEEP CHEROKEES WITH A 4
CYLINDER ENGINE ARE JUST SHUTTING OFF WHEN OIL DOES NOT GET TO
THE UPPER PART OF THE ENGINE. IT HAS HAPPENED TO US AND QUITE A
FEW OTHERS APPARENTLY. I KNOW THE PROBLEM IS NOT UNIQUE TO US.
THIS IS AN UNSAFE SAFETY FEATURE AND DOWNRIGHT DANGEROUS.

qqqq)     **NHTSA Posting Date: May 21, 2019**
**NHTSA ID Number:** 11209058
**Incident Date** May 21, 2019
**Consumer Location** NEWPORT BEACH, CA
THE CONTACT OWNS A 2017 JEEP CHEROKEE. WHILE DRIVING VARIOUS
SPEEDS, THE VEHICLE STALLED WITHOUT WARNING. THE CONTACT
PULLED OVER AND RESTARTED THE VEHICLE AND AN UNKNOWN
WARNING INDICATOR ILLUMINATED. ORANGE COAST CHRYSLER JEEP
DODGE RAM (2929 HARBOR BLVD, COSTA MESA, CA 92626, (714) 549-8023)
DIAGNOSED AND REPLACED THE ENGINE AND OIL, BUT THE FAILURE
RECURRED. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE.
THE VEHICLE WAS NOT REPAIRED A SECOND TIME. THE FAILURE
MILEAGE WAS 31,000.

rrrr)     **NHTSA Posting Date: May 22, 2019**
**NHTSA ID Number:** 11209195
**Incident Date** May 22, 2019
**Consumer Location** MCKINNEY, TX
AFTER 56,000 MILES I CAME IN WITH A TRANSMISSION ISSUE. I WAS 600
MILES FROM AN OIL CHANGE AND MY CAR WAS ACTING LIKE IT NEEDED
THE OIL CHANGED AND I TOOK IT IN TO MY SERVICE DEPT AND THEY DID
AN OIL CONSUMPTION TEST ON IT AND ENDED UP HAVING TO REPLACE
THE WHOLE ENGINE.

ssss)     **NHTSA Posting Date: May 29, 2019**
**NHTSA ID Number:** 11210578
**Incident Date** May 27, 2019
**Consumer Location** NEW ORLEANS, LA
WAS DRIVING THE CAR GOING ABOUT 25 MPH WHEN THE ENGINE JUST
STOPPED AND DASHBOARD SCREEN SAID PUT CAR IN PARK TO START
IGNITION. CAR WOULD NOT START FOR MULTIPLE ATTEMPTS UNTIL 5
MINUTES HAD PASSED THEN RESTARTED, ONLY WARNING ON CAR WAS
OIL CHANGE REQUIRED, NO LOW OIL OR OIL PRESSURE WARNING. WAS
TOLD BY TECHNICIAN THAT THE ENGINE WILL TURN OFF AT ANY TIME IF
OIL VOLUME OR PRESSURE IS LOW. NO WARNING ABOUT THIS ON
DASHBOARD NOR ON JEEP APP NOR IN OWNERS MANUAL. ATTACHING
WEB PAGE OF OVER 200 JEEP CHEROKEE OWNERS WITH SAME
EXPERIENCE OF ENFINE STOPPING WHILE IN DRIVE, SOME AT HIGH
SPEEDS.HTTP://WWW.CARPROBLEMZOO.COM/JEEP/CHEROKEE/ENGINE-

SHUT-OFF-WITHOUT-WARNING-PROBLEMS.PHP IS LINK TO SITE WITH
INDIVIDUAL COMPLAINTS ABOUT SAME ISSUE, WENT TO DEALER AND
HAD OIL CHANGED AND ISSUE SEEMS TO BE RESOLVED BUT AM
WORRIED THAT WITH TIME WILL HAPPEN EVERY TIME DUE FOR OIL
CHANGE

tttt) **NHTSA Posting Date: June 4, 2019**
**NHTSA ID Number:** 11217680
**Incident Date** June 3, 2019
**Consumer Location** MONROE, CT
CAR IS RUNNING DRIVING AT APPROX 30MPH WHEN ALL OF A SUDDEN
WARNING INDICATORS COME ON AND THE CAR STALLS OUT LOSING ALL
POWER INCLUDING STEERING. DEALERSHIP SAYS THERE IS NO OIL IN THE
CAR. WHILE REVIEWING THE ABOVE JEEP FORUMS ONLINE EVERYONE IS
PLAGUED BY THIS. THE CAR BURNS ALL THE OIL! NEW CARS SHOULD
NOT BE DOING THIS ESPECIALLY TO THE EXTENT THAT THERE IS NONE
LEFT IN IT!!! I PARK THE CAR IN THE GARAGE SAME SPOT EVERY NIGHT.
NOT A DROP ON THE FLOOR

uuuu) **NHTSA Posting Date: July 1, 2019**
**NHTSA ID Number:** 11228649
**Incident Date** December 4, 2018
**Consumer Location** TULSA, OK
VEHICLE OUT OF OIL TWICE BEFORE NEXT OIL CHANGE. IT IS NOT
LEAKING OUT ... VEHICLE MUST JUST BE USING TOO MUCH OIL??

vvvv) **NHTSA Posting Date: July 3, 2019**
**NHTSA ID Number:** 11229228
**Incident Date** July 3, 2019
**Consumer Location** SAINT HELENS, OR
LOW OIL INDICATOR NEVER CAME ON.THE VEHICLE RANDOMLY SHUTS
DOWN, WHEN THE OIL IS TO LOW WITHOUT ANY INDICATION LIGHT
COMING ON THAT THE OIL IS LOW. THIS HAS BEEN A COMMON PROBLEM
TO THE POINT WHERE THE DEALERS KNOW EXACTLY WHAT THE ISSUE IS.
MY VEHICLE SHUT DOWN WITHOUT WARNING IN THE MIDDLE OF THE
ROAD WHEN TURNING RIGHT AND INDICATED THAT I NEEDED TO PUT IT
IN PARK AND RESTART IT. I CHECKED THE OIL AND IT WAS ALMOST DRY!
I ADDED OIL AND WILL BE TAKING IT INTO THE DEALERSHIP! THIS JEEP
ONLY HAS 25K MILES ON IT

wwww) **NHTSA Posting Date: July 29, 2019**
**NHTSA ID Number:** 11240292
**Incident Date** January 2, 2019
**Consumer Location** LANSING, IL
THE CONTACT OWNS A 2017 JEEP CHEROKEE. THE CONTACT STATED
THAT THE VEHICLE WAS BURNING OIL. NAPLETON'S RIVER OAKS
CHRYSLER DODGE JEEP RAM (17225 TORRENCE AVE, LANSING, IL 60438,
(708) 782-4768) PERFORMED AN OIL CONSUMPTION TEST AND CONFIRMED
THAT THERE WAS A FAILURE. WHEN THE CONTACT WENT ON A SHORT
ROAD TRIP, HE NOTICED THAT THE OIL LEVEL WAS CLOSE TO TWO
QUARTS LOW. THE MANUFACTURER PROVIDED A CASE NUMBER AND
ASSIGNED A CASE MANAGER TO CALL HIM BACK. THE VEHICLE WAS
CURRENTLY UNDER A THREE YEAR WARRANTY. THE CONTACT FELT
THAT THE MANUFACTURER AND DEALER KNEW OF THE FAILURE PRIOR
TO SELLING HIM THE VEHICLE. THE FAILURE MILEAGE WAS 23,485.

xxxx)    **NHTSA Posting Date: August 7, 2019**
**NHTSA ID Number:** 11242336
**Incident Date** August 3, 2018
**Consumer Location** GLASSBORO, NJ
THE CONTACT OWNS A 2017 JEEP CHEROKEE. THE CONTACT STATED
THAT THE VEHICLE WAS CONSUMING AN EXCESSIVE AMOUNT OF OIL.
ADDITIONAL OIL WAS ADDED TO THE VEHICLE. THERE WERE NO
WARNING INDICATORS ILLUMINATED. THE VEHICLE WAS TAKEN TO
TURNERSVILLE CHRYSLER JEEP (3100 ROUTE 42, SICKLERVILLE, NJ 08081)
AND LILLISTON CHRYSLER DODGE JEEP (1501 N 2ND ST #47, MILLVILLE, NJ
08332, (856) 825-1937) WHERE AN OIL CONSUMPTION TEST WAS
PERFORMED AND DETERMINED THAT THE VEHICLE WAS WORKING AS
DESIGNED. THE VEHICLE WAS NOT DIAGNOSED OR REPAIRED. THE
MANUFACTURER WAS CONTACTED AND REFERRED THE CONTACT TO
NHTSA. THE FAILURE MILEAGE WAS 4,000.

yyyy)    **NHTSA Posting Date: September 4, 2019**
**NHTSA ID Number:** 11253092
**Incident Date** January 3, 2019
**Consumer Location** BEAVER DAM, KY
MOTOR USES TWO QUARTS OF OIL BETWEEN OIL CHANGES. REAR ENDED
POPPING AND GRINDS WHEN TAKING OFF.

zzzz)    **NHTSA Posting Date: October 18, 2019**
**NHTSA ID Number:** 11269382
**Incident Date** October 10, 2019
**Consumer Location** MORTON GROVE, IL
MY CAR HAS THE 2.4 L ENGINE. IT HAS BEEN BURNING OFF A LOT OF OIL.
THE DEALER CHANGED THE OIL AT 12,200 MILES ON APRIL 2, 2019. WE
CHECKED THE OIL LEVEL LAST WEEK AND IT WAS LOW BY 2 QUARTS. WE
TOOK IT BACK TO DEALER AND THE CHANGED OIL AND STARTED A OIL
CONSUMPTION TEST. WE ARE BOTH RETIRED AND DRIVE ONLY ABOUT
6,000 MILES PER YEAR. WE PURCHASED THE JEEP NEW IN MARCH 2017
WITH 11 MILES AT 5500 MILES IN NOVEMBER 2017 WE ALSO HAD A "OIL
LEAK" SYMPTOMS.
GOOGLE THIS PROBLEM ON THE INTERNET REVEALS MANY CUSTOMERS
OF THIS 2.4L JEEP AND CHRYSLER ENGINE HAVE PROBLEMS OF OIL "
BLOWING OUT" . THE DEALER SAID NO "LOW OIL " LIGHT WILL WARN
YOU OF LOW OIL PROBLEM.
THEY SAID THE CAR WILL STOP RUNNING WHILE DRIVING. I FIND THIS
RESULT TO BE UNSAFE AND UNACCEPTABLE. WHAT IS THE NHTSA DOING
ABOUT THIS COMMON PROBLEM?

aaaaa)    **NHTSA Posting Date: October 31, 2019**
**NHTSA ID Number:** 11277367
**Incident Date** February 28, 2018
**Consumer Location** LOUISVILLE, KY
THE CONTACT OWNS A 2017 JEEP CHEROKEE. THE CONTACT STATED
THAT THE SERVICE SHIFTER INDICATOR FLASHED INTERMITTENTLY ON
THE INSTRUMENT PANEL. THE CONTACT CALLED OXMOOR CHRYSLER
DODGE JEEP RAM (4520 SHELBYVILLE RD, LOUISVILLE, KY 40207, (502) 895-
4520) AND WAS INFORMED THAT THE VEHICLE WOULD LOSE POWER
WHEN IT NEEDED AN OIL CHANGE WHILE MAKING TURNS. THE DEALER
STATED THAT WHEN THE OIL WAS CHANGED, THE VEHICLE WOULD
OPERATE NORMALLY. THE FAILURE RECURRED AND THE DEALER
STATED THAT THE OIL CHANGES NEEDED TO BE MORE FREQUENT, SUCH

AS EVERY 2,000 TO 2,500 MILES. THE MANUFACTURER ADVISED THE CONTACT TO CALL NHTSA TO INQUIRE ABOUT POTENTIAL RECALLS. THE FAILURE MILEAGE WAS 7,000.

bbbbb)   **NHTSA Posting Date: November 22, 2019**
**NHTSA ID Number:** 11281783
**Incident Date** November 21, 2019
**Consumer Location** MYRTLE BEACH, SC
I WAS ACCELERATING FROM A STOPPED POSITION AT A STOP SIGN AND THE CAR SHUT OF. I MANEUVERED OVER AS MUCH AS I COULD. WOULD NOT RESTART. IT WAS TOWED TO THE DEALERSHIP WHERE IT WAS DISCOVERED IT HAD NO OIL. IT HAD AN OIL CHANGE WITH IN THE LAST MONTH. IN THE TWO YEARS I HAVE OWNED IT, IT HAS HAD TO BE TOWED FOR THIS 1-2 OTHER TIMES AS IT RUNS OUT OF OIL AND SHUTS DOWN BEFORE THE RECOMMENDED OIL CHANGE DATE OR MILEAGE. I WAS NEVER INFORMED TO MONITOR THE OIL UNTIL RECENTLY. AFTER THE FIRST TIME THIS HAPPENED I WAS TOLD TO GET THE OIL CHANGED AT 4000 MILES INSTEAD OF 5000 AND I HAVE BEEN DOING THAT IT OR ADDING OIL IF I CANNOT GET IT RIGHT IN. IT ALSO HAS NO WARNING THAT IT IS LOW ON OIL.

ccccc)   **NHTSA Posting Date: December 11, 2019**
**NHTSA ID Number:** 11288450
**Incident Date** December 10, 2019
**Consumer Location** STOCKTON, CA
MY ENGINE IS CONSUMING AN EXCESSIVE AMOUNT OF OIL BETWEEN OIL CHANGES.

ddddd)   **NHTSA Posting Date: December 21, 2019**
**NHTSA ID Number:** 11290486
**Incident Date** December 8, 2019
**Consumer Location** SELLERSBURG, IN
VEHICLE WAS SHUT OFF AND WOULD NOT IMMEDIATELY RESTART. VEHICLE RESTATED EVENTUALLY AND WAS TAKEN TO THE DEALERSHIP AGAIN. AFTER THREE DAYS I WAS TOLD THIS IS DUE TO LOW OIL. THEY WERE NOT ABLE TO TELL ME HOW LOW MY OIL WAS BUT STATED IT WOULD ONLY NEED TO BE A QUART LOW FOR THIS TO HAPPEN AND THAT JEEP IS NOTORIOUS FOR THIS.

eeeee)   **NHTSA Posting Date: December 24, 2019**
**NHTSA ID Number:** 11291083
**Incident Date** January 12, 2019
**Consumer Location** HAMPSTEAD, MD
MY ENGINE CONSUMES OIL. I CANNOT EVEN REACH 2000 MILES BETWEEN OIL CHANGES. MY CAR WILL JUST CUT OFF WHILE I AM DRIVING (AT ANY SPEED INCLUDING HIGHWAY SPEEDS AND TURNS). WHEN THIS FIRST HAPPENED I CHECKED THE OIL AND THE ENGINE WAS COMPLETELY EMPTY OF OIL. IT DIDNT EVEN REGISTER ON THE DIPSTICK. I HAVE HAD OVER 6 OIL CHANGES SINCE I BOUGHT MY CAR IN 01/2019 (LESS THAN A YEAR). I HAVE HAD OIL CONSUMPTION TESTING COMPLETED AND EVERYTHING "COMES BACK IN RANGE". THE ENGINE HAS BEEN INSPECTED AND NOTHING IS LEAKING OR FAULTY. MY CAR TAKES FULL SYNTHETIC OIL WHICH SHOULD LAST WAY LONGER THAN THAT. I AM AWARE THIS IS AN OVERALL ISSUE WITH 2017 JEEPS OF ALL MODELS. THE SERVICE MANAGER AT THE DEALERSHIP DIDNT SEEM LIKE HE KNOW MUCH OF ANYTHING AND TRIED TO TELL ME THAT THIS WAS NORMAL. I HAVE NEVER HAD A VEHICLE THAT COMPLETELY DEPLETES ITS OIL

SUPPLY WITHIN 2000 MILES. HE THEN REFERRED ME TO MOPARS CORPORATE LINE WHO THEN REFERRED ME TO NHTSA TO FILE A REPORT.

fffff)    **NHTSA Posting Date: January 1, 2020**
**NHTSA ID Number:** 11292438
**Incident Date** September 4, 2019
**Consumer Location** THE WOODLANDS, TX
CAR STARTS TO STALL AFTER 1000 MILES DRIVEN IN BETWEEN OIL CHANGES. THIS STARTED AT 30000 MILES. IT STALLS IN THE MIDDLE OF DRIVING. IT STALKS AT STOP SIGNS. THIS MY 16 YEAR OLD DAUGHTERS FIRST CAR. IT IS NOT SAFE.

ggggg)    **NHTSA Posting Date: January 19, 2020**
**NHTSA ID Number:** 11300273
**Incident Date** January 18, 2020
**Consumer Location** WEST BOYLSTON, MA
ON JANUARY 18 2020 I WAS DRIVING AND AFTER ONLY A MILE FROM HOME, COMING TO AN INTERSECTION YIELDING TO GO LEFT, MY CAR COMPLETELY WITHOUT WARNING STALLED IN THE MIDDLE OF AN INTERSECTION. I TRIED TO RE-START AND TOOK ABOUT 10 MINUETS GET IT TO RESTART. I WAS DRIVING THE MILE HOME WHEN THEN I GOT A "OIL PRESSURE LOW LIGHT". I DID AN OIL CHANGE THAT AFTERNOON TO FIND MY CAR ONLY HAD 2 QUARTS OF OIL REMAINING.
MY CAR IS BURNING OIL. I DO REGULAR OIL CHANGES. THERE ARE NO LEAKS. I HAD NO WARNING FROM MY CAR THAT MY OIL WAS LOW. ALTHOUGH THE FEATURE TO TURN OFF MY CAR WORKED PROPERLY IN THE EVENT OIL IS LOW, MY CAR IS BURNING A LARGE AMOUNT OF OIL AND NOT GIVING ME A LOW OIL WARNING BEFORE TURNING OFF MY CAR. THIS COULD HAVE BEEN MUCH WORSE AND HAPPENED ON THE HIGHWAY WHICH I GENERALLY TRAVEL.
THESE MODEL CARS NEED TO BE FIXED FROM BURNING OIL AND DRIVERS ALERTED TO WHEN THEIR OIL STARTS TO BECOME LOW, NOT JUST SHUT OFF IN THE MIDDLE OF THE ROAD.

hhhhh)    **NHTSA Posting Date: January 22, 2020**
**NHTSA ID Number:** 11301066
**Incident Date** June 1, 2019
**Consumer Location** MORTON GROVE, IL
VEHICLE CAN STOP ABRUPTLY DUE TO LOW OIL AS THIS ENGINE IMPROPERLY BLOWS OIL OUT THE EXHAUST AT A VERY HIGH RATE. OUR VEHICLE BLOWS OUT 1 QUART OF OIL EVERY 1,000 MILES.
THE DEALER HAS BEEN MONITERING THIS PROBLEM SINCE OCTOBER 2019 WHEN I FOUND THE OIL LEVEL WAS DOWN 2 QUARTS.
THE DEALER WILL NOT CORRECT THE PROBLEM OR ELEVATE THE PROBLEM TO THE MANUFACTURER. WE ARE LEFT WITH A LEMON. WE PURCHASED THIS VEHICLE NEW FROM THE DEALER IT HAD 11 MILES AT PURCHASE.THIS VEHICLE REQUIRES A VALVE REPAIR OR A NEW ENGINE.

iiiii)    **NHTSA Posting Date: January 24, 2020**
**NHTSA ID Number:** 11301739
**Incident Date** January 13, 2020
**Consumer Location** SHOREWOOD, IL
I BOUGHT THIS VEHICLE BRAND NEW. SINCE ABOUT 30K I HAVE BEEN COMPLAINING THAT IT IS RANDOMLY SHUTTING OFF WITHOUT WARNING, REGARDLESS OF SPEED. NO ENGINE POWER, AND NO POWER STEERING. I HAVE BEEN TOLD THIS IS A FAIL SAFE DUE TO LOW OIL. I

HAVE FOLLOWED THE FCA GUIDELINES AND DEALERS FOR OIL CHANGES AND CANT REALLY MAKE BETWEEN CHANGES. I HAVE DONE MULTIPLE OIL CONSUMPTION TESTS BETWEEN TWO DEALERS BC I AM TOLD IT DOESNT BURN ENOUGH FOR FCA STANDARDS TO REPLACE THE ENGINE. I HAVE CALLED AFTER IT DIED OUT TO ASK FOR A TOW IN AND HAVE BEEN DENIED AND TOLD IT JUST MEANS ITS TIME FOR AN OIL CHANGE. I HAVE TO HAVE AN IGNITION COIL REPLACED ON TWO SEPARATE INCIDENTS, REPROGRAMMING OF THE SHIFTER PCM, AND REPLACED THE PCM. IT WASNT TILL MY LATEST INCIDENT THAT I RECORDED IT AND POSTED THE VIDEO TO TWITTER THAT AN FCA REP REACHED OUT TO ME TO "HELP". I WAS TOLD I STILL NEED TO DO OIL TESTING BC I HAVE TO FAIL 3 IN A ROW FOR FURTHER TESTING REGARDLESS OF A HISTORY OF THE PROBLEM CONTINUING AND NOT GETTING BETTER. 1ST TEST IT WAS ONLY HALF A QUART. DIDNT EVEN MAKE IT TO THE 2ND BEFORE THE CAR SHOOK VIOLENTLY, LOST POWER, WOULDN'T ACCELERATE AND I HAD TO BE TOWED IN. 1ST WAS TOLD THE MULTIAIR ACTUATOR WENT OUT AND FCA AGREED TO PAY FOR IT, AS IM AT 73K. THEN I HEAR NOTHING FROM ANYONE FOR 8 DAYS TILL I CALL THE DEALER AND IM TOLD THEY ARE WAITING ON SPARK PLUGS. 20MINS LATER THE FCA REP CALLS AND SAYS THE ENGINE NEEDS TO BE REPLACED. THEY FOUND, METAL SHAVINGS INSIDE, SCORCHING, A PIECE OF THE EXHAUST VALVE MISSING AND LOST INSIDE THE ENGINE. HOWEVER FCA WILL ONLY PAY FOR 1500 LEAVING THE REST OF THE BILL TO ME FOR SOMETHING THATS NOT MY FAULT AND AN ISSUE THEY CONTINUE TO IGNORE. HAD THEY INVESTIGATED THE PROBLEM EARLIER REGARDLESS OF THEIR OIL BURNING RULES THEY WOULD HAVE FOUND THE VALVE WAS CRACKED. FCA SAYS THEY ARE NOT SAYING ITS MY FAULT BUT ARE HIDING BEHIND THE WARRANTY.

jjjjj)  **NHTSA Posting Date: January 30, 2020**
**NHTSA ID Number:** 11306190
**Incident Date** January 2, 2020
**Consumer Location** SHAKOPEE, MN
COMPLETELY SHUTS DOWN WHEN DRIVING WITH 30% OIL LIFE REMAINING WITH NO WARNING. YOU LOOSE ALL POWER STEERING AND CONTROL.

kkkkk)  **NHTSA Posting Date: February 26, 2020**
**NHTSA ID Number:** 11311670
**Incident Date** February 26, 2020
**Consumer Location** CARLISLE, OH
THE CONTACT OWNS A 2017 JEEP CHEROKEE SPORT. THE CONTACT STATED THAT WHILE DRIVING 35 MPH, THE VEHICLE STALLED WITHOUT WARNING. THE CONTACT STATED THAT THE FAILURE RECURRED 6 TIMES WITHIN TEN DAYS. THE VEHICLE WAS TAKEN TO LEBANON CHRYSLER DODGE JEEP RAM (518 W MAIN ST, LEBANON, OH 45038) WHERE THE CONTACT WAS INFORMED TO DRIVE THE VEHICLE FOR 2000 MILES AND TO THEN HAVE THE VEHICLE TESTED FOR OIL CONSUMPTION. THE CONTACT WAS INFORMED THAT DEPENDING ON THE RESULT, THE MANUFACTURER MAY CHOOSE TO REPLACE THE ENGINE FREE OF CHARGE. THE OIL WAS TOPPED OF HOWEVER, NO ADDITIONAL MECHANICAL REPAIRS WERE PERFORMED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 40,732.

lllll)  **NHTSA Posting Date: March 10, 2020**

**NHTSA ID Number:** 11317349
**Incident Date** March 7, 2020
**Consumer Location** BLAIRSVILLE, PA
DRIVING 2017 JEEP WITH ONLY 40,000 MILES DOWN A MAJOR HIGHWAY..
BATTERY LIGHT CAME ON AND JEEP STALLED ALMOST CAUSING
ACCIDENT. WENT TO DEALER FOR REPAIR, WAS TOLD IT NEEDED AND OIL
CHANGE?!! UNACCEPTABLE!! IF ISSUE ISN'T CORRECTED, LEGAL ACTION
WILL BE PURSUED.

mmmmm) **NHTSA Posting Date: March 11, 2020**
**NHTSA ID Number:** 11317481
**Incident Date** March 9, 2020
**Consumer Location** SPRINGFIELD, WI
WHILE DRIVING THE VEHICLE, IT WOULD GO INTO LIMP MODE AND SHUT
ITSELF DOWN WHILE DRIVING. THIS HAS HAPPENED DURING 3 DIFFERENT
PERIODS TIME NEAR THE OIL CHANGE INTERVAL, OCCURRING 3+ OR
MORE TIMES DURING EACH PERIOD. AFTER COMPLAINING ABOUT IT TO
THE DEALERSHIP, WITH THE 3RD OCCURRENCE, THEY CHECKED THE OIL
PRIOR TO CHANGING IT NOTING THERE WAS NO OIL IN THE PAN.

AFTER PERFORMING A FUEL CONSUMPTION TEST, IT WAS NOTED THAT
THE ENGINE BETWEEN 6,000 AND 7,000 MILES (OIL CHANGE TIME) LOST
OVER 1.25 QUARTS OF OIL. BETWEEN 0 AND 6,000 MILES, MINIMAL TO NO
OIL WAS LOST, BUT BETWEEN 6,000-7,000 THE OIL WOULD DROP
SIGNIFICANTLY WITH NO OBVIOUS REASON WHY. THE DEALERSHIP
MENTIONED THEY HAVE HAD OTHER CUSTOMERS WITH A SIMILAR ISSUE.
IF IT WAS UNDER WARRANTY, THEN JEEP WOULD LIKELY REPLACE THE
ENGINE, BUT SINCE NO LONGER UNDER WARRANTY (EXPIRED AT 60,000
MILES), I WOULD NEED TO REPLACE ENGINE OR TEAR DOWN TO
DIAGNOSE THE ISSUE.

nnnnn)     **NHTSA Posting Date: April 8, 2020**
**NHTSA ID Number:** 11320614
**Incident Date** January 1, 2020
**Consumer Location** PLAINFIELD, IL
THIS CAR BURNS OIL AT AN EXTREME RATE, I'VE HAD IT CHECKED OUT
FOR CONSUMPTION TESTS AFTER EVERY 1,000 MILES- IT IS ALWAYS LOW
ON OIL. WITH NO ANSWERS FROM JEEP WHO IS PERFORMING THESE
TASKS. CURRENTLY THE CAR HAS BEEN SINCE ABOUT 25,000 MILES- (IM
SITTING AT 51,000 NOW) SHAKING BETWEEN GEARS, THE RPM GAUGE TAC
JUMPS AROUND, THE CAR SEEMS TO STRUGGLE RUNNING. EVERY TIME
THE CAR IS TAKEN IN – I'M TOLD THE CAR IS RUNNING CORRECTLY EVEN
WITH HIGH OIL CONSUMPTION AS WELL AS ISSUES WITH TRANSMISSION
AND THAT THIS IS JEEPS STANDARD. I HAVE YET TO HAVE ANYTHING
RESOLVED SINCE I'VE BEEN TOLD THERE ARE ZERO PROBLEMS OR THE
DEALERSHIP CANNOT REPLICATE THE ISSUES I'VE HAD. A LESS THAN 3
YEAR OLD CAR SHOULD NOT BE BURNING MORE THAN A QUART OF OIL
EVERY 1,000 MILES. THIS IS A CAR THAT HAS A STANDARD OF GETTING
OIL CHANGES EVERY 6,000 MILES. HOW IS THIS FOLLOWING JEEPS
STANDARD. IF I FOLLOWED THIS STANDARD I WOULD BE PULLING MY
CAR INTO A DEALERSHIP EVERY RECOMMENDED 6,000 MILES WITH ZERO
OIL. I'VE HAD A STARTER EXPLODE IN MY ENGINE, HAD IT FIXED FOR IT
TO ONLY DO THE SAME ISSUE A WEEK LATER. WHEN IN MOTION MY
ENTIRE CAR HOPPS AROUND, ITS NEARLY IMPOSSIBLE TO TAKE IT ON
THE EXPRESSWAY BECAUSE I KNOW ITS SO DANGEROUS. I CANNOT
TRUST THIS CAR GOING OVER 55 MILES AN HOUR. I'VE GIVEN UP HOPE IN

1
2
3
JEEP AND STILL CONTINUE TO GET MY REGULAR WORK DONE TO KEEP THE CAR BARELY FUNCTIONING. 51,000 MILES. A CAR THAT AS GOTTEN AN OIL CHANGE EVERY 1,000 MILES THE LAST TWO YEARS. AND HAS HAD COMPLETE REGULAR WORK DONE ON IT. THIS IS NOT OKAY. THIS IS DANGEROUS. *TR

### 2018 Jeep Cherokee

4
5
6
7
8
9
10
ooooo)    **NHTSA Posting Date:** March 26, 2018
**NHTSA ID Number:** 11081209
**Incident Date** March 21, 2018
**Consumer Location** FELICITY, OH
I BOUGHT A BRAND NEW 2018 JEEP LATITUDE AND AT 4300 MILES IT STARTED ACTING UP AND SHUT DOWN RIGHT IN THE MIDDLE OF THE ROAD I WAS TRAVELING. I HAD TO USE ROADSIDE ASSISTANCE AND HAVE IT TOWED.JEEP STATED THAT IT WAS BURNING A QUART OF OIL EVERY 1000 MILES STATED IT WAS 4 QUARTS OF OIL LOW. THEY ALSO STATED THAT THEY DIDN'T KNOW WHERE IT WAS BURNING FROM EITHER. TOLD ME TO DRIVE IT 1000 MILES AND BRING IT BACK. I DON'T EVEN HAVE A WARNING THAT MY OIL WAS LOW IT JUST SHUT DOWN.

11
12
13
14
15
16
17
18
ppppp)    **NHTSA Posting Date:** May 26, 2018
**NHTSA ID Number:** 11098090
**Incident Date** May 4, 2018
**Consumer Location** LUBBOCK, TX
FIRST STARTED WITH JERKING AS YOU'RE DRIVING AT ONE TIME WE WERE AT A STOPLIGHT AS AND IT THE CAR JUST WANTED TO TAKE OFF BY ITSELF AND WE ALMOST GOT INTO A CAR ACCIDENT THE CAR IS ALWAYS LOW ON OIL I MEAN WE BOUGHT THE CAR WITH 3 MILES WITHIN WEEKS IT WOULD ACTUALLY HAD NO OIL MY HUSBAND THOUGHT OUT MAYBE THE MANUFACTURER JUST DIDN'T FILL IT UP ALL THE WAY BY MISTAKE DIDN'T CHECK IT OUT SO HE WENT AND PURCHASED WILL PUT OIL IN IT TWO WEEKS LATER TOOK IT FOR AN OIL CHANGE AND WE ALREADY A QUART LOW CAR WASTE IS GAS LIKE CRAZY WE ARE CONSTANTLY FILLING UP EVERY 2 DAYS AND THEN CAR DOESN'T REALLY GO ANYWHERE BUT FROM WHAT 15 MILES A DAY

19
20
21
22
23
24
25
26
27
qqqqq)    **NHTSA Posting Date:** August 20, 2018
**NHTSA ID Number:** 11120966
**Incident Date** June 22, 2018
**Consumer Location** LOS ANGELES, CA
WHILE DRIVING MY CAR, THE ENGINE SHUT OFF IN MID DRIVE, IN MOTION, IN A PARKING STRUCTURE GETTING READY TO GET ON THE FREEWAY. I COMPLAINED TO THE DEALER AND THEY SAID IT WAS BECAUSE I NEEDED AN OIL CHANGE AND I WASN'T OVER MILEAGE BY THAT MUCH, HE SAID HE HAS HEARD THIS HAPPEN BEFORE TO A CUSTOMER. I WAS SO TERRIFIED BECAUSE I COULD HAVE BEEN ON THE FREEWAY AND COULD HAVE GOTTEN INTO AN ACCIDENT AND INJURED AND UNTIL THIS DAY I AM VERY DISTURBED AND WORRY IF IT WILL TURN OFF WHILE DRIVING AND EVEN MORE TERRIFIED IF I AM ON THE FREEWAY! I JUST WANT TO REPORT THIS BECAUSE THE DEALERSHIP'S RESPONSE DIDN'T SIT WELL WITH ME AND I THINK IT IS VERY VERY DANGEROUS FOR THE CAR TO TURN OFF JUST BECAUSE YOU NEED AN OIL CHANGE, IS THERE A DEFECT IN MY CAR?

28
rrrrr)    **NHTSA Posting Date:** September 7, 2018
**NHTSA ID Number:** 11128007

**Incident Date** July 1, 2018
**Consumer Location** HOUSTON, TX
WHILE TURNING CORNERS, VEHICLE SOMETIMES STALLS. WHEN
REPORTED TO SERVICE DEPARTMENT,THEY SAID IT IS A SAFETY
FEATURE TO LET YOU KNOW OIL IS LOW. OUR OIL CAN BE AT 35% AND
CAUSE THE CAR TO STOP DRIVING IN THE MIDDLE OF A ROADWAY...THAT
IS NOT SAFE! WE SHOULDN'T NEED TO REPLACE OIL U TIL 20% OR LESS
AS THAT IS WASTEFUL.

sssss)     **NHTSA Posting Date:** September 11, 2018
**NHTSA ID Number:** 11128650
**Incident Date** March 6, 2018
**Consumer Location** Unknown
ON TWO DIFFERENT OCCASIONS THE ENGINE SHUT OFF UNEXPECTEDLY
AND WITHOUT WARNING WHILE DRIVING. ONCE ON A HILL, THE NEXT
TIME ON A HIGHWAY. THERE WERE NO INDICATOR LIGHTS OR OTHER
WARNING SYSTEMS IN PLACE. WHEN IT HAPPENED THE STEERING FAILED
AS DID ALL BRAKING SYSTEMS. THE CAR WAS BROUGHT BACK TO THE
DEALERSHIP. BOTH TIMES OIL WAS BELOW READABLE LEVEL. IT WAS
ALSO LOW PRIOR TO DEALER RECOMMENDED OIL CHANGE PERIOD. I WAS
TOLD AN OIL CONSUMPTION TEST NEEDED TO BE DONE, BUT IT WAS SAFE
TO DRIVE. WHEN OIL CONSUMPTION WAS DEEMED LOW, I WAS TOLD
THAT JEEP CORPORATION REQUIRED THAT THE TEST BE REPEATED AND
TO DRIVE ANOTHER 1,000 MILES. I CONTACTED CUSTOMER RELATIONS
AND WAS TOLD "INDEPENDENT DEALERSHIPS CAN DECIDE HOW TO
HANDLE THIS PROBLEM". THEN IT WAS RECOMMENDED THAT I SEE IF A
DIFFERENT DEALER MIGHT BE MORE HELPFUL. NO SAFETY ACTIONS
WERE TAKEN BY THE DEALERSHIP'S SERVICE DEPARTMENT.

ttttt)     **NHTSA Posting Date:** December 20, 2018
**NHTSA ID Number:** 11162801
**Incident Date** December 17, 2018
**Consumer Location** COLLEGEDALE, TN
WHILE COMPANY EMPLOYEE WAS DRIVING THE VEHICLE, WITHOUT
WARNING, THE ENGINE SHUTS DOWN. IT HAS HAPPENED NUMEROUS
TIMES, AT HIGHWAY SPEEDS, AND ALSO IN TOWN IN TRAFFIC WITHOUT
WARNING. THE JEEP DEALER SAID IT NEEDED AN OIL CHANGE, BUT THE
OIL LIFE MONITOR SAYS THERE IS STILL 56% OIL LIFE REMAINING. AFTER
THE OIL CHANGE, THE PROBLEM SEEMS TO GO AWAY FOR A WHILE.
AFTER RESEARCHING, IT APPEARS TO BE RELATED TO THE VEHICLES
HYDRAULICALLY DRIVEN VARIABLE VALVE TIMING. JEEP SAYS THE
VEHICLE IS LOW ON OIL, THAT'S WHY THE OIL CHANGE FIXES THE
PROBLEM, BUT NO OIL LIGHT OR ANY OTHER WARNING EVER COMES ON.
THE VEHICLE JUST DIES AND THEN RESTARTS AFTER COASTING OFF THE
ROAD OR STOPPING IN THE MIDDLE OF TRAFFIC.

uuuuu)     **NHTSA Posting Date:** January 23, 2019
**NHTSA ID Number:** 11171615
**Incident Date** January 21, 2019
**Consumer Location** TRAVELERS REST, SC
IN NOVEMBER CAR COMPLETELY SHUT OFF, HAVING NO STEERING AND
HARD BREAKING. TOOK CAR IN FOR THIS ALONG WITH AN OIL CHANGE
DEALERSHIP STATED THIS WAS A SOFTWARE UPDATE. THEY PERFORMED
THE UPDATE BUT FAILED TO TELL ME ANYTHING ELSE. LAST WEEK CAR
DID THE SAME EXACT THING, CALLED DEALERSHIP SPOKE WITH THE
SERVICE MANAGER AND HE INFORMED ME THAT CHRYSLER HAD

DESIGNED THE CAR TO SHUT OFF WITH NO WARNING LIGHTS AT ALL. THE ISSUE HE SAID WAS THE MOTOR USING OIL AT APPROXIMATELY 21,589 MILES. I EXPRESSED MY CONCERNS WITH HIM AND ALSO CALLED CHRYSLER AND THEY AGAIN TOLD ME THE EXACT THING THAT IT IS NOT SUPPOSE TO GIVE YOU A WARNING IT WAS MADE WHEN THE OIL GETS LOW THE CAR WILL SHUT OFF. MY CONCERNS IS ME OR SOMEONE ELSE IS GOING TO BE SEVERELY HURT OR EVEN KILLED. WHEN I CHECKED THE OIL LEVEL IN MY CAR IT BARELY REACHED THE END OF THE DIP STICK. LUCKILY I WAS ON THE STREET I LIVED ON WHEN THIS TOOK PLACE. I RESEARCHED THE COMPLAINT ON LINE AND THIS HAS BEEN A PROBLEM SINCE 2017.

vvvvv) **NHTSA Posting Date:** March 1, 2019
**NHTSA ID Number:** 11183324
**Incident Date** February 28, 2019
**Consumer Location** TUCSON, AZ
ABOUT A MONTH AND A HALF AGO I WAS MAKING A UTURN ON A CITY STREET AND THE CAR CHIMED. THE CAR NOW CHIMES EVERY TIME I MAKE ANY TYPE OF TURN. I TOOK IT IN TO THE DEALERSHIP AND THEY ARE SAYING THAT THE ENGINE IS BURNING THE OIL THEREFORE I HAD NO OIL IN MY CAR. THEY TOLD ME I NOW HAVE TO BRING THE CAR IN EVERY 500 MILES TO DO A TEST AND IF THE ENGINE IS STILL BURNING THE OIL THE ENGINE WILL NEED TO BE REPLACED.

wwwww) **NHTSA Posting Date:** March 6, 2019
**NHTSA ID Number:** 11184498
**Incident Date** March 5, 2019
**Consumer Location** EUSTIS, FL
VEHICLE WHILE DRIVEN MADE AN ALERT PING WHEN MAKING LEFT AND RIGHT HAND TURNS WITH NO OTHER INDICATOR. FOLLOWING DAY VEHICLE COMPLETELY SHUT DOWN WHILE DRIVING ON THE INTERSTATE AT 55 MPH WITH OIL PRESSURE INDICATOR ILLUMINATED AS WELL AS MULTIPLE ERRORS ABOUT PLACING VEHICLE IN DRIVE AND SHIFTING (ALTHOUGH VEHICLE IS AN AUTOMATIC). DEALERSHIP CONTACTED AND VEHICLE BROUGHT IN FOR INSPECTION. DEALER CONCLUDED THAT ENGINE HAD NO OIL, ALTHOUGH INTERNAL INDICATORS FAILED TO ADVISE AND SHOWED VEHICLE HAD 17% OIL LIFE REMAINING AND 300 MILES UNTIL SCHEDULED OIL CHANGE. DEALER ADVISED THAT VEHICLE IS KNOWN TO BURN OIL AT A RATE OF 1 QUART OF OIL EVERY 1000 MILES, HOWEVER, THIS WAS NOT CONSISTENT WITH WHEN THE PREVIOUS OIL CHANGE HAD OCCURRED, WHEN ASKED WHY VEHICLE BURNS OIL AT SUCH A RATE, WAS ADVISED IT IS NORMAL AND NOT TO WORRY ABOUT IT. SEVERAL OTHER PEOPLE HAVE COMPLAINED AND REACTION FROM DEALERSHIP VARIED FROM IT WAS NORMAL TO MAY BE AN ISSUE WITH THE ENGINE.

xxxxx) **NHTSA Posting Date:** April 16, 2019
**NHTSA ID Number:** 11196790
**Incident Date** April 16, 2019
**Consumer Location** COLUMBIA, SC
MY JEEP CHEROKEE HAS BEEN SHUTTING OFF WHILE DRIVING. THIS CAR WAS PURCHASED BRAND NEW. THIS HAS HAPPENED SEVERAL TIMES. THE ORIGINAL DEALERSHIP, KEFFER CHRYSLER JEEP IN CHARLOTTE, NC, HAS NOT RETURNED ANY OF MY CALLS ABOUT THIS ISSUE SO I'VE HAD TO GO TO ANOTHER DEALERSHIP TO GET THIS ISSUE RESOLVED. I HAVE TO TAKE THE VEHICLE FOR OIL CONSUMPTION TESTS BUT I DO NOT FEEL

SAFE IN THIS VEHICLE BECAUSE OF THE FACT THAT IT SHUTS OFF WHILE DRIVING. THE LAST TIME IT SHUT DOWN I WAS ON A MAIN HIGHWAY AND WAS ALMOST HIT. *DT*JB
CONSUMER STATED CAR COMPLETELY SHUT OFF, LOSING CONTROL OF THE VEHICLE. THERE WAS NO WARNING SIGN, WHICH CAUSED SEVERAL ACCIDENTS.

yyyyy)     **NHTSA Posting Date:** May 16, 2019
**NHTSA ID Number:** 11207950
**Incident Date** April 24, 2019
**Consumer Location** HIGHLAND, IN
VEHICLE STARTED STALLING RANDOMLY. IT START WITH A CHIME ON TURNS AND PROGRESSED TO THIS. TOOK IT TO DEALER AND THEY SAID IT WAS LOW IN OIL JUST HAD OIL CHANGED 3 MONTHS PRIOR. THEY FOUND OFF VALVE WAS BAD REPLACED. VEHICLE THEN STARTED BURNING GAS 20 MILES AND HALF TANK. TOOK BACK TO SEWER FOR OIL CONSUMPTION TEST. PROBLEM WITH STALLING STARTED AGAIN. DEALER COULDN'T REPLICATE ISSUE.

zzzzz)     **NHTSA Posting Date:** June 3, 2019
**NHTSA ID Number:** 11217470
**Incident Date** October 27, 2017
**Consumer Location** BENNINGTON, NE
-     2.4L EXCESSIVE OIL CONSUMPTION
-     - NEW ENGINE AT 8K MILES

aaaaaa)     **NHTSA Posting Date:** June 21, 2019
**NHTSA ID Number:** 11221823
**Incident Date** June 12, 2019
**Consumer Location** VALHALLA, NY
WHILE IN MOTION, MY CAR CONTINUED TO STALL, 3 TIMES. ONCE ALSO THE WEEK BEFORE. THE CAR INDICATED THAT MY VEHICLE NEEDED AN OIL CHANGE. AFTER A VERY SCARY RIDE TO THE DEALERSHIP ON A MAJOR HIGHWAY, IT WAS CONFIRMED THAT THE CAR NEEDED AN OIL CHANGE. THERE WAS BARELY NO OIL .. ACCORDING TO OIL DIPSTICK. THE MESSAGE DID NOT INDICATE OIL WAS LOW. WRONG MESSAGE TO THE OWNER. I COULD HAVE SEIZED MY ENGINE. NEEDING AN OIL CHANGE IS NOT THE SAME ALERTING THE DRIVER THERE IS NO OIL LEFT. THIS SHOULD BE CORRECTED TO INDICATE LOW OIL LEVEL !!! THIS IS DANGEROUS WHEN CAR IN MOTION AND IT STALLS OUT. DEALERSHIP TAKING NO RESPONSIBILITY. SHOULD THIS BE A RECALL ISSUE. DANGEROUS SITUATION!!!

bbbbbb)     **NHTSA Posting Date:** June 27, 2019
**NHTSA ID Number:** 11222917
**Incident Date** June 26, 2019
**Consumer Location** BARBOURSVILLE, WV
JUNE 26, 2019 (28,670 MILES ON MY CAR) I WAS DRIVING TO WORK GOING 35 MPH WHEN MY ENGINE SHUT OFF AND I HAD NO CONTROL OVER THE VEHICLE. ABOUT A WEEK BEFORE THIS HAPPENED I HAD BEEN HEARING A DINGING NOISE, LIKE WHEN YOUR SEATBELT IS OFF (JUST ONE DING THOUGH) AND SOMETHING WOULD FLASH ON MY DASH. IT WAS SO QUICK I WAS UNABLE TO SEE WHAT IT SAID. I STARTED VIDEOING MY DASH TO TRY TO CATCH THE ALERT. I HAVE VIDEO OF MY DASH AS THE ENGINE STOPPED AND ME TRYING TO RESTART MY CAR. (UPLOADED PICTURES OF THE SERVICE SHIFTER BUT IT WILL NOT ALLOW ME TO

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UPLOAD THE VIDEO) IT TOOK ME 10-15 MINUTES TO GET IT STARTED BACK UP. DROVE IT STRAIGHT TO THE DEALERSHIP. THEY SAID THAT MY JEEP WAS A QUART LOW ON OIL AND THAT IT WAS A "SAFETY FEATURE" THAT IF YOU'RE LOW ON OIL YOUR ENGINE WILL JUST SHUT OFF....NO MATTER IF YOU'RE PARKED OR DRIVING 70 MPH! THAT IS INSANE!! HOW ABOUT AN "OIL LOW LIGHT" MY OIL LIFE PERCENTAGE STILL SHOWED 20% REMAINING AND I WAS SCHEDULING AN OIL CHANGE THE NEXT WEEK. AFTER READING MULTIPLE COMPLAINTS, JUST LIKE MINE, I REQUESTED THAT THEY CHECK THE SHIFTER AGAIN. THEY SAID THAT THE SHIFTER WAS FINE. I PICKED UP MY JEEP FROM THE DEALERSHIP AND DROVE 30 MILES HOME. I PULLED IN MY DRIVEWAY AND THE SERVICE SHIFTER LIGHT CAME ON AGAIN WITH THE PRND LIGHTS ALL LIT UP. TOOK IT TO THE DEALERSHIP AGAIN THIS MORNING, 06/27/2019 AND JUST GOT A CALL THAT THEY REPLACED THE SHIFTER BEZEL AND WIRING AND DID AN UPDATE. THERE ARE HUNDREDS AND HUNDREDS OF COMPLAINTS EXACTLY LIKE MINE. THIS NEEDS TO BE CORRECTED NOW BEFORE SOMEONE GETS IN A HORRIBLE ACCIDENT. I DRIVE THE INTERSTATE EVERY SINGLE DAY. IF MY ENGINE SHUTS OFF GOING 70 MPH, IT WILL NOT BE A GOOD SITUATION.

cccccc)     **NHTSA Posting Date:** August 17, 2019
**NHTSA ID Number:** 11244716
**Incident Date** April 10, 2019
**Consumer Location** REMLAP, AL
BURNING ONE QUART OF OIL EVERY 1,400 TO 1,500 MILES SINCE IT TURNED 30,000 MILES

dddddd)     **NHTSA Posting Date:** September 10, 2019
**NHTSA ID Number:** 11254585
**Incident Date** August 19, 2019
**Consumer Location** CANAL FULTON, OH
25,000 MILES WAS TURNING RIGHT ONTO RAMP TO ENTER HIGHWAY WHEN BATTERY CAME ON AND ENGINE STALLED RIGHT WHEN I BEGAN TO ACCELERATE. TOOK TO DEALERSHIP WHERE THEY INITIATED AN OIL CONSUMPTION TEST. 1,000 MILES INTO OIL CONSUMPTION TEST ENGINE LIGHT CAME ON AND STAYED ON. CAR WAS ONLY 1/2 QUART LOW ON OIL AND WAS IN THE PROCESS OF A CONTROLLED OIL CONSUMPTION TEST. HAVE READ AN OVERWHELMING AMOUNT OF REPORTS OF 2018 CHEROKEES WITH THE SAME 2.4L ENGINE STALLING WHILE THE DRIVERS IS ACTIVELY DRIVING VEHICLE ANYWHERE FROM 25 MPH TO 70 MPH ON THE HIGHWAY.

eeeeee)     **NHTSA Posting Date:** October 9, 2019
**NHTSA ID Number:** 11267328
**Incident Date** October 4, 2019
**Consumer Location** WOODBRIDGE, VA
STARTING AT 25K MILES, THE VEHICLE STARTED TO BURN THROUGH OIL EVEN BEFORE THE NEXT OIL CHANGE. THE MANUAL STATES TO GO OFF THE OIL SYSTEM LIGHT, DEALERS SAY DIFFERENT. OIL HAD 14% LEFT, BUT THE CAR KEPT SHUTTING OFF WHILE DRIVING ON THE HIGHWAY. WENT TO DEALER, CAR BURNED THROUGH ALL THE OIL. THEY REFUSED TO CHECK FOR ENGINE DAMAGE AND FORCE ME TO PAY FOR A FULL OIL CHANGE. STATED BY THE DEALER, ITS A KNOWN ISSUE WITH JEEP AND THERE IS NO FIX FOR IT. NOW AT 33K, CHECK ENGINE LIGHT CAME ON, CYLINDER 4 MISFIRE. COIL PACK NEEDS REPLACED. THIS IS A TSB THAT WAS POSTED AT DEALERS BUT NOT GIVEN TO CONSUMERS.

ffffff)    **NHTSA Posting Date:** October 19, 2019
**NHTSA ID Number:** 11269508
**Incident Date** May 1, 2019
**Consumer Location** VALLEY CITY, OH
BURNS 1 QT OF OIL EVERY 2000 MILES

gggggg)    **NHTSA Posting Date:** November 18, 2019
**NHTSA ID Number:** 11280871
**Incident Date** November 15, 2019
**Consumer Location** ROUND LAKE, IL
MY 2018 JEEP CHEROKEE LATITUDE HAS BEEN STALLING DUE TO HIGH
OIL CONSUMPTION (PER THE DEALER). THE STALLS HAPPEN WHILE
DRIVING WHEN BRAKING OR MAKING TURNS. THERE IS NO WARNING,
THE ENGINE JUST SHUTS OFF, WITH LOSS OF POWER STEERING. WHEN
THIS OCCURS, NEED TO COME TO A COMPLETE STOP, PUT THE VEHICLE IN
PARK AND WAIT A COUPLE MINUTES. AS YOU CAN IMAGINE, THIS IS
EXTREMELY DANGEROUS AS IT HAS HAPPENED ON THE HIGHWAY AND IN
CITY DRIVING. IN TWO SCENARIOS, I WAS ALMOST REAR ENDED AND IN
ANOTHER, I STALLED IN THE MIDDLE OF A BUSY INTERSECTION.

I'VE TAKEN THE JEEP TO MY DEALERSHIP WHO TELLS ME THAT THIS IS A
KNOWN ISSUE AND THEY CAN'T DO ANYTHING ABOUT IT. THEY
SUGGESTED I DO AN "OIL CONSUMPTION TEST" TO SEE IF THE ENGINE IS
PERFORMING AS DESIGNED, WHICH ENTAILS ME BRINGING THE VEHICLE
TO THE DEALERSHIP EVERY 1,000 MILES TO CHECK OIL LEVELS
(EXTREMELY INCONVENIENT). I'VE ALSO OPENED A CASE WITH
CHRYSLER/FIAT WHO SAYS I NEED TO COMPLETE THE CONSUMPTION
TEST BEFORE THEY CAN MAKE ANY DETERMINATION.
I'VE RESEARCHED THIS ISSUE AND THERE ARE HUNDREDS OF JEEP
OWNERS COMPLAINING OF THE SAME ISSUE. CHRYSLER/FIAT NEEDS TO
DO SOMETHING ABOUT THIS ISSUE AS IT IS EXTREMELY DANGEROUS.

hhhhhh)    **NHTSA Posting Date:** November 25, 2019
**NHTSA ID Number:** 11282329
**Incident Date** November 16, 2018
**Consumer Location** VILLA RICA, GA
EVER SINCE I PURCHASED THE VEHICLE I CAN NOT GO MORE THAN 3,000
MILES AFTER AN OIL CHANGE WITHOUT THE VEHICLE SHUTTING OFF ON
MY AND BEING BONE DRY ON OIL ON THE DIP STICK. I KEEP BEING TOLD
THIS PARTICULAR MODEL JUST BURNS A LITTLE EXTRA OIL BUT THERE IS
SOMETHING WRONG. IT IS SHUTTING OFF ON ME IN THE MIDDLE OF
HIGHWAYS WHILE I'M DRIVING AND IS VERY UNSAFE. I HAVE TWO
SMALL CHILDREN AND DO NOT TRUST TO PUT THEM IN THIS CAR.

iiiiii)    **NHTSA Posting Date:** December 9, 2019
**NHTSA ID Number:** 11287916
**Incident Date** December 9, 2019
**Consumer Location** ATASCOCITA, TX
THE 2018 JEEP CHEROKEE LATITUDE CONSUMES OIL AND HAS A
MECHANISM WHERE IF THE CAR IS LOW ON OIL IT WILL JUST SHUT OFF
WHEN DRIVING. THIS IS A SERIOUS SAFETY HAZARD AS THE CAR GIVES
NO WARNING IT IS LOW ON OIL. SOMEONE IS GOING TO GET KILLED ONE
DAY WHEN THESE CARS JUST SHUT OFF IN THE MIDDLE OF DRIVING.
CONSUMER STATED THE FIRST OF ROUGHLY 15 OCCURRENCES
OCCURRED AT 31K MILES. THE MOST RECENT HAPPENED AT 41,100 MILES.

USUALLY WHILE TRAVELING 25-35 MPH AND USUALLY HAPPENS 2K-3K MILES FROM LAST OIL CHANGED. THERE IS NO WARNING LIGHTS ON DASH OR ALARMS CAR JUST LITERALLY DIES.

jjjjjj)    **NHTSA Posting Date:** December 20, 2019
**NHTSA ID Number:** 11290266
**Incident Date** October 4, 2019
**Consumer Location** LIVINGSTON, TN
MAKING A RIGHT TURN, ENGINE SHUT OFF NO POWER, LIGHTS STATED I MUST BE IN PARK TO SHIFT WARNING LIGHTS. THE JEEP WOULD NOT START. I HAD EXPERIENCED NO PRIOR ISSUES BEFORE THIS HAPPENED. I CALLED MY HUSBAND WHO ARRIVED AND DROVE IT HOME. I CALLED THE DEALERSHIP AND THEY BASICALLY TOLD ME THIS WAS A KNOWN ISSUE WITH THIS MOTOR AND TO CHECK THE OIL. UPON CHECKING THE OIL THERE WAS VERY LITTLE ON THE DIPSTICK. ONCE AGAIN I CONTACTED THE DEALERSHIP AND WAS TOLD I BASICALLY NEED TO KEEP A CHECK ON THE OIL. THIS IS A SAFETY HAZARD!

kkkkkk)    **NHTSA Posting Date:** December 27, 2019
**NHTSA ID Number:** 11291548
**Incident Date** December 17, 2019
**Consumer Location** EAST BRIDGEWATER, MA
I HAVE A 2018 JEEP CHEROKEE WITH UNDER 30,000 MILES ON IT. MY CAR'S STALLED IN THE MIDDLE OF AN INTERSECTION WHILE TAKING A RIGHT TURN. MY BRAKES AND STEERING WERE LOCKED, CAUSING ME TO DRIFT UP ON TO A CURB AND HIT A SIGN. NO WARNING OR INDICATOR LIGHTS CAME ON IN THE CAR PRIOR TO THIS. I HAD THE CAR TOWED TO THE DEALERSHIP THAT I AM LEASING THE CAR FROM. I WAS TOLD THAT THIS IS COMMON WITH JEEPS, THAT THE CAR WILL BURN THROUGH OIL VERY QUICKLY, THAT NO LOW OIL INDICATOR LIGHT WILL COME ON, AND THAT THE ENGINE WILL SHUT DOWN AS A "SAFETY FEATURE." I WAS TOLD THAT THERE IS NOTHING I CAN DO TO PROTECT MYSELF BEYOND GETTING OIL CHANGES EVERY 3K MILES AND THAT IT "SHOULD" BE FINE. AGAIN, THERE IS ABSOLUTELY NO WARNING THAT THE CAR WILL SHUT DOWN OR THAT THERE IS AN ISSUE PRIOR TO IT TURNING OFF WHILE IN MOTION. THE CAR SHUTTING OFF WHILE IN MOTION WAS REFERRED TO AS A SAFETY FEATURE BY THE DEALERSHIP WHO WOULD ONLY OFFER ME AN OIL CHANGE AS A FIX.

llllll)    **NHTSA Posting Date:** January 6, 2020
**NHTSA ID Number:** 11297300
**Incident Date** November 1, 2019
**Consumer Location** ORISKANY, NY
THE CONTACT OWNS A 2018 JEEP CHEROKEE. WHILE DRIVING APPROXIMATELY 10 MPH, THE VEHICLE SUDDENLY STALLED WITHOUT WARNING. AFTER A FEW ATTEMPTS, THE CONTACT WAS ABLE TO RESTART THE VEHICLE; HOWEVER, IT STALLED INTERMITTENTLY WHILE DRIVING TO A SAFER LOCATION. THE CONTACT STATED THAT THE FAILURE OCCURRED A TOTAL OF THREE TIMES. THE CONTACT CALLED FUCCILLO DODGE CHRYSLER JEEP (LOCATED AT 10329 US RT 11, ADAMS, NY 13605, 844-353-7100) AND WAS INFORMED THAT THE VEHICLE TENDED TO BURN MORE OIL THAN NECESSARY, WHICH CAUSED IT TO SHUT OFF. THE DEALER ALSO INFORMED THE CONTACT THAT THERE WAS NOTHING TO INFORM THEM OF LOW OIL BEFORE THE FAILURE OCCURRED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS MADE AWARE

1  OF THE FAILURES AND REFERRED THE CONTACT BACK TO THE DEALER. THE APPROXIMATE FAILURE MILEAGE WAS 26,000.

2  mmmmmm)      **NHTSA Posting Date:** February 17, 2020
3  **NHTSA ID Number:** 11309608
**Incident Date** December 9, 2019
**Consumer Location** DALLAS, GA
4  MY 2018 JEEP CHEROKEE LATITUDE PLUS SHUT OFF WHILE DRIVING. THE FIRST TIME (12/8/2019 @ 1200 HRS) I WAS PULLING UP TO A STOP SIGN AND IT JUST SHUT OFF. NO DASH INDICATOR WARNING LIGHTS AND IT HAD PLENTY OF FUEL. THE SECOND TIME (12/9/2019 @ APPRX 1600 HRS)I WAS TURNING LEFT ONTO A VERY BUSY CITY STREET AND IT SHUT OFF. I WAS ABLE TO COAST TO THE SIDE OF THE ROAD SO I WOULDN'T GET HIT. AGAIN NO WARNINGS AT ALL. AFTER APPRX 10 MINUTES CAR WAS ABLE TO RESTART. DROVE STRAIGHT TO DALLAS DODGE(APPRX 23 MILES.) THEY SAID IT WAS LOW ON OIL. SHOULD ADD OIL OR GET OIL CHANGE. BUT SINCE THEY WERE CLOSING THEY DID NOT HAVE ANYONE WHO COULD HELP. ALSO SAID AN OIL CONSUMPTION TEST NEEDED TO BE DONE, BUT THEY COULD NOT PERFORM IT. OIL CHANGE PLACES WERE CLOSED. I DROVE TO AUTO ZONE AND PURCHASED A 5 QT BOTTLE OF SYNTHETIC OIL. ADDED 3 QTS. TO FILL. 16-DEC TOOK CAR TO APPOINTMENT @ ED VOYLES. THEY HAD TO ADD 1.5 QTS OF OIL. SAID TO BRING IT BACK IN 1000 MILES OR IF OIL GOT LOW BEFORE THAT, BRING IT IN SO THEY CAN MEASURE IT AND DOCUMENT AMOUNT OF TIME AND MILEAGE.
4-JAN 2ND OIL CONSUMPTION TEST AT ED VOYLES. THEY HAD TO ADD 1 QT. SAID TO COME BACK IN 1000 MILES
1/15/2020 3RD OIL CONSUMPTION TEST. REQUIRED 2 QUARTS TO BE ADDED. SERVICE DEPT SAID ENGINE NEEDS TO BE REPLACED. THEY WILL CALL CHRYSLER/JEEP WARRANTY TO ORDER NEW ENGINE. HOWEVER, THEY SAID THEY WILL NOT PROVIDE A COURTESY VEHICLE I WILL HAVE TO RENT ONE.

nnnnnn)    **NHTSA Posting Date:** February 20, 2020
**NHTSA ID Number:** 11310335
**Incident Date** February 20, 2020
**Consumer Location** CLIFTON HEIGHTS, PA
IRREGULAR OIL CONSUMPTION IN THE 2.4 LITER MODEL OF THE JEEP CHEROKEE. WHILE DRIVING ON THE HIGHWAY THE CAR SHUT OFF DUE TO LOW OIL PRESSURE. THERE WAS NOT ANY WARNING AND THE CAR WAS NOT DUE FOR AN OIL CHANGE.

oooooo)    **NHTSA Posting Date:** February 24, 2020
**NHTSA ID Number:** 11311135
**Incident Date** February 4, 2020
**Consumer Location** MANCHESTER, MA
THE ENGINE BURNS THROUGH ALL OF THE OIL IN ABOUT 1500 MILES OF DRIVING. OIL HAS TO BE FILLED IN BETWEEN OIL CHANGES OR ENGINE WILL STOP WITH NO WARNING OR OIL LIGHT... ENGINE STOPS WHILE MOVING

pppppp)    **NHTSA Posting Date:** March 2, 2020
**NHTSA ID Number:** 11315587
**Incident Date** March 1, 2020
**Consumer Location** WONDER LAKE, IL

BOUGHT JEEP HAD IT FOR APPROX. 7 MONTHS (OCTOBER 2019) AND IT WOULD SHIFT REALLY HARD, THEN ONE DAY DRIVING FROM HOME TO STORE, THE JEEP JUST STALLED ON STREET, TURNED OFF ENGINE, RESTARTED AND DROVE TO DESTINATION. I BROUGHT MY JEEP IN 4X BEFORE THEY HAD REPLACED A WHOLE NEW ENGINE DUE TO IT BURNING OIL.

qqqqqq)    **NHTSA Posting Date:** March 12, 2020
**NHTSA ID Number:** 11317753
**Incident Date** February 1, 2019
**Consumer Location** PHOENIX, AZ
MY CAR COMPLETELY RUNS OUT OF OIL BETWEEN OIL CHANGES. WHAT THIS THEN DOES, IS CAUSE THE LIMP MODE TO COME ON AND STALL MY VEHICLE. THIS HAPPENED IN INTERSECTIONS, AND ON THE HIGHWAY, BEFORE I MYSELF FIGURED OUT MY CAR HAD NO OIL. MY ENGINE WAS MISFIRING. I HAD LESS THAN A QUART. I HAD ENGINE CODES BEING THROWN NONE HAD ANYTHING TO DO WITH OIL. NO OIL LIGHT ON. NOTHING. I DEDUCED MYSELF ONLINE THAT I NEEDED TO CHECK MY OIL LEVEL, THOUGH I WAS STILL ONE WEEK OUT FROM NEEDING AN OIL CHANGE PER THE VEHICLE SPECS (THE OIL CHANGE NOTIFICATION FROM THE VEHICLE ALSO HAD NOT COME ON YET). SURE ENOUGH, DIPSTICK WAS BONE DRY. I HAD IT RECTIFIED. I HAD IT VERIFIED THAT I HAVE NO OIL LEAK. AND EVERY TIME I AM ALMOST DUE FOR AN OIL CHANGE MY VEHICLE STALLS. ANY AND EVERY WHERE. AND THEN I GO GET AN OIL CHANGE WITH MORE OIL. ALL OVER MESSAGE BOARDS, THIS HAPPENS TO PEOPLE. 2017'S HAD A RECALL FOR THIS. 2019'S HAD A RECALL FOR THIS. WHY IN GOD'S NAME HAS 2018 NOT BEEN RECALLED OVER THIS. IT'S UNACCEPTABLE. IT'S DANGEROUS. I WAS ALMOST HIT HEAD ON. THIS HAS HAPPENED EVERY 3K MILES FOR THE PAST TWO YEARS. IT'S UNACCEPTABLE AND UNSAFE.

rrrrrr)    **NHTSA Posting Date:** April 7, 2020
**NHTSA ID Number:** 11320401
**Incident Date** July 1, 2019
**Consumer Location** BOSTON, MA
THE CONTACT LEASED A 2018 JEEP CHEROKEE LATITUDE. THE CONTACT STATED THAT WHILE DRIVING AT VARIOUS SPEEDS, THE VEHICLE STALLED WITH AN UNKNOWN WARNING LIGHT ILLUMINATED. THE VEHICLE OPERATED AS INTENDED AFTER THE VEHICLE WAS RESTARTED. THE VEHICLE WAS TAKEN TO QUIRK CHRYSLER DODGE JEEP RAM OF DORCHESTER (40 HALLET ST, BOSTON, MA 02124) WHERE THE GEAR SHIFTER BEZEL WAS REPLACED HOWEVER, THE FAILURE RECURRED SOON AFTER THE REPAIR. THE VEHICLE WAS TAKEN BACK TO THE SAME DEALER WHERE A 40 POINT INSPECTION WAS PERFORMED. THE CONTACT WAS INFORMED THAT THE FAILURE WAS LINKED TO A LOW OIL PRESSURE. THE DEALER INFORMED THE CONTACT TO MONITOR THE OIL AND TO RETURN ONCE THE VEHICLE HAD ACCUMULATED AN ADDITIONAL 1,000 MILES. THE CONTACT BROUGHT THE VEHICLE BACK ON TWO SEPARATE OCCASIONS AFTER DRIVING 1,000 MILES HOWEVER, THE FAILURE PERSISTED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE AND A CASE WAS FILED. THE VEHICLE WAS NOT REPAIRED. THE FAILURE MILEAGE WAS 17,844.

## **2019 Jeep Cherokee**

ssssss)    **NHTSA Posting Date:** June 28, 2018
**NHTSA ID Number:** 11104563

**Incident Date** June 23, 2018
**Consumer Location** LOGANVILLE, GA
THE CONTACT OWNS A 2019 JEEP CHEROKEE. WHILE STATIONARY, THE
VEHICLE STALLED WITHOUT WARNING AND COMPLETELY LOST POWER.
ON ANOTHER OCCASION, WHILE DRIVING 40 MPH, THE VEHICLE STALLED
AND THE CHECK ENGINE INDICATOR ILLUMINATED. THE VEHICLE WAS
TAKEN TO GWINNETT CHRYSLER DODGE JEEP RAM (5054 US-78, STONE
MOUNTAIN, GA 30087) WHERE IT WAS DIAGNOSED THAT THERE WAS NO
OIL IN THE ENGINE. THE VEHICLE WAS NOT REPAIRED. THE
MANUFACTURER WAS NOT MADE AWARE OF THE FAILURE. THE FAILURE
MILEAGE WAS 3,710.

tttttt)    **NHTSA Posting Date:** August 9, 2018
**NHTSA ID Number:** 11118761
**Incident Date** August 9, 2018
**Consumer Location** PITTSBURGH, PA
WHILE DRIVING A VEHICLE WITH ONLY 4200 MILES ON IT, THE JEEP
STALED WITHOUT WARNING. JEEP RESTARTED AND WAS DRIVEN. WHEN I
CALLED THE LOCAL DEALERSHIP, I WAS INFORMED TO CHECK MY OIL
LEVEL – THAT IT WOULD BE LOW AND TO REFILL. I ASKED HOW THEY
KNOW THIS AND THE DEALERSHIP'S SERVICE CENTER INFORMED ME
THAT THIS IS A "KNOWN ISSUE" WITH THE 2.4 LITER ENGINE AND IS
"COMMON". I CHECKED MY OIL, SURE ENOUGH, IT WAS LOW – I WOULD
SAY TWO (2) QUARTS LOW (IN A 5 QUART SYSTEM). NO "CHECK ENGINE
LIGHT", NO "SERVICE ISSUE ANNOUNCEMENT" FROM JEEP – NO WARNING
AT ALL FOR A "KNOWN ISSUE". THIS IS INEXCUSABLE! OIL TEMP WAS
NEVER ABOVE HAFT WAY, I STILL HAVE 30% ON THE OIL CHANGE METER.
I OWNED A 2014 JEEP CHEROKEE AND NEVER HAD AN ISSUE WITH A 2.4L
ENGINE. CAN'T WAIT TO SEE WHAT JEEP IS GOING TO DO FOR ALL THE
JEEP CHEROKEE OWNERS THAT THIS "KNOW ISSUE" IS GOING TO AFFECT.

uuuuuu)    **NHTSA Posting Date:** August 15, 2018
**NHTSA ID Number:** 11120097
**Incident Date** August 4, 2018
**Consumer Location** HOOVER, AL
THREE TIMES WHILE DRIVING, THEN MAKING A 90 DEGREE TURN, MY
CAR HAS STALLED OUT. THE ONLY LIGHT THAT COMES ON IS THE
BATTERY LIGHT, AND A MESSAGE ON THE DASH THAT SAYS SOMETHING
LIKE "CAR IS NOT IN PARK" . EACH TIME THIS HAS HAPPENED I HAVE HAD
TO PULL QUICKLY TO THE SIDE OF THE ROAD, PUT THE CAR IN PARK AND
RESTART THE CAR. THERE IS NEVER ANY WARNING LIGHT THAT THE CAR
IS ABOUT TO STALL; THE ONLY LIGHT THAT COMES ON IS THE BATTERY
LIGHT, AND THAT IS AFTER THE CAR HAS STALLED. I'VE TAKEN IT TO THE
JEEP DEALER AND THEY TOLD ME THAT THE OIL WAS LOW AND IT IS
ACTUALLY A SAFETY FEATURE THAT THE CAR WILL STALL WHEN THE
OIL IS LOW. MY CAR IS NEW, IT ONLY HAS 5200 MILES ON IT. THE OIL
SHOULD NOT BE LOW. FURTHERMORE, I DO NOT CONSIDER IT A SAFETY
ISSUE THAT THE CAR STALLS WHILE DRIVING, WITHOUT ANY WARNING
THAT THE CAR IS ABOUT TO STALL.

vvvvvv)    **NHTSA Posting Date:** September 26, 2018
**NHTSA ID Number:** 11131635
**Incident Date** September 24, 2018
**Consumer Location** BALTIMORE, MD
I WAS DRIVING DOWN THE STREET AND ALL THE SUDDEN MY CAR JUST
SHUT OFF. I HAD NO CONTROL OVER THE VEHICLE AT ALL. THEN IT

STARTED DRIVING BACKWARDS AS IT WAS IN DRIVE. I COULDN'T NOT GET IT TO GO INTO PARK AND IT TOOK A MINUTE OR 2 TO GET IT INTO PARK. THE. THE DASH TOLD ME TO TURN THE CAR BACK ON AND IT WOULDN'T TURN BACK ON AT FIRST. THIS IS THE SECOND TIME THIS HAS HAPPENED TO ME. THE VEHICLE WAS MOVING AND JUST ALL THE SUDDEN TURNED OFF. I WENT AND CHECKED THE OIL AFTER READING ABOUT THIS WITH OTHER CUSTOMERS AND I HAD NO OIL IN MY CAR.

wwwwww)     **NHTSA Posting Date:** September 26, 2018
**NHTSA ID Number:** 11131830
**Incident Date** September 25, 2018
**Consumer Location** ABINGTON, MA
MY NEW CAR HAS 2,800 MILES DUE FOR AN OIL CHANGE AT 5 MONTHS/5,000 MILES. THE ENGINE FAILED ONCE FOR NO KNOWN CAUSE AFTER 2 WEEKS IN THE REPAIR SHOP. NOW MY CAR DIED WHILE IN MOTION ON BUSY ROADS AND A HIGHWAY RAMP AT SPEEDS BETWEEN 15-40 MPH WITHOUT WARNING OR LIGHTS. THIS IS SLA SAFETY HAZARD AS THE STEERING GOES AND CAR JUST COMES TO A STOP WITHOUT ANY WARNING. I HAD IT TOWED AFTER IT'S 5TH TIME IN 4 DAYS STOPPING WHILE IN MOTION AND SHUTTING DOWN. JEEP TOLD ME IT'S EMPTY ON OIL BUT YET THE OIL LIGHT INDICATOR DOESN'T COME ON. THEY SAID IT IS A KNOWN ISSUE WITHOUT A FIX FOR ALL 2014-2019 JEEP CHEROKEES. THEY ARE AWARE BUT ARE NOT FIXING OR ADDRESSING THE OIL CONSUMPTION WITHOUT LIGHT ISSUE THAT PUTS DRIVERS IN MOTION AT RISK OF AN ACCIDENT OR LOSING THEIR LIFE. IF NO WARNING IS COMING ON THAT YOUR OIL IS EMPTY LONG BEFORE A DIE OIL CHANGE AND MY CAR CAN JUST DIE WHILE IN MOTION ALONG WITH OTHERS AS AGAIN THEY STATED IT'S A KNOWN ISSUE IS A ROAD HAZARD FOR ANYONE IN THESE CARS. MY CAR IS 3 MONTHS OLD AND I FEEL UNSAFE DRIVING IT ON ANY ROADS FOR FEAR I WILL BE HIT BY ANOTHER DRIVER AS IT'S JUST LOSING POWER AND SHUTTING DOWN IN THE STREET IN MOTION. JEEP CANNOT FIX THIS BUT KNOWS ABOUT IT.

xxxxxx)     **NHTSA Posting Date:** October 10, 2018
**NHTSA ID Number:** 11139498
**Incident Date** June 8, 2018
**Consumer Location** LINCOLN, NE
THE VEHICLE IS BURNING OIL. THERE ARE NO LEAKS ANYWHERE ON THE ENGINE COMPONENTS OR ON MY GARAGE FLOOR. I HAVE ALWAYS CHECKED MY OIL FAITHFULLY ON ALL MY VEHICLES AS I GO OUT OF TOWN ONCE A MONTH. WHEN I GOT THE VEHICLE BRAND NEW I IMMEDIATELY CHECKED THE FLUID LEVELS. THE OIL LEVEL WAS HALF WAY BETWEEN THE HASH MARKS ON THE DIP STICK. WITHIN A MONTH AND A HALF I NOTICED A DECREASE IN THE OIL LEVEL. I HAVE HAD THE VEHICLE FOR 5 MONTHS AND THE OIL LEVEL IS BARELY ABOVE WHERE THE HASH MARKS START. THIS IS UNACCEPTABLE. I REPORTED THIS WHEN THEY REPLACED MY TRANSMISSION VALVE BODY DUE TO ANOTHER ISSUE. I WAS TOLD THE OIL IS WITHIN THE HASH MARKS AND IT IS FINE. IT IS NOT FINE WHEN A NEW VEHICLE IS BURNING THIS MUCH OIL. I HAVE READ REPORTS OF THE VEHICLE STALLING BEING LOW ON OIL. I CANNOT HAVE THIS HAPPEN TO ME GOING OUT OF TOWN. I HAVE SCHEDULED AN APPOINTMENT TO HAVE THIS ADDRESSED AGAIN BECAUSE THEY DID NOT DOCUMENT ANYTHING WHEN I REPORTED IT TO THE DEALER THE FIRST TIME.

yyyyyy)     **NHTSA Posting Date:** October 12, 2018

**NHTSA ID Number:** 11139991
**Incident Date** October 4, 2018
**Consumer Location** YUBA CITY, CA
VEHICLE SHUTS OFF WHILE DRIVING, CAUSING ME TO HAVE TO PUT IT IN PARK AND RE-START THE ENGINE. TWO TIMES WHEN IT HAPPENED, I WASN'T GOING FAST ENOUGH TO COAST TO THE SHOULDER, SO HAD TO START THE VEHICLE IN THE MIDDLE OF THE STREET. VEHICLE HAS A HARD TIME STARTING ONCE STALLED. SERVICE DEPARTMENT AT DEALERSHIP INFORMED ME OIL WAS LOW, VEHICLE WASN'T DUE FOR AN OIL CHANGE YET. NO WARNINGS OR INDICATOR LIGHTS THAT OIL LEVEL WAS LOW. SERVICE TECHNICIAN SAID TO CHECK OIL EVERY 1000 MILES, ON A BRAND NEW VEHICLE. SAID THIS ENGINE USES A LOT OF OIL. I'M CONCERNED AT PULLING ONTO A BUSY ROAD OR INTO TRAFFIC AND HAVING VEHICLE DIE ON ME AND GETTING HIT.

zzzzzz)    **NHTSA Posting Date:** December 29, 2018
**NHTSA ID Number:** 11163959
**Incident Date** December 27, 2018
**Consumer Location** SAN ANTONIO, TX
THE VEHICLE SHUTS OFF WHEN APPROACHING 3500 MILES. THIS HAPPENS WHEN THE VEHICLE IS IN MOTION REGARDLESS OF SPEED RENDERING THE VEHICLE EXTREMELY DIFFICULT TO MANEUVER. THE JEEP WAS TAKEN TO DEALER AND THE MECHANIC ADVISED THAT THIS IS A KNOWN ISSUE WITH SOME OF THE NEW JEEP CHEROKEES CONTAINING CERTAIN FIAT MOTORS. THE VEHICLES NOW HAVE A FIAT MOTOR THAT APPARENTLY BURNS THE ENGINES OIL EVERY 3500 MILES & THE SHUT OFF IS A BUILT IN "SAFETY MECHANISM" TO PREVENT THE MOTOR FROM BURNING OUT DUE TO THE LACK OF OIL. THIS INFORMATION WAS NOT DISCLOSED WHEN THE VEHICLE WAS PURCHASED.

aaaaaaa)    **NHTSA Posting Date:** January 11, 2019
**NHTSA ID Number:** 11166517
**Incident Date** January 1, 2019
**Consumer Location** MONTGOMERY, NY
2019 JEEP CHEROKEE LATTITUDE- ENGINE SHUTS OFF WHILE DRIVING. I BOUGHT MY CAR BRAND NEW I REACHED 4000 MILES AND I WAS DRIVING TO WORK MY CAR DIED AND THE BATTERY LIGHT CAME ON, CAR WENT INTO FAILURE MODE SO WAS HARD TO STEER AND MY FLASHERS WOULD NOT GO ON, I SAT FOR A FEW MINUTES AND TRIED TO RESTART AND THE CAR HESITATED AND TURNED OVER. TWO WEEKS LATER SAME THING IN THE SAME EXACT SPOT. I BROUGHT MY CAR TO SURESKY THE DEALER I BOUGHT IT FROM AND THEY SAID ITS BECAUSE IT NEEDED AN OIL CHANGE. ONCE THEY COMPLETED MY OIL CHANGE THEY TOLD ME MY OIL WAS BARELY ON THE DIPSTICK. THIS IS A BRAND NEW CAR WITH 6000 MILES WITH SYNTHETIC OIL I SHOULDNT HAVE OIL LOSS. I HAVE READ ONLINE THERE ARE 188 OTHER PEOPLE THAT HAVE REPORTED THIS SAME ISSUE. I AM AFRAID TO LET MY KIDS DRIVE THIS DUE TO DRIVER INEXPERIENCE. JEEP IS AWARE OF THE ISSUE AND WILL NOT RECALL THE VEHICLES, BECAUSE OF THE LOSS THEY WILL TAKE, WHAT IS IT GOING OT TAKE SOMEONE DYING BECAUSE THAT IS WHAT IS GOING TO HAPPEN, AND THEN CHRYSLER IS GOING TO BE SUED FOR NOT TAKING THE SAFETY OF THE CONSUMERS TO HEART

bbbbbbb)   **NHTSA Posting Date:** February 5, 2019
**NHTSA ID Number:** 11174413
**Incident Date** November 19, 2018

**Consumer Location** TIGNALL, GA
LESS THAN 30 DAYS OF PURCHASING THE CAR IT COMPLETELY SHUT DOWN WHILE I WAS DRIVING IN TRAFFIC. BATTERY LIGHT CAME ON, CAR ROLLED TO A STOP AND WOULD NOT CRANK BACK UP FOR A FEW MINUTES. THIS HAPPENED WHILE DRIVING AT A SPEED OF 55 – 60 MPH. I CALLED THE DEALERSHIP AND THEY HAD ME BRING THE CAR BACK IN. APPARENTLY THIS IS A SAFETY FEATURE THAT HAPPENS WHEN THE OIL IS TOO LOW!!! THEY DID NOT TOP OFF THE OIL WHEN I PURCHASED THE CAR. HOWEVER, THIS IS NOT A SAFE THING FOR A VEHICLE TO DO. I COULD HAVE BEEN KILLED IN ATLANTA TRAFFIC ON THESE INTERSTATES. THIS IS BEYOND DANGEROUS AND THIS " FEATURE " WAS NOT DISCLOSED AT THE TIME OF PURCHASE!

ccccccc)   **NHTSA Posting Date:** February 19, 2019
**NHTSA ID Number:** 11181158
**Incident Date** December 1, 2018
**Consumer Location** AVONDALE, PA
THE CONTACT OWNED A 2019 JEEP CHEROKEE. THE CONTACT STATED THAT THE VEHICLE STALLED INTERMITTENTLY WITHOUT WARNING. THE CONTACT HAD TO WAIT AT LEAST 10 TO 12 SECONDS TO RESTART THE VEHICLE. THE VEHICLE WAS TAKEN TO COUNTRY CHRYSLER DODGE JEEP RAM (2158 BALTIMORE PIKE, OXFORD, PA 19363) WHERE IT WAS DETERMINED THAT THE FAILURE OCCURRED WHEN THE OIL LEVEL BECAME LOW. THE CONTACT TRADED IN THE VEHICLE. THE FAILURE MILEAGE WAS 4,400. THE VIN WAS UNAVAILABLE.

ddddddd)   **NHTSA Posting Date:** February 20, 2019
**NHTSA ID Number:** 11181455
**Incident Date** February 7, 2019
**Consumer Location** IMPERIAL, MO
THE CONTACT OWNS A 2019 JEEP CHEROKEE. WHILE DRIVING 35 MPH AND MAKING TURNS, A CHIME SOUNDED AND THE OIL WARNING INDICATOR ILLUMINATED. THE VEHICLE STALLED WITHOUT WARNING. THE CONTACT RESTARTED THE VEHICLE WHILE IN TRAFFIC AND IT RESUMED NORMAL OPERATION. THE CONTACT STATED THAT THE FAILURE OCCURRED INTERMITTENTLY. THE VEHICLE WAS TAKEN TO SOUTH COUNTY DODGE CHRYSLER JEEP RAM (LOCATED AT 7127 S LINDBERGH BLVD, ST LOUIS, MO 63125, (314) 487-1010) TO BE DIAGNOSED. THE CONTACT WAS INFORMED THAT THE OIL LEVEL WAS THREE QUARTS LOW. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE AND INFORMED THE CONTACT TO TAKE THE VEHICLE TO A DEALER EVERY EIGHT HUNDRED MILES. THE APPROXIMATE FAILURE MILEAGE WAS 4,000.

eeeeeee)   **NHTSA Posting Date:** February 25, 2019
**NHTSA ID Number:** 11182316
**Incident Date** January 30, 2019
**Consumer Location** MIAMI, FL
PURCHASED USED WITH 5K MILES, 40% OIL LEVEL BASED ON INFO CENTER. AFTER TWO MONTHS AND THE OIL LEVEL AT 10% THE CAR WOULD SHUT OFF RANDOMLY WHEN TURNING, MILES AT AROUND 7K. OCCURRED 2-3 TIMES, TOOK TO JIFFY LUBE AND AFTER OIL CHANGE DID NOT OCCUR UNTIL HIT 10,500 MILES AND OIL LEVEL AT 50% BASED ON INFO CENTER, ENGINE WOULD SHUT OFF WHEN TURNING IN MOTION, OCCURRED AGAIN MULTIPLE TIMES. TOOK TO JEEP DEALERSHIP AND EXPLAINED THE ISSUE. THEY ADVISED ME THE ENGINE COULD BE

REPLACED BUT FIRST I NEED TO CHANGE THE OIL WITH JEEP AND RETURN 1K MILES LATER AFTER OIL CHANGE. SO FAR AT 10,800 MILES NO PROBLEM BUT THE JEEP SERVICE ADVISER SAID THAT IF IT HAS OCCURRED MULTIPLE TIMES THE ENGINE MORE THAN LIKELY WILL BE SWAPPED OUT. THIS SHOULD BE A NATIONWIDE RECALL FOR THIS ENGINE, CAN YOU IMAGINE THE ENGINE STALLING ON THE FREEWAY AND SHUTTING OFF IN A TURN!! WHEN I WAS AT THE DEALER THERE WAS A 2019 JEEP COMPASS HAVING THE SAME PROBLEM AND THE ENGINE WAS BEING REPLACED. NEEDS TO BE RECALLED ASAP.

fffffff)     **NHTSA Posting Date:** March 16, 2019
**NHTSA ID Number:** 11187201
**Incident Date** March 7, 2019
**Consumer Location** CHARLOTTE, NC
THE CAR WILL STALL IN THE MIDDLE OF ROAD WITH NO WARNING. IT HAPPENS MOST OFTEN WHEN GOING UP A SLIGHT HILL AND MAKING A LEFT HAND TURN. DEALER SAYS IT IS LOW ON OIL PRESSURE(THE CAR IS 5 MONTHS OLD AND THEY SAY IT WAS 2.5 QUARTS LOW ON OIL!!) AND A SAFETY SWITCH SHUTS DOWN THE ENGINE IN THE MIDDLE OF ROAD/TRAFFIC!! I CALL THIS "SAFETY FEATURE" TO PROTECT THE ENGINE A"DANGER SWITCH" THAT ENDANGERS TRAFFIC. I BELIEVE THIS IS A MAJOR SAFETY ISSUE FOR ALL TRAFFIC BECAUSE THESE JEEPS ARE STALLING IN THE MIDDLE OF TRAFFIC. I HAVE A 45 SECOND VIDEO THAT SHOWS THE STALL. PLEASE HELP GET THIS PROBLEM SOLVED!!

ggggggg)   **NHTSA Posting Date:** April 1, 2019
**NHTSA ID Number:** 11193185
**Incident Date** April 1, 2019
**Consumer Location** LEONARDTOWN, MD
ISSUE STARTED AT 3,500 MILES. WHEN MAKING A RIGHT OR LEFT TURN A CHIME WOULD GO OFF AND THE BATTERY OR ENGINE LIGHT WOULD COME ON, THE D FOR DRIVE WOULD FLASH ON THE CONSOLE, AND VEHICLE WAS BASICALLY STALLED. TRYING TO ACCELERATE DID NOTHING. HAD TO TURN CAR OFF AND BACK ON. DEALERSHIP SAID IT WAS LOW ON OIL AND CAR WENT INTO SELF-PRESERVATION MODE. HAPPENED TWO MORE TIMES BEFORE I HIT 7,500 MILES. DEALER KEPT ADDING OIL EACH TIME. WAS TOLD THIS ENGINE HAD A HARDER THAN NORMAL BREAK IN PERIOD UP TO 7,500 MILES.
WAS TOLD TO COME BACK FOR OIL CHANGE IN ANOTHER 5,000 MILES. OIL WAS CHECKED AT 1,000 AND 2,000 MILES AND WAS NOT LOW. AT 4,100 MILES THE ISSUE STARTED AGAIN AND HAPPENED THREE TIMES DRIVING TO WORK AND THEN ONCE GOING TO THE DEALER. THE JEEP IS BACK AT THE DEALERSHIP.

hhhhhhh)  **NHTSA Posting Date:** June 12, 2019
**NHTSA ID Number:** 11219583
**Incident Date** June 3, 2019
**Consumer Location** HOUSTON, TX
I PURCHASED A 2019 JEEP CHEROKEE AND IN LESS THAN 3,000 MILES THE CAR BROKE DOWN. IT GAVE NO INDICATION, JUST COMPLETELY SHUT OFF WHILE I WAS DRIVING IN THE MIDDLE LANE OF A FAST-PACED HIGHWAY AND ALMOST KILLED ME.
THE DEALERSHIP TOLD ME IT WAS LOW ON OIL AND THEY ASSUMED SINCE THE CAR WAS SO NEW MAYBE IT HADN'T BEEN PROPERLY FILLED. AS THE VEHICLE APPROACHED 6,000 MILES, THE ISSUE OCCURRED AGAIN AND THE CAR WAS STALLED IN THE LEFT LANE OF A

1
2
3
4
5

SMALL ROAD, BLOCKING TRAFFIC. NOW THEY TELL ME THAT THERE WAS A DEFECT WITH THE ENGINE AND THAT IT IS BURNING TOO HOT AND, THEREFORE CONSUMING THE OIL AT A FAST RATE.
I CAN'T TELL YOU HOW SHELL SHOCKED I WAS TO HAVE MY BRAND NEW JEEP VEHICLE STALL TWICE ON ME IN THE MIDDLE OF TRAFFIC AND HAD NO IDEA HOW DANGEROUS THE MOTOR WAS.
I HAVE SPENT A SIGNIFICANT AMOUNT OF TIME AND ENERGY TRYING TO GET THIS VEHICLE FIXED AS WELL AS NOT HAVING A MODE OF TRANSPORTATION AS IT STAYS IN THE SHOP FOR I DON'T KNOW HOW LONG.

6
7
8
9
10
11
12
13
14
15
16
17

iiiiiii)    **NHTSA Posting Date:** June 23, 2019
**NHTSA ID Number:** 11221983
**Incident Date** December 23, 2018
**Consumer Location** HOUSTON, TX
MY 2019 IS ABOUT TO HAVE IT'S 3RD OIL CHANGE, APPARENTLY IT'S SUPPOSED TO GO EVERY 3,000 MILES TO GET AN OIL CHANGE. WHEN I CALLED THE DEALERSHIP THE GUY THAT'S IN SERVICES DIDN'T CARE OF MY CONCERN REGARDING THE CHEROKEE TURNING OFF WHILE DRIVING DURING TRAFFIC ESPECIALLY IN THE FREEWAYS, ALL HE KEPT SAYING YUP YUP YUP. HE KEPT TELLING ME HE HAS A PAPER STATING THAT JEEP CHEROKEES NEW MODELS ARE BUILT LIKE THAT NOW. ALL HE OFFERED WAS TO DO AN OIL CONSUMPTION TEST WHICH I HAVE TO MAKE AN APPT FOR AND GO EVERY 1,000 MILES TO GET IT READ. I MENTIONED THAT THE COMPASS HAS THE SAME TYPE ENGINE, HOWEVER, WITH THE COMPASS I WOULD GO 5,000 MILES OR MORE. I CANNOT CONTINUE TO PAY FOR A CAR THAT PUTS ME AND MY FAMILY AT RISK FOR ACCIDENT. MY CAR TURNS OFF COMPLETELY ALL THE LIGHTS ON THE DASH BOARD TURNS ON BEFORE TURNING OFF AND STATES IT'S THE BATTERY WHEN IT'S NOT THE BATTERY. WHY HASNT THIS BEEN RECALLED OR FIX MY CHRYSLER OR FIAT! THE FIRST TIME IT HAPPENED WAS AROUND CHRISTMAS TIME THEN 3 MONTHS LATER. I HAD TO GET MY FIRST OIL CHANGE BEFORE THE 3 MONTHS OF GETTING IT.

18
19
20
21
22
23
24

jjjjjjj)    **NHTSA Posting Date:** June 24, 2019
**NHTSA ID Number:** 11222053
**Incident Date** June 13, 2019
**Consumer Location** NATRONA HEIGHTS, PA
THIS VEHICLE IS USING 4 QT OF OIL FOR EVER 3800 MILES TRAVELED. IT HAS A CAPACITY OF 5.5 QTS. THE OIL WARNING LIGHT DOES NOT COME ON WHEN THE OIL IS LOW. MY EXPERIENCE WITH THIS IS WHEN I WAS MAKING A HARD LEFT TURN THE CAR SHUT OFF WHILE DRIVING ON A BUSY 3 LANE ROADWAY. WHEN THIS HAPPENS, ALL THE WARNING LIGHTS BLINK SUCH AS OIL, BATTERY, TRANSMISSION. I HAD TO PUT THE VEHICLE IN PARK AND RESTART THE ENGINE. THE CAR WAS BRAND NEW. ONLY 3800 MILES ON IT. WHEN I CALLED THE DEALER THEY SAID TO CHECK THE OIL. IT WAS 4 QTS LOW. THIS HAS HAPPENED AGAIN JUST RECENTLY AT 19990 MILES ON THE VEHICLE.

25
26
27
28

kkkkkkk)  **NHTSA Posting Date:** July 6, 2019
**NHTSA ID Number:** 11229741
**Incident Date** June 29, 2019
**Consumer Location** GLENVIEW, IL
VEHICLE WITH 23 K MILES WITH OIL CONSUMPTION AND COOLANT PROBLEMS, WITH NO INDICATOR WARNING OF LOW OIL OR COOLANT LEVEL. THIS VEHICLE COULD SHUT OFF WITH NO WARNING, WHICH

COULD CAUSE AN ACCIDENT. THIS IS A BRAND NEW VEHICLE THAT NOW WILL HAVE TO GO THROUGH OIL CONSUMPTION PROGRAM. ACCORDING TO NUMEROUS ONLINE COMPLAINTS, THIS ISSUE HAS BEEN ONGOING. THIS COULD BE A POTENTIALLY HUGE SAFETY ISSUE THAT NEEDS TO BE ADDRESSED AND/OR RECALLED IMMEDIATELY.

lllllll)     **NHTSA Posting Date:** July 24, 2019
**NHTSA ID Number:** 11234609
**Incident Date** July 20, 2019
**Consumer Location** BALTIMORE, OH
CAR TURNED OFF WHILE DRIVING DUE TO LOW OIL PRESSURE. THE VEHICLE WAS ONLY4,000 MILES INTO THE OIL CHANGE. NO WARNING THE CAR WAS TURNING OFF, AND I WAS IN THE MIDDLE OF A VERY BUSY ROAD WHEN IT TURNED OFF. THIS DESIGN IS A FLAW AND ONE THAT WILL CAUSE SERIOUS ACCIDENTS.

mmmmmmm)     **NHTSA Posting Date:** August 1, 2019
**NHTSA ID Number:** 11241209
**Incident Date** July 17, 2019
**Consumer Location** POTOMAC, MD
THE ENGINE SHUTS OFF WITHOUT WARNING WHEN OIL LEVEL RUNS LOW. HOWEVER, THERE IS NO INDICATOR SHOWING OI LEVEL IS LOW. CAR WAS DRIVEN JUST 3500 MILES FROM DATE OF PURCHASE AND ENGINE HAS A CONFIRMED OIL CONSUMPTION ISSUE. THIS OIL CONSUMPTION ISSUE IS A KNOWN DEFECT AND ENGINE IS DESIGNED TO SHUT OFF AUTOMATICALLY WITHOUT WARNING WHILE THE CAR IS IN MOTION!

nnnnnnn)     **NHTSA Posting Date:** August 16, 2019
**NHTSA ID Number:** 11244517
**Incident Date** August 12, 2019
**Consumer Location** DECATUR, IL
CONSUMER STATED THE JEEP WAS TAKEN INTO THE DEALERSHIP FOR THE FINAL LEG OF THE OIL CONSUMPTION TEST. UPON SPEAKING WITH THE DEALERSHIP, THEY STATED THAT, IN THE LAST WEEK, JEEP ACKNOWLEDGED AN ENGINE OIL CONSUMPTION ISSUE WITH THIS MAKE AND MODEL. WE WERE FURTHER TOLD THAT A NEW ENGINE WILL BE ORDERED FOR THE JEEP BUT BECAUSE OF THE MASS AMOUNT NEEDED, IT IS A 2-3 MONTH WAIT. IN THE WAIT TIME, WE HAVE BEEN INSTRUCTED TO CHECK AND PURCHASE OIL FOR THE JEEP EVERY 2-3 WEEKS OR AS NEEDED.

ooooooo)   **NHTSA Posting Date:** August 22, 2019
**NHTSA ID Number:** 11245949
**Incident Date** August 22, 2019
**Consumer Location** PROSPECT HEIGHTS, IL
MY 2019 JEEP CHEROKEE (LATITUDE PLUS, FWD) ALWAYS HAVING ISSUES. VEHICLE ENGINE SHUTS OFF WHEN DRIVING. THIS VEHICLE IS NOT SAFE TO DRIVE, HAVING TO DRIVE ACROSS AMTRAK TRACKS TO GET TO WORK IS JUST NOT SAFE, WHEN THIS HAPPENS THE BATTERY LIGHT TURNS ON, NOT TO MENTION THE ROTARIES SOUND OF A CRUNCH WHEN DRIVING. HOW MANY OIL CHANGES DO THIS CAR REALLY NEED IN 2 MONTHS, DRIVING 5 MILES TIMES 5 DAY TO AND FROM WORK? I ALWAYS HAVE AT LEAST 2,000 MILES LEFT BEFORE OIL CHANGE IS NEEDED.

ppppppp)   **NHTSA Posting Date:** September 19, 2019
**NHTSA ID Number:** 11256699

1
2
3

**Incident Date** September 19, 2019
**Consumer Location** SUMMIT, IL
MY JEEP ISN'T EVEN A YEAR OLD, AND MY JEEP HAS FAILED FIVE OIL ASSUMPTION TESTS. I GO BACK TO THE DEALER EVERY 1,000 MILES AND IT BURNS TWO AND A HALF QUARTZ OF OIL WITHIN 1,000 MILES! IT DOESN'T LEAK, IT BURNS.

4
5
6
7
8
9
10
11
12
13
14
15
16

qqqqqqq)  **NHTSA Posting Date:** September 24, 2019
**NHTSA ID Number:** 11257881
**Incident Date** September 11, 2019
**Consumer Location** SOUTH HOLLAND, IL
WHEN DRIVING MY CAR, THE CAR HESITATES AS I TURN CORNERS, THE CAR SHAKES WHEN YOU START IT UP AND MOST IMPORTANTLY THE CAR CUT OFF WHILE I WAS DRIVING ALONG A BUSY STREET. I WAS IN RUSH HOUR TRAFFIC AND WAS ALMOST REAR ENDED BECAUSE OF IT. THIS SAME ISSUE HAPPENED IN EITHER OCTOBER OR NOVEMBER. I MADE AN APPOINTMENT, I SPOKE TO THE PERSON AT THE DEALERSHIP AND THEY TOLD ME I PROBABLY NEEDED AN OIL CHANGE. I GOOGLED THE VEHICLE AND FOUND THERE WAS A RECALL THAT WOULD CAUSE THE SAME PROBLEMS I WAS HAVING. I PRESENTED TO THE DEALER THEY SAID THEY DIDN'T KNOW ABOUT IT BUT IT WAS SUPPOSEDLY RESOLVED. ALMOST ONE YEAR LATER I'M HAVING THE SAME ISSUE. IT'S DANGEROUS. I SPOKE WITH THE DEALERSHIP AND THEY SAID THE ENGINE WAS DESIGNED TO CUT OFF TO PROTECT THE ENGINE IF THE OIL IS LOW. THE ENGINE IN THESE CARS ARE A 2.4 TIGER SHARK ENGINE. THE DEALER REPLACED IT WITH A 2.4 MULTI-AIR ENGINE, POWER THE DEALER THIS SHOULD SOLVE THE PROBLEM OF THE ENGINE BURNING AN AN EXCESSIVE AMOUNT OF OIL. BOTH 2.4 ENGINES ARE DESIGNED TO SHUT OFF IF THERE IS A LOW AMOUNT OF OIL. THAT IS A SAFETY ISSUE THAT A CAR WOULD SHUT OFF IN THE MIDDLE OF DRIVING TO PROTECT ITSELF BUT THAT DOESN'T PROTECT THE DRIVER/PASSENGERS IT ACTUALLY PUTS THEM IN HARMS WAY.

17
18
19
20
21
22
23
24
25

rrrrrrr)     **NHTSA Posting Date:** October 29, 2019
**NHTSA ID Number:** 11276989
**Incident Date** December 9, 2018
**Consumer Location** DUMONT, NJ
2019 JEEP CHEEROKEE ENGINE KEEPS LOSING OIL I ONLY HAVE 6723 MILES ON JEEP IT TOTALLY TURNED OFF ON ME WHILE DRIVING THERE WAS NO INDICATION AT ALL THAT THE JEEP NEEDED OIL IT WAS 5 MONTHS OLD AND HAD TO ADD 3 QUARTS OF OIL TO IT SINCE THEN I HAVE HAD TO ADD AT LEAST A QUART OF OIL EVERY OTHER MONTH THIS SHOULD NOT HAPPEN ON A NEW VEHICLE RIGHT NOW I DO NOT FEEL SAFE DRIVING THE CHEEROKEE BECAUSE YOU DON'T KNOW IF IT WILL TURN OFF SPOKE TO THE DEALER THEY SAID IT SEEMS TO BE AN ISSUE WITH THAT ENGINE BUT THERE IS NO RECALL ON IT OR NOTHING THEY CAN DO SO I SHOULD KEEP OIL IN THE JEEP TO HAVE IF IT HAPPENS AGAIN. THIS IS NOT A ACCEPTABLE ANSWER ESPECIALLY SINCE IT CAN TURN OFF AT ANYTIME WITH OUT WARNING THIS NEEDS TO BE FIXED.

26
27
28

sssssss)     **NHTSA Posting Date:** November 19, 2019
**NHTSA ID Number:** 11281066
**Incident Date** November 19, 2019
**Consumer Location** JAMAICA, NY
GOT THE VEHICLE AT 5 MILES. THE DEALER TOLD ME THE OIL CHANGE IS EVER 5K MILES. I DECIDED TO MAKE A SMALL TRIP TO CANADA, SO

BEFORE HEADING THERE I CHECK THE FLUIDS. ( JUST IN CASE) AND NOTICE THE DIPSTICK ON THE OIL IS 75% AND I CHECK THE OIL LIFE DASHBOARD AND IT STATES IS AT 85% OIL LIFE. I ASSUME IT WILL BE FINE AND MAKE THE TRIP AROUND 1500 MILES ROUND TRIP TOTAL. I DIDNT CHECK THE FLUIDS COMING BACK TO THE CITY TILL LIKE 2 MONTHS AFTER SINCE I USE THE CAR ONLY FOR COMMUTING AND GROCERY SHOPPING. I WAS NEARING 5K MILES AND THE I CHECK THE ENGINE AGAIN (BEEN OFF FOR ACTUALLY COUPLE OF DAYS) AND THE OIL LEVEL ON THE DIPSTICK IS ROCK BOTTOM. SO I ADD 1 QUART OF THE MANUFACTURER'S STATED OIL AND CONTINUE DRIVING IT TILL IT HITS 5K. I TAKE IT TO THE DEALER THEY DO A QUICK OIL CHANGE AND THEYR SUPPOSED USUAL INSPECTION AND SAY EVERYTHING IS FINE. OIL CHANGE IS FINISHED AND THEY PUT A NEW STICKER AT 10005K MILES EXACTLY 5K MILES MANUFACTURER RECOMMENDS OIL CHANGE. I CONTINUE DRIVING IT AND SLOWLY RACK UP 2K MILES AND CHECK THE OIL LEVEL WHICH HAS GONE CONSIDERABLY FROM FULL TO HALF DIPSTICK. KEEP IN MIND IT WAS A COLD OIL INSPECTION AND THE VEHICLE HAS BEEN OFF FOR MORE THAN 5 HOURS. I DRIVE IT AGAIN 1K MILES MORE AND THE DARN OIL LEVEL DROPS TO 25% OF DIPSTICK. EVEN MADE A FACEBOOK POST IN A JEEP PAGE AND THE MECHANIC ADMITTED THAT THESE 2.4L ARE OIL BURNERS AND THAT NO NEW VEHICLE SHOULD BE CONSUMING OIL LIKE THAT. I TAKE IT TO DEALER ASAP AND THEY TELL ME EVERY OIL CHANGE IS 3K MILES NOT THE 5K MILES AND WRITE ON MY VISIT PAPER I TOOK THE VEHICLE LATE FOR OIL CHANGE. I'M WRITING THIS AT ALMOST 8500 MILES AND JUST TOOK A PICTURE AND VIDEO OF INSPECTION.THE DIPSTICK HAS GONE DOWN AT LEAST 10% DOWN .. ALSO HAD A VEHICLE SHUT DOWN BEFORE OIL CHANGE THAT'S WHY I ADDED THE QUART OF OIL BEFORE THE 5K MILES.

tttttt)     **NHTSA Posting Date:** November 25, 2019
**NHTSA ID Number:** 11282251
**Incident Date** November 24, 2019
**Consumer Location** WADSWORTH, OH
THE CONTACT OWNS A 2019 JEEP CHEROKEE. WHILE DRIVING APPROXIMATELY 15 MPH, THE VEHICLE STALLED, LOST BRAKING AND STEERING ABILITY, AND THE BATTERY WARNING INDICATOR ILLUMINATED. THE CONTACT WAIT A FEW SECONDS AND THE VEHICLE RESTARTED NORMALLY. THE CONTACT STATED THAT THE FAILURES OCCURRED FIVE OTHER TIMES. THE VEHICLE WAS TAKEN TO MEDINA CHRYSLER JEEP (3205 MEDINA RD, MEDINA, OH 44256) WHERE IT WAS DETERMINED THAT IT WAS NORMAL FOR THE VEHICLE TO CONSUME AN EXCESSIVE AMOUNT OF OIL. THE DEALER FURTHER STATED THAT IF THE OWNER DID NOT KEEP TRACK OF THE OIL CONSUMPTION, "IT WAS NORMAL FOR THE ENGINE TO SEIZE". THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE CONTACT WAS ADVISED TO READ THE OWNER'S MANUAL ON HOW TO MAINTAIN OIL CONSUMPTION FOR THAT TYPE OF ENGINE. THE APPROXIMATE FAILURE MILEAGE WAS 29,995.

uuuuuuu)  **NHTSA Posting Date:** December 15, 2019
**NHTSA ID Number:** 11289125
**Incident Date** December 15, 2019
**Consumer Location** ELSMERE, KY
THIS HAS HAPPENED MULTIPLE TIMES TO MY VEHICLE. IT FIRST HAPPENED AT ROUGHLY 6,000 MILES AND IS NOW HAPPENING AGAIN AT 12,000 MILES. EACH TIME, WHEN I WAS COMING DUE FOR AN OIL CHANGE.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

THE VEHICLE WILL STALL OUT IN THE MIDDLE OF THE ROAD AS I COME TO A STOP. SOMETIMES IT WILL RESTART, BUT OTHER TIMES I HAVE TO JUMP IT. THIS WILL HAPPEN AT A COMPLETE STOP AS I'M TRYING TO GET GOING AGAIN OR AS A I AM SLOWING TO A STOP. IT WILL HAPPEN ON ANY ROAD AT ANY TIME WHETHER GOING STRAIGHT OR TURNING.

vvvvvvv)   **NHTSA Posting Date:** December 31, 2019
**NHTSA ID Number:** 11292217
**Incident Date** December 26, 2019
**Consumer Location** VINCENTOWN, NJ
JEEP HAS A SAFETY FEATURE SO THEY SAY THAT CAUSES THE CAR TO TURN OFF WHILE DRIVING IF THE OIL IN YOUR BRAND NEW VEHICLE GETS LOW. THIS HAPPENED MANY TIMES ONCE IN THE MIDDLE OF AN INTERSECTION. I CALLED MY DEALER WHO TOLD ME ITS NORMAL AND TO CHANGE MY OIL EVEN THOUGH MY ONBOARD DASH SAID I WAS FINE NO OIL WARNING LIGHT JUST THE CAR TURNS OFF WHILE DRIVING. VERY DANGEROUS AND IT IS NOT EASY TO RESTART . I WAS SLOWING DOWN FOR A REDLIGHT THE LIGHT TURNED GREEN AND MY CAR TURNED OFF CAUSING DRIVER BEHIND ME TO ALMOST HIT ME I WAS PANICKED. THIS HAPPENED MANY TIMES MORE AND I CONTACTED JEEP DEALER AND THEY TOLD ME TO CHANGE MY OIL AND IT WONT HAPPEN AGAIN. TO HAVE A CAR SHUT OFF INSTEAD OF AN OIL WARNING LIGHT IS EXTREMELY DANGEROUS WHY NOT USE THE LIGHT IT CAME WITH. THAT IS NOT A SAFETY DESIGN FOR ANYONE BUT JEEP SO THEY DONT HAVE TO REPLACE BRAND NEW CARS THAT BURN OVER 3 QUARTS OF OIL EVERY 4000 MILES. THEY ARENT WORRIED ABOUT THE DRIVERS STUCK IN THE MIDDLE OF AN INTERSECTION WAITING AND PRAYING THEIR CAR RESTARTS. I HAVE VIDEO OF IT DOING IT MY NEIGHBORHOOD AND NEVER ONCE DOES THE OIL LIGHT COME ON. THE CAR ACTUALLY DIES WHILE IN MOTION NOT JUST STOPPED. I HAVE A VIDEO OF IT BUT IT IS 3 MINUTES LONG AND IT WILL NOT UPLOAD I GUESS DUE TO THE LENGTH OF IT. IT HAS HAPPENED MANY TIME SINCE DECEMEBER FIRST TIMES I JUST THOUGHT THE CAR WAS COLD DUE TO OUTSIDE TEMPERATURE AND THE BARS ON THE DASH INDICATING THE CAR WAS COLD. TO SAY I PURCHASED A BRAND NEW CAR AND DID NOT EXPECT TO HAVE TO ADD 3 QUARTS OF OIL EVERY 5000 MILES IS AN UNDERSTATEMENT TO FEAR FOR MY OWN SAFETY DRIVING MY CAR IS CRAZY. I HAVE CHANGED THE OIL AND NOW I HAVE TO CONSTANTLY MONITOR IT SO I CAN BE SAFE THIS SHOULD NEVER BE THE CASE AND DODGE KNOWS IT DOES THIS AND DOES NOTHING BUT OFFER AN OIL CONSUMPTION CHECK EVERY 1000 MILES. HORRIBLE

wwwwwww)      **NHTSA Posting Date:** January 6, 2020
**NHTSA ID Number:** 11297282
**Incident Date** December 19, 2019
**Consumer Location** TUCSON, AZ
ON DEC 19TH OF 2019 I WAS LEAVING WORK WHEN I MADE A RIGHT TURN DURING BUSY TRAFFIC WHEN MY 2019 JEEP CHEROKEE SUDDENLY STALLED ON ME. I HAD TO PULL OVER AND RESTART THE CAR. THE CAR DID TURN BACK ON. AFTER SPEAKING WITH MY LOCAL DEALER, THEY TOLD ME THAT THE CAR WAS ALMOST OUT OF OIL HOWEVER NO LIGHT WAS ON THEN OR AT THE TIME OF THE STALL. I WAS INFORMED THIS IS A "SAFETY" FEATURE TO PREVENT THE ENGINE FROM HURTING ITSELF IF THE OIL GETS TOO LOW. AN OIL CONSUMPTION TEST WAS STARTED. THE CAR ONLY HAD 12590 MILES AT THE TIME OF THE INCIDENT. THIS IS ALSO

THE SECOND OIL TEST THAT HAS BEEN DONE THE FIRST ONE WAS DONE BACK IN MAY OF 2019 WHEN THE CAR WAS AT AROUND 6000 MILES.

xxxxxxx) **NHTSA Posting Date:** January 8, 2020
**NHTSA ID Number:** 11297836
**Incident Date** December 17, 2019
**Consumer Location** DELAND, FL
ENGINE IS SHUTTING OFF FOR NO REASON. DEALER SAYS IT IS LOW OIL SENSOR SHUTTING IT DOWN.
FIRST TIME THE DEALER JUST FILLED IT WITH OIL. THE SECOND TIME I BROUGHT IT IN THEY PRETENDED NOT TO REMEMBER THE FIRST TIME IT HAPPENED AND CLAIMED TO HAVE NO PAPERWORK ON IT AS THEY CLAIMED THEY JUST TOPPED IT OFF WITH OIL. I SIGNED IN ON THEIR COMPUTER SO THEY MUST HAVE THE RECORDS OF ME BEING THERE, THEY GAVE ME NO PAPERWORK THE SECOND TIME JUST TOLD ME TO DRIVE 1000 MILES AND THEY WOULD RECHECK THE OIL.

yyyyyyy) **NHTSA Posting Date:** January 27, 2020
**NHTSA ID Number:** 11302169
**Incident Date** January 23, 2020
**Consumer Location** MONROE, NJ
JEEP ONLY HAS 30000 MILES. BOUGHT BRAND NEW. CAR RECENTLY STARTED STALLING WHEN SLOWING DOWN. APPARENTLY JEEP DESIGNED THE ENGINE TO STALL WITH LOW OIL. TOOK CAR TO DEALERSHIP AND THEY SAID THIS IS A KNOWN ISSUE AND THAT THE 4 CYLINDER JEEP CONSUMES MORE OIL AND AN OIL CHANGE WILL NEED TO BE EVERY 3000 MILES ON A BRAND NEW CAR. THERE IS A LARGE AMOUNT OF SIMILAR COMPLAINTS FROM OTHER PEOPLE ONLINE AND EVENTUALLY LEADS TO AN ENGINE REPLACEMENT. NOT ONLY IS THE OIL CONSUMPTION OUTRAGEOUS FOR A NEW CAR BUT THE STALLING IS COMPLETELY UNSAFE AS WE HAVE AN 11 MONTH OLD.

zzzzzzz) **NHTSA Posting Date:** February 3, 2020
**NHTSA ID Number:** 11306656
**Incident Date** November 19, 2018
**Consumer Location** STOW, OH
2019 JEEP STALLS WHEN DRIVING WHEN OIL IS APPROX 2 QUARTS LOW, THERE ARE NO WARNING LIGHTS OR ANY INDICATION THAT OIL IS LOW. DEALERSHIP SAYS THIS IS COMMON ON THIS TYPE OF ENGINE AS IT BURNS OIL QUICKLY.

aaaaaaaa) **NHTSA Posting Date:** February 11, 2020
**NHTSA ID Number:** 11308501
**Incident Date** February 6, 2020
**Consumer Location** MANHATTAN, IL
THE PROBLEM STARTED LAST WEEK, WHILE MAKING A RIGHT HAND TURN MY JEEP SUDDENLY LOST ALL ELECTRICAL POWER INCLUDING THE POWER STEERING. AFTER I PUT MY CAR IN PARK AND WAITED A FEW MINUTES IT STARTED BACK UP WITHOUT FURTHER INCIDENTS. THE FIRST INCIDENT HAPPENED ON A SNOW DAY ON MY MORNING COMMUTE TO WORK, HAD I TAKEN A BUSIER ROUTE IT WOULD HAVE CAUSED AN ACCIDENT. THE SAME THING REPEATED THE FOLLOWING DAY MINUS THE SNOWY CONDITIONS. I SCHEDULE MY CAR FOR SERVICE WHERE I BOUGHT IT AS SOON AS I WAS ABLE TO TAKE IT. WHEN I ARRIVED TO THE DEALER I SPOKE TO A SERVICE ADVISER AND EXPLAINED WHAT HAD TRANSPIRED. HE QUICKLY RECOGNIZED THE PROBLEM, AND ASKED A

VERY SPECIFIC QUESTION. HE ASKED IF THE CAR DIED OUT WHILE MAKING A RIGHT HAND TURN WHICH WAS THE CASE BOTH INCIDENTS. HE WENT ON TO SAY THAT IT HAPPENED TO THAT MODEL AND ENGINE IF THEY OIL GETS LOW. I WAS ASTOUNDED AS I WAS NOT DUE FOR AN OIL CHANGE FOR AROUND 1,000 MILES. CLEARLY JEEP IS AWARE OF THE ISSUE WHICH SEEMS TO BE OBVIOUS DESIGN FLAW. I UNDERSTAND HOW RECALLS WORK AND I AM LEFT TO ASSUME THAT THEY HAVE DECIDED AGAINST IT AS AN OIL CHANGE CAN BE A TEMPORARY FIX AND A ENGINE REPLACEMENT WOULD BE COSTLY AND TIME CONSUMING.

bbbbbbbb) **NHTSA Posting Date:** February 17, 2020
**NHTSA ID Number:** 11309750
**Incident Date** February 15, 2020
**Consumer Location** PINEWOOD, SC
THERE WERE SEVERAL INCIDENTS OF THE FOLLOWING HAPPEN: CAR STARTS FINE, I DRIVE FOR A FEW MINUTES AND THE CAR JUST SHUTS OFF AND JUST STOPS ALL OF A SUDDEN. SO I WAIT AND TRY TURNING IT BACK ON. THANK GOODNESS IT WASN'T ON A HIGHWAY. SOMETIME IT RE-STARTS THE 1ST TIME BUT SOMETIMES IT TAKES A FEW TRIES. FIRST TIME THIS STARTED HAPPENING (NOV. 2019), THE DEALER SAID IT NEEDED OIL CHANGE BUT IT WAS ONLY AT AROUND 40% OIL LIFE. THEY TOLD ME IT WAS "BONE DRY." IT WAS FINE AFTER OIL CHANGE. NOW (FEB 2020) DASHBOARD STILL HAS THE OIL LIFE AS 48% AND IT'S ONLY BEEN 4000 MILES OR SO SINCE LAST OIL CHANGE. DEALER WILL PROBABLY TELL ME AGAIN THAT IT NEEDS AN OIL CHANGE BUT IT'S VERY STRANGE A NEW CAR (2019 JEEP CHEROKEE MODEL) WILL BURN THROUGH ITS OIL IN JUST 4000 MILES. IT'S VERY CONCERNING THE CAR JUST SHUTS OFF/TURNS OFF ALL OF A SUDDEN WITHOUT ANY WARNING. AND IF IT DOES BURN THROUGH ITS SYNTHETIC ENGINE OIL IN JUST 4000 MILES IT SEEMS THERE IS SOMETHING REALLY WRONG. ALSO, I DON'T KNOW IF THIS CORRELATES WITH THE PROBLEM BUT WHEN I MAKE A TURN I HEAR A "BING" SOUND WHICH MAKES ME LOOK AT THE DASHBOARD TO SEE IF A LIGHT CAME ON BUT THERE IS NOTHING THERE. THIS HAPPENED WHEN THE PROBLEM STARTED HAPPENING AND I'M HEARING IT AGAIN THIS TIME AROUND. I HAD THIS PROBLEM HAPPEN TO ME 6-7 TIMES (SOMETIMES 2 TIMES IN 1 DAY) IN THE LAST 4 DAYS. THIS HAS ME SCARED TO DRIVE MY CAR AROUND. I WAS RESEARCHING ONLINE AND I SAW OTHERS ARE HAVING SIMILAR PROBLEM SO I THOUGH I WOULD REPORT THIS TOO.
HTTPS://WWW.CARGURUS.COM/CARS/DISCUSSION-T77885_DS986042

cccccccc)  **NHTSA Posting Date:** March 9, 2020
**NHTSA ID Number:** 11317157
**Incident Date** March 7, 2020
**Consumer Location** TALIHINA, OK
EXCESSIVE ENGINE OIL CONSUMPTION. NO LEAKS BUT HAVE TO ADD ENGINE OIL EVERY 1,000 – 2,000 MILES. THE CAR IS BRAND NEW LESS THAN 10,000 MILES ON IT. IT SHOULD NOT BE USING ENGINE OIL. HAVE HAD CARS BEFORE THAT NEVER USED OIL. THIS CAR SHOULDN'T BE GOING THROUGH THIS MUCH OIL THIS FAST. I HAD TO TOP OFF THE ENGINE OIL TWICE AND IT'S GOT LESS THAN 2,500 MILES ON IT.

37.   The Oil Consumption Defect presents an unreasonable safety

concern because it prevents the engine from maintaining the proper and adequate level of engine oil, and it causes excessive oil consumption at an abnormal rate. Further, the Oil Consumption Defect is unreasonably dangerous because it can cause the engine and its components to stall, to enter "limp mode," and to fail while the Class Vehicles are in operation, at any time and under any driving conditions or speeds, thereby exposing the Class Vehicle drivers, their passengers, and other drivers to serious risk of collision and injuries.

38.     Moreover, because the Oil Consumption Defect can cause the Class Vehicles to consume unacceptably high amounts of engine oil, the rate of oil consumption for some Class Vehicles exceeds one (1) quart of oil per 1000 miles driven.  The Oil Consumption Defect thus requires the addition of substantial amounts of oil between scheduled oil changes and can result in significant engine damage.  Indeed, as a result of the Oil Consumption Defect, the potential safety hazards, and Defendant's refusal to acknowledge its existence and fix the problem, many consumers have reported that they have resorted to purchasing an extra supply of oil and keeping it in their Class Vehicles at all times.

**FCA US Has Exclusive Knowledge of the Oil Consumption Defect**

39.     FCA US had superior and exclusive knowledge of the Oil Consumption Defect and knew or should have known that the defect was not known or reasonably discoverable by Plaintiffs and Class Members before they purchased or leased the class vehicles.

40.     Plaintiffs are informed and believe, and based thereon allege, that before Plaintiffs purchased their Class Vehicle, and since at least 2015, FCA US knew about the Oil Consumption Defect through its exclusive knowledge of non-public, internal data about the Oil Consumption Defect, including, without limitation, pre-and post-release internal durability testing and analysis; early consumer complaints about the Oil Consumption Defect, including complaints to to Defendant's dealers who are its agents for vehicle repairs; records from the

National Highway Traffic Safety Administration ("NHTSA"), including early customer complaints made to NHTSA and elsewhere; dealership repair orders; testing conducted in response to those complaints; and other various sources. Nevertheless, Defendant has actively concealed and failed to disclose this defect to Plaintiffs and Class Members at the time of their purchase or lease of the Class Vehicles and thereafter.

41.     The alleged Oil Consumption Defect was inherent in each Class Vehicle and was present at the time of sale.

42.     The existence of the Oil Consumption Defect is a material fact that a reasonable consumer would consider when deciding whether to purchase or lease a vehicle.  Had Plaintiffs and other Class Members known that the Class Vehicles were equipped with an engine that causes excessive oil consumption, they would not have purchased or leased the Class Vehicles or would have paid less for them.

43.     Reasonable consumers, like Plaintiffs, expect that a vehicle's engine is safe, will function in a manner that will not pose a safety hazard, and is free from defects.  Plaintiffs and Class Members further reasonably expect that FCA US will not sell or lease vehicles with known safety defects, such as the Oil Consumption Defect, and will disclose any such defects to its consumers when it learns of them.  Plaintiffs and Class Members did not expect FCA US to fail to disclose the Oil Consumption Defect to them and to continually deny the defect by refusing to issue a recall.

**FCA US Has Actively Concealed the Oil Consumption Defect**

44.     While FCA US has been fully aware of the Oil Consumption Defect in the Class Vehicles, it actively concealed the existence and nature of the defect from Plaintiffs and Class Members at the time of purchase, lease or repair and thereafter.  Specifically, FCA US failed to disclose or actively concealed at and after the time of purchase, lease, or repair:

(a) any and all known material defects or material nonconformity of the Class Vehicles, including the defects relating to the excessive oil consumption caused by the Class Vehicles' engine;

(b) that the Class Vehicles, including their engines, were not in good in working order, were defective, and were not fit for their intended purposes; and

(c) that the Class Vehicles and their engines were defective, despite FCA US's knowledge of such defects in the engine through customer complaints, and other internal sources, as early as 2015.

45. Despite notice of the defect from numerous consumer complaints and dealership repair orders, FCA US has not recalled the Class Vehicles to repair the Oil Consumption Defect, has not offered their customers a suitable repair or replacement free of charge, and has not offered to reimburse the Class Vehicles' owners and leaseholders in full for the costs they incurred in diagnosing and repairing the Oil Consumption Defect.

46. When consumers present the Class Vehicles to an authorized FCA US dealer for stalling, consumers are typically told the excessive oil consumption and frequent "top-offs" of engine oil are a known issue and there is no fix.  On information and belief, whether or not consumers are forced to pay for repairs relating to excessive oil consumption and subsequent engine damage, the same defective part or parts are used to replace the prior defective part or parts.

47. To this day, FCA US still has not notified Plaintiffs and Class Members that the Class Vehicles suffer from a systemic defect that causes excessive oil consumption and premature engine damage and wear.

48. On information and belief, FCA US has caused Plaintiffs and Class

Members to expend money at its dealerships to diagnose, repair, or replace the Class Vehicles' engine or related components caused by excessive oil consumption, despite FCA US's knowledge of the Oil Consumption Defect.

## TOLLING OF THE STATUTE OF LIMITATIONS

49.   Because the defects in the design or manufacture of the Class Vehicles and their engines and/or related components cannot be detected until the defect manifests itself, Plaintiffs and Class Members were not reasonably able to discover the problem until after purchasing or leasing the Class Vehicles, despite their exercise of due diligence.

50.   Plaintiffs and Class Members had no realistic ability to discern that the engine was defective until it prematurely failed, and would have no reason to believe that problems they encountered were caused by a widespread, systemic defect.  Therefore, the discovery rule is applicable to the claims asserted by Plaintiffs and Class Members.

51.   Plaintiffs are informed and believe and based thereon allege that FCA US knew of the Oil Consumption Defect since 2015, if not earlier, and has concealed from or failed to alert owners and lessees of the Class Vehicles of the defective nature of their vehicles.

52.   Any applicable statute of limitation has therefore been tolled by FCA US's knowledge, active concealment, and denial of the facts alleged herein.  FCA US is further estopped from relying on any statute of limitation because of its concealment of the defective nature of the Class Vehicles and their engines.

## CLASS ACTION ALLEGATIONS

53.   Plaintiffs bring this lawsuit as a class action on behalf of themselves and all others similarly situated as members of the proposed Plaintiff Class and subclasses pursuant to Federal Rules of Civil Procedure 23(a), 23(b)(2) and/or 23(b)(3).  This action satisfies the numerosity, commonality, typicality, adequacy, predominance, and superiority requirements of those provisions.

54.     The Class and Sub-Class are defined as:

**Class**:     All individuals in the United States who purchased or leased any Jeep vehicle equipped with the 2.4L Tigershark Inline 4-Cylinder engine (the "Class").

**California Sub-Class**: All members of the Class who purchased or leased a Class Vehicle in California.

**CLRA Sub-Class**:  All members of the Class who are "consumers" within the meaning of California Civil Code § 1761(d).

55.     Excluded from the Class and Sub-Classes are: (1) Defendant, any entity or division in which Defendant has a controlling interest, and their legal representatives, officers, directors, assigns, and successors; (2) the Judge to whom this case is assigned and the Judge's staff; (3) any Judge sitting in the presiding court system who may hear an appeal of any judgment entered; and (4) those persons who have suffered personal injuries as a result of the facts alleged herein.  Plaintiffs reserve the right to amend the Class and Sub-Class definitions if discovery and further investigation reveal that the Class and Sub-Classes should be expanded or otherwise modified.

56.     There is a well-defined community of interest in the litigation and each subclass is readily ascertainable.

57.     Numerosity: Although the exact number of prospective Class Members is uncertain and can only be ascertained through appropriate discovery, the number is great enough such that joinder is impracticable.  The disposition of prospective Class Members' claims in a single action will provide substantial benefits to all parties and to the Court.  The prospective Class Members are readily identifiable from information and records in Defendant's possession, custody, or control, as well as from records kept by the departments of motor

1   vehicles of the various states.

2      58.   Typicality: The claims of the representative Plaintiffs are typical of

3   the claims of all prospective Class Members in that the representative Plaintiffs

4   and the prospective Class Members purchased and/or leased a Class Vehicle

5   designed, manufactured, and distributed by FCA US.  The representative

6   Plaintiffs, like all prospective Class Members, have been damaged by

7   Defendant's misconduct in that they have incurred or will incur the cost of

8   substantial oil additions and engine repairs caused by excessive oil consumption.

9   Furthermore, the factual bases of FCA US's misconduct are common to all

10  prospective Class Members and represent a common thread resulting in injury to

11  all prospective Class Members.

12     59.   Commonality: There are numerous questions of law and fact

13  common to Plaintiffs and the prospective Class Members that predominate over

14  any question affecting individual prospective Class Members.  These common

15  legal and factual issues include the following:

16          (a)   Whether Class Vehicles contain engine defects causing
17                excessive oil consumption;

18          (b)   Whether the defects relating to the Engine constitute an
19                unreasonable safety risk;

20          (c)   Whether Defendant knew about the defects relating to the
21                Engine and, if so, how long Defendant has known of the
22                defect;

23          (d)   Whether the defective nature of the Engine constitutes a
24                material fact;

25          (e)   Whether Defendant has a duty to disclose the defective nature
26                of the Engine to Plaintiffs and prospective Class Members;

27          (f)   Whether Plaintiffs and the prospective Class Members are
28                entitled to equitable relief, including but not limited to a

preliminary and/or permanent injunction;

(g)    Whether Defendants knew or reasonably should have known of the defects relating to the Engine before it sold and leased Class Vehicles to prospective Class Members;

(h)    Whether Defendant should be declared financially responsible for notifying all prospective Class Members of the problems with the Class Vehicles and for the costs and expenses of repairing and replacing the defective engine and/or related components;

(i)    Whether Defendant is obligated to inform prospective Class Members of their right to seek reimbursement for having paid to diagnose, repair, or replace the defective Engine; and

(j)    Whether Defendant breached the implied warranty of merchantability pursuant to the Song-Beverly Act.

60.    <u>Adequate Representation</u>:  Plaintiffs will fairly and adequately protect prospective Class Members' interests.  Plaintiffs have retained attorneys experienced in prosecuting class actions, including consumer and product defect class actions, and Plaintiffs intend to prosecute this action vigorously.

61.    <u>Predominance and Superiority</u>: Plaintiffs and the Class Members have all suffered and will continue to suffer harm and damages as a result of Defendant's unlawful and wrongful conduct.  A class action is superior to other available methods for the fair and efficient adjudication of the controversy. Absent a class action, most Class Members would likely find the cost of litigating their claims prohibitively high and would therefore have no effective remedy at law.  Because of the relatively small size of the individual Class Members' claims, it is likely that only a few Class Members could afford to seek legal redress for Defendant's misconduct.  Absent a class action, Class Members will continue to incur damages, and Defendant's misconduct will continue

without remedy.  Class treatment of common questions of law and fact would also be a superior method to multiple individual actions or piecemeal litigation in that class treatment will conserve the resources of the courts and the litigants and will promote consistency and efficiency of adjudication.

62.     In the alternative, the Class may be certified because:

(a)     the prosecution of separate actions by the individual members of the Class would create a risk of inconsistent or varying adjudication with respect to individual Class Members, which would establish incompatible standards of conduct for FCA US;

(b)     the prosecution of separate actions by individual Class Members would create a risk of adjudications with respect to them that would, as a practical matter, be dispositive of the interests of other Class Members not parties to the adjudications, or substantially impair or impede their ability to protect their interests; and

(c)     FCA US has acted or refused to act on grounds generally applicable to the Class, thereby making appropriate final and injunctive relief with respect to the members of the Class as a whole.

**FIRST CAUSE OF ACTION**

**(Violation of California's Consumer Legal Remedies Act,**

**California Civil Code § 1750, *et seq*.)**

63.     Plaintiffs incorporate by reference the allegations contained in the preceding paragraphs of this Complaint.

64.     Plaintiffs bring this cause of action on behalf of themselves and on behalf of the members of the CLRA Sub-Class.

65.     Defendant is a "person(s)" as defined by California Civil Code

§ 1761(c).

66.   Plaintiffs and CLRA Sub-Class Members are "consumers" within the meaning of California Civil Code § 1761(d) because they purchased their Class Vehicles primarily for personal, family, or household use.

67.   By failing to disclose and concealing the Oil Consumption Defect from Plaintiffs and prospective Class Members, Defendant violated California Civil Code § 1770(a), as it represented that the Class Vehicles and their Engines had characteristics and benefits that they do not have, and represented that the Class Vehicles and their Engines were of a particular standard, quality, or grade when they were of another.  *See* Cal. Civ. Code §§ 1770(a)(5) & (7).

68.   Defendant's unfair and deceptive acts or practices occurred repeatedly in Defendant's trade or business, were capable of deceiving a substantial portion of the purchasing public, and imposed a safety risk on the public.

69.   Defendant knew that the Class Vehicles and their Engines suffered from an inherent defect, were defectively designed or manufactured, and were not suitable for their intended use.

70.   As a result of their reliance on Defendant's omissions and/or misrepresentations, owners and/or lessees of the Class Vehicles suffered an ascertainable loss of money, property, and/or value of their Class Vehicles. Additionally, as a result of the Oil Consumption Defect, Plaintiffs and Class Members were harmed and suffered actual damages in that repair or replacement of the Class Vehicles' engine components as well as frequent "top-offs" of engine oil is substantially certain to fail to resolve the Oil Consumption Defect and, thus, the engine and/or its related components will require repair or replacement perpetually.

71.   Defendant was under a duty to Plaintiffs and Class Members to disclose the defective nature of the engine and/or the associated repair costs

1  because:

2              (a)    Defendant was in a superior position to know the true state of

3                     facts about the safety defect in the Class Vehicles' Engines

4                     and/or related components;

5              (b)    Plaintiffs and Class Members could not reasonably have been

6                     expected to learn or discover that their Class Vehicles

7                     suffered from the Oil Consumption Defect; and

8              (c)    Defendant knew that Plaintiffs and Class Members could not

9                     reasonably have been expected to learn of or discover the

10                    safety defect.

11      72.    In failing to disclose the Oil Consumption Defect, Defendant

12  knowingly and intentionally concealed material facts and breached its duty not to

13  do so.

14      73.    The facts Defendant concealed from or failed to disclose to

15  Plaintiffs and Class Members are material in that a reasonable consumer would

16  have considered them to be important in deciding whether to purchase or lease

17  the Class Vehicles or pay less.  Had Plaintiffs and Class Members known that the

18  Class Vehicles' suffered from the Oil Consumption Defect, they would not have

19  purchased or leased the Class Vehicles or would have paid less for them.

20      74.    Plaintiffs and Class Members are reasonable consumers who do not

21  expect the engines installed in their vehicles to exhibit problems such as

22  excessive oil consumption causing premature engine wear, damage, and failure.

23  This is the reasonable and objective consumer expectation relating to vehicle

24  engines.

25      75.    As a result of Defendant's conduct, Plaintiffs and Class Members

26  were harmed and suffered actual damages in that, on information and belief, the

27  Class Vehicles experienced and may continue to experience problems such as the

28  frequent addition of engine oil, abnormally frequent oil changes, engine wear,

1  engine damage, and possible engine failure, which are unable to be permanently

2  repaired.

3     76.    As a direct and proximate result of Defendant's unfair or deceptive

4  acts or practices, Plaintiffs and Class Members suffered and will continue to

5  suffer actual damages.

6     77.    Plaintiffs and the Class are entitled to equitable relief.

7     78.    Plaintiffs provided Defendant with notice of its violations of the

8  CLRA pursuant to California Civil Code § 1782(a). If Defendant fails to provide

9  appropriate relief for its violations of the CLRA within 30 days, Plaintiffs will

10 seek monetary, compensatory, and punitive damages, in addition to the equitable

11 and injunctive relief they seek now.

12                    **SECOND CAUSE OF ACTION**

13   **(Violation of California Business & Professions Code § 17200, *et seq.*)**

14    79.    Plaintiffs incorporate by reference the allegations contained in the

15 preceding paragraphs of this Complaint.

16    80.    Plaintiffs bring this cause of action on behalf of themselves and on

17 behalf of the Class.

18    81.    As a result of their reliance on Defendant's omissions, purchasers

19 and lessees of the Class Vehicles suffered an ascertainable loss of money,

20 property, and value to their Class Vehicles. Additionally, as a result of the Oil

21 Consumption Defect, Plaintiffs and Class Members were harmed and suffered

22 actual damages.  The repair or replacement of the Class Vehicles' engine and/or

23 related components, as well as frequent oil "top-offs" and changes, are

24 substantially certain to fail to resolve the issue and, thus, the engine and/or its

25 related components will require repair or replacement perpetually.

26    82.    California Business & Professions Code § 17200 prohibits acts of

27 "unfair competition," including any "unlawful, unfair or fraudulent business act

28 or practice" and "unfair, deceptive, untrue or misleading advertising."

83. Plaintiffs and Class Members are reasonable consumers who do not expect the engines installed in their vehicles to exhibit problems such as excessive oil consumption causing premature engine wear, damage, and failure.

84. Defendant knew the Class Vehicles and their Engines suffered from inherent defects, were defectively designed or manufactured, and were not suitable for their intended use.

85. In failing to disclose the Oil Consumption Defect, Defendant has knowingly and intentionally concealed material facts and breached its duty not to do so.

86. Defendant was under a duty to Plaintiffs and Class Members to disclose the defective nature of the Class Vehicles and their excessive oil consumption:

(a) Defendant was in a superior position to know the true state of facts about the safety defect in the Class Vehicles' engines and/or related components;

(b) Defendant made partial disclosures about the quality of the Class Vehicles without revealing the defective nature of the Class Vehicles and their engines and/or related components; and

(c) Defendant actively concealed the defective nature of the Class Vehicles and their engines and/or related components from Plaintiffs and the Class.

87. The facts Defendant concealed from or did not disclose to Plaintiffs and Class Members are material in that a reasonable person would have considered them to be important in deciding whether to purchase or lease Class Vehicles. Had Plaintiffs and other Class Members known that the Class Vehicles suffered from the Oil Consumption Defect and posed a safety hazard, then Plaintiffs and the other Class Members would not have purchased or leased

1  Class Vehicles equipped with the Engine, or would have paid less for them.

2       88.    Defendant continued to conceal the defective nature of the Class

3  Vehicles even after Class Members began to report problems.  Indeed, Defendant

4  continues to cover up and conceal the true nature of the problem.

5       89.    Defendant's conduct was and is likely to deceive consumers.

6       90.    Defendant's acts, conduct and practices were unlawful, in that they

7  constituted:

8             (a)    Violations of the California Consumer Legal Remedies Act;

9             (b)    Violations of the Song-Beverly Consumer Warranty Act; and

10            (c)    Violations of the Magnuson-Moss Warranty Act.

11      91.    By its conduct, Defendant has engaged in unfair competition and

12  unlawful, unfair, and fraudulent business practices.

13      92.    Defendant's unfair or deceptive acts or practices occurred

14  repeatedly in Defendant's trade or business, and were capable of deceiving a

15  substantial portion of the purchasing public.

16      93.    As a direct and proximate result of Defendant's unfair and deceptive

17  practices, Plaintiffs and the Class have suffered and will continue to suffer actual

18  damages.

19      94.    Defendant has been unjustly enriched and should be required to

20  make restitution to Plaintiff and the Class pursuant to §§ 17203 and 17204 of the

21  Business & Professions Code.

22                        **THIRD CAUSE OF ACTION**

23              **(Breach of Implied Warranty Pursuant to Song-Beverly**

24  **Consumer Warranty Act, California Civil Code §§ 1792 and 1791.1, *et seq.*)**

25      95.    Plaintiffs incorporate by reference the allegations contained in the

26  preceding paragraphs of this Complaint.

27      96.    Plaintiffs bring this cause of action against Defendant on behalf of

28  himself and on behalf of the members of the California Sub-Class.

97.     Defendant was at all relevant times the manufacturer, distributor, warrantor, and/or seller of the Class Vehicles.  Defendant knew or had reason to know of the specific use for which the Class Vehicles were purchased or leased.

98.     Defendant provided Plaintiffs and Class Members with an implied warranty that the Class Vehicles and their components and parts are merchantable and fit for the ordinary purposes for which they were sold. However, the Class Vehicles are not fit for their ordinary purpose of providing reasonably reliable and safe transportation because, *inter alia*, the Class Vehicles and their engines suffered from an inherent defect at the time of sale and thereafter are not fit for their particular purpose of providing safe and reliable transportation.

99.     Defendant impliedly warranted that the Class Vehicles were of merchantable quality and fit for such use.  This implied warranty included, among other things:  (i) a warranty that the Class Vehicles and their engines were manufactured, supplied, distributed, and/or sold by FCA US were safe and reliable for providing transportation; and (ii) a warranty that the Class Vehicles and their engines would be fit for their intended use while the Class Vehicles were being operated.

100.    Contrary to the applicable implied warranties, the Class Vehicles and their engines at the time of sale and thereafter were not fit for their ordinary and intended purpose of providing Plaintiffs and Class Members with reliable, durable, and safe transportation.  Instead, the Class Vehicles are defective, including, but not limited to, the defective design and manufacture of their engines which cause excessive oil consumption.

101.    As a result of Defendant's breach of the applicable implied warranties, owners and/or lessees of the Class Vehicles suffered an ascertainable loss of money, property, and/or value of their Class Vehicles.  Additionally, as a result of the Oil Consumption Defect, Plaintiffs and Class Members were harmed

1  in that their Class Vehicles experienced and may continue to experience
2  problems such as the frequent addition of engine oil, abnormally frequent oil
3  changes, engine wear, engine damage, and possible engine failure, which are
4  unable to be permanently repaired.

5       102.  Defendant's actions, as complained of herein, breached the implied
6  warranty that the Class Vehicles were of merchantable quality and fit for such
7  use in violation of California Civil Code §§ 1792 and 1791.1.

8  **FOURTH CAUSE OF ACTION**
9  **(Breach of Implied Warranty under the Magnuson-Moss Warranty Act,**
10  **15 U.S.C. § 2301 et seq.)**

11       103.  Plaintiffs incorporate by reference the allegations contained in the
12  preceding paragraphs of this Complaint.

13       104.  Plaintiffs bring this cause of action on behalf of themselves and on
14  behalf of all Class Members against Defendant.

15       105.  The Class Vehicles are a "consumer product" within the meaning of
16  the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301(1).

17       106.  Plaintiffs and Class Members are "consumers" within the meaning
18  of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301(3).

19       107.  Defendant is a "supplier" and "warrantor" within the meaning of the
20  Magnuson-Moss Warranty Act, 15 U.S.C. § 2301(4)-(5).  Defendant impliedly
21  warranted that the Class Vehicles were of merchantable quality and fit for such
22  use.  This implied warranty included, among other things:  (i) a warranty that the
23  Class Vehicles and their engines supplied, distributed, and/or sold by FCA US
24  were safe and reliable for providing transportation; and (ii) a warranty that the
25  Class Vehicles and their engines would be fit for their intended use while the
26  Class Vehicles were being operated.

27       108.  Contrary to the applicable implied warranties, the Class Vehicles, at
28  the time of sale and thereafter, were not fit for their ordinary and intended

1  purpose of providing Plaintiffs and Class Members with reliable, durable, and

2  safe transportation.  Instead, the Class Vehicles are defective, including, but not

3  limited to, the design and/or manufacturing defects causing the Oil Consumption

4  Defect.

5       109.   Defendant's breach of implied warranty has deprived Plaintiffs and

6  Class Members of the benefit of their bargain.

7       110.   The amount in controversy of Plaintiffs' individual claims meets or

8  exceeds the sum or value of $25,000.  In addition, the amount in controversy

9  meets or exceeds the sum or value of $50,000 (exclusive of interests and costs)

10  computed on the basis of all claims to be determined in this suit.

11       111.   The alleged Oil Consumption Defect was inherent in each Class

12  Vehicle and was present at the time of sale.

13       112.   Upon information and belief, Defendant has been afforded a

14  reasonable opportunity to cure their breaches, including when owners and lessees

15  of the Class Vehicles brought their vehicles in for diagnoses and repair of the

16  Class Vehicles.

17       113.   As a direct and proximate cause of Defendant's breach of implied

18  warranty, Plaintiffs and Class Members sustained damages and other losses in an

19  amount to be determined at trial.  Defendant's conduct damaged Plaintiffs and

20  Class Members, who are entitled to recover actual damages, consequential

21  damages, specific performance, diminution in value, costs, attorneys' fees,

22  and/or other relief as appropriate.

23       114.   As a result of Defendant's violations of the Magnuson-Moss

24  Warranty Act as alleged herein, Plaintiffs and Class Members have incurred

25  damages.

26                **FIFTH CAUSE OF ACTION**

27                **(For Unjust Enrichment)**

28       115.   Plaintiffs incorporate by reference the allegations contained in the

preceding paragraphs of this Complaint.

116.   Plaintiffs bring this cause of action on behalf of themselves and on behalf of the Class Members against Defendant.

117.   As a direct and proximate result of Defendant's failure to disclose known defects and material misrepresentations regarding known defects, Defendant has profited through the sale and lease of said vehicles.  Although these vehicles are purchased through Defendant's agents, the money from the vehicle sales flows directly back to Defendant.

118.   Additionally, as a direct and proximate result of Defendant's failure to disclose known defects and material misrepresentations regarding known defects in the Class Vehicles, Plaintiffs and Class Members have vehicles that require repeated repairs that can and therefore have conferred an unjust substantial benefit upon Defendant.

119.   Defendant has therefore been unjustly enriched due to the known defects in the Class Vehicles through the use of funds that earned interest or otherwise added to Defendant's profits when said money should have remained with Plaintiffs and Class Members.

120.   As a result of the Defendant's unjust enrichment, Plaintiffs and Class Members have suffered damages.

## RELIEF REQUESTED

121.   Plaintiffs, on behalf of themselves and all others similarly situated, requests the Court to enter judgment against Defendant, as follows:

        (a)    An order certifying the proposed Class and Sub-Classes, designating Plaintiffs as named representative of the Class, and designating the undersigned as Class Counsel;

        (b)    A declaration that Defendant is financially responsible for notifying all Class Members about the defective nature of the Engine, including the need for periodic maintenance;

1       (c)    An order enjoining Defendant from further deceptive

2                distribution, sales, and lease practices with respect to Class

3                Vehicles, and to repair or replace the engine components

4                causing the Oil Consumption Defect in Plaintiffs and Class

5                Members' Class Vehicles with a suitable alternative product;

6                enjoining Defendant from selling the Class Vehicles with the

7                misleading information; and/or compelling Defendant to issue

8                a recall for the Class Vehicles pursuant to the applicable

9                NHTSA guidelines;

10      (d)    A declaration requiring Defendant to comply with the various

11               provisions of the Song-Beverly Act alleged herein and to

12               make all the required disclosures;

13      (e)    An award to Plaintiffs and the Class for compensatory,

14               exemplary, and statutory damages, including interest, in an

15               amount to be proven at trial, except that currently, Plaintiff

16               does not seek damages under the Consumers Legal Remedies

17               Act;

18      (f)    Any and all remedies provided pursuant to the Song-Beverly

19               Act, including California Civil Code section 1794;

20      (g)    Any and all remedies provided pursuant to the Magnuson-

21               Moss Warranty Act;

22      (h)    A declaration that Defendant must disgorge, for the benefit of

23               the Class, all or part of the ill-gotten profits they received

24               from the sale or lease of their Class Vehicles, or make full

25               restitution to Plaintiff and Class Members;

26      (i)    An award of attorneys' fees and costs, pursuant to Civil Code

27               §1780(d), or otherwise as allowed by law;

28      (j)    An award of attorneys' fees and costs pursuant to California

1                Code of Civil Procedure § 1021.5;

2         (k)    An award of pre-judgment and post-judgment interest, as

3                provided by law;

4         (l)     Leave to amend the Complaint to conform to the evidence

5                produced at trial; and

6         (m)   Such other relief as may be appropriate under the

7                circumstances.

8                    **DEMAND FOR JURY TRIAL**

9     122.   Plaintiffs demand a trial by jury of any and all issues in this action

10  so triable.

11

12  Dated: April 23, 2020              Respectfully submitted,

13                            Capstone Law APC

14

15                      By:  /s/ Steven R. Weinmann

16                          Steven R. Weinmann
                              Tarek H. Zohdy

17                          Cody R. Padgett
                              Trisha K. Monesi

18                          Attorneys for Plaintiffs

19

20

21

22

23

24

25

26

27

28

CLASS ACTION COMPLAINT

# EXHIBIT 1

1  Steven R. Weinmann (SBN 190956)
   Steven.Weinmann@capstonelawyers.com
2  Tarek H. Zohdy (SBN 247775)
   Tarek.Zohdy@capstonelawyers.com
3  Cody R. Padgett (SBN 275553)
   Cody.Padgett@capstonelawyers.com
4  Trisha K. Monesi (SBN 303512)
   Trisha.Monesi@capstonelawyers.com
5  Capstone Law APC
   1875 Century Park East, Suite 1000
6  Los Angeles, California 90067
   Telephone:   (310) 556-4811
7  Facsimile:    (310) 943-0396

8  Attorneys for Plaintiffs
   George and Lora Gordon
9

10              UNITED STATES DISTRICT COURT

11              CENTRAL DISTRICT OF CALIFORNIA

12

13  GEORGE AND LORA GORDON,            Case No.:
    individually, and on behalf of a class
14  of similarly situated individuals,
                                        **DECLARATION OF GEORGE**
15          Plaintiffs,                 **GORDON JR. IN SUPPORT OF**
                                        **VENUE FOR CLASS ACTION**
16     vs.                             **COMPLAINT PURSUANT TO**
                                        **CIVIL CODE § 1780(d)**
17  FCA US LLC, a Delaware limited
    liability corporation,
18
            Defendant.
19

20

21

22

23

24

25

26

27

28

DocuSign Envelope ID: 356ACA46-B4EA-4F12-9B23-2385E94E55E5

### DECLARATION OF GEORGE GORDON JR.

I, GEORGE GORDON JR., declare under penalty of perjury as follows:

1.  I make this declaration based upon my personal knowledge except as to those matters stated herein that are based upon information and belief, and as to those matters, I believe them to be true.  I am over the age of eighteen, a citizen of the State of California, and a Plaintiff in this action.

2.  Pursuant to California Civil Code § 1780(d), this Declaration is submitted in support of Plaintiff's Selection of Venue for the Trial of Plaintiffs' Cause of Action alleging violation of California's Consumers Legal Remedies Act.

3.  I reside in Bermuda Dunes, California, which is in the County of Riverside.  I purchased a 2017 Jeep Cherokee Sport equipped with a 2.4L Tigershark Inline 4-Cylinder Engine that is the subject of this lawsuit in the County of Riverside.

4.  I am informed and believe that Defendant FCA US LLC is a limited liability company organized and in existence under the laws of the State of Delaware and conducts business throughout the State of California.

5.  Based on the facts set forth herein, this Court is a proper venue for the prosecution of Plaintiffs' Cause of Action alleging violation of California's Consumers Legal Remedies Act because my 2017 Jeep Cherokee Sport that is the subject of this lawsuit is situated here, and a substantial portion of the events giving rise to the claims occurred here.

6.  I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

Executed on April, 2020, in Bermuda Dunes, California.



George Gordon Jr.

DECL. OF GEORGE GORDON JR. IN SUPPORT OF PLAINTIFF'S SELECTION OF VENUE FOR TRIAL